# EXHIBIT A




