# EXHIBIT B

Ad: T-Mobile. It's your data. Keep it.

Search CNET | Reviews | News | Video | How To | Download | US Edition



**CNET** › Internet › Samsung to retire Music Hub streaming service

# Samsung to retire Music Hub streaming service

Less than three years after launching its own music streaming service, Samsung is set to quietly retire its Music Hub service as of July 1.

by **Claire Reilly**    @reillystyley   /   May 21, 2014 11:36 PM PDT

9  /   0   /   0   /   13   /    /   more +

**THIS WEEK'S MUST READS  /**

1. **Samsung to retire Music Hub streaming service**
   Internet

2. **AT&T brings back the rollover -- but this time, it's all about data**
   Mobile

3. **Forget 4G. Here's what 5G wireless tech will look like**
   Mobile

4. **Intel tech brings us closer to the world of 'Minority Report'**
   Computers

5. **Monster sues Apple's Beats over headphones acquisition**
   Mobile Accessories


Samsung



BECOME A CNET MEMBER FOR FREE!

Share your ideas with the community, receive exclusive offers for sweeps and events, and get the latest news, reviews and how-tos in your inbox.

GET STARTED NOW    No, thanks.

Established as a dedicated music streaming service specifically for Samsung devices, Samsung Music Hub will be discontinued after less than three years of operation.

The service allows users to browse through a catalogue of millions of songs from major and "key independent" record labels, and listen to song previews before purchasing individual tracks and albums.

Users create playlists of up to 200 songs, which can then be cached offline. There is also a Music Hub web interface that can be used to scan a PC for existing music

files and match them to files in Music Hub, while Smart TV can also access music video playback at 720p.

The service runs on a tiered subscription model, offering a monthly access fee for single devices or a premium model that provides access for up to four devices as well as a web interface.

Available across the Samsung ecosystem and promoted with specific device launches such as the **Galaxy S5**, the rollout of the service was largely enabled by **Samsung's purchase of cloud content service provider mSpot** in 2012. Since first launching, Music Hub is currently available in a number of regions globally, including the UK, Europe, North America and Australia.

**TechRadar reported** Samsung was advising Music Hub users to "take the time to download all purchased content and use any remaining vouchers for Samsung Music before July 1, 2014 -- after that date they will no longer be available".

However, the notice to customers seems to suggest they'll be able to hold on to songs that they've already purchased and downloaded.

In a statement on the shutdown, Samsung said it remained "committed" to delivering music to customers through MilkMusic, WatchOn and partner services, but that the Music Hub service was no longer part of its strategy.

"In order to meet rapidly changing consumer needs, Samsung's services will remain available as individual apps rather than in one, single bundled storefront," the statement said.

*Updated at 12.30 p.m. AEST to include Samsung statement.*

**Tags:** Internet

**ABOUT THE AUTHOR**



**Claire Reilly** /
Claire Reilly is CNET's news writer, based in Sydney, Australia. When she's not breaking stories, she's a part-time Simpsons guru, hair metal enthusiast and blue cheese aficionado. See full bio

**JOIN THE DISCUSSION**

9 Comments  /  1 person following                                    Log In

|   |   |   |
|---|---|---|
| + Follow conversation | Share | Post Comment As... |

Show Comments



BECOME A CNET MEMBER FOR FREE!

Share your ideas with the community, receive exclusive offers for sweeps and events, and get the latest news, reviews and how-tos in your inbox.

GET STARTED NOW    No, thanks.

**LATEST GALLERIES FROM CNET**

© CBS Interactive Inc.  /  All Rights Reserved.     /  Privacy Policy  /  Ad Choice  /  Terms of Use  /  Mobile User Agreement

**Top Brands:**  /  **Samsung**  /  **T-mobile. Un-leash.**

| **REVIEWS** | **NEWS** | **VIDEO** | **MORE** | **FOLLOW CNET VIA...** |
|---|---|---|---|---|
| All Reviews | All News | All Video | About CBS Interactive | Facebook |
| Audio | Apple | Apple Byte | About CNET | Twitter |
| Cameras | Crave | CNET On Cars | CNET 100 | Google+ |
| Car Tech | Internet | CNET Top 5 | CNET Deals | YouTube |
| Desktops | Microsoft | CNET Update | CNET Forums | LinkedIn |
| Laptops | Mobile | Next Big Thing | CNET Magazine | Tumblr |
| Phones | Sci-Tech | The 404 | CNET Mobile | Pinterest |
| Tablets | Security | The Fix | Help Center | Newsletters |
| TVs | Tech Industry | XCAR | Permissions | RSS |

BECOME A CNET MEMBER FOR FREE!

Share your ideas with the community, receive exclusive offers for sweeps and events, and get the latest news, reviews and how-tos in your inbox.

GET STARTED NOW     No, thanks.