# EXHIBIT C

Sign In    Customer support    Notice    Events

Samsung GALAXY Apps    ChatON    Samsung Link    Find My Mobile    More

## CONTENT & SERVICES CUSTOMER SUPPORT

# HOW CAN WE HELP YOU?

HOME    FAQ    1:1 INQUIRY

**Choose a service**

| Samsung account | ChatON | Find My Mobile |
|---|---|---|
| Samsung GALAXY Apps | Samsung Link | Samsung WatchON |
| Samsung Music | Samsung Video | Samsung Smart Switch |
| Samsung Books | Owner's Hub | MILK |
| Website | Samsung Hub | Samsung Wallet |
| Papergarden | Movies & TV Shows | Group Play |
| Music Hub | Media Hub | Samsung PrinTap |
| Here & Now | Pictionary for Samsung TV | 50yd |
| S Educate | Milk Video | Samsung Games |
| Milk VR | | |

Close

Your Results

There is no service selected to search FAQs.

USA / English (US)

Terms & Conditions    Privacy    News Feed    Sitemap    Suggestions    Copyright ©2013-2014 Samsung Electronics Co., Ltd. All rights reserved.