# EXHIBIT D



# Samsung Expands Milk Services to TV, Web and Virtual Reality

*--Milk Music to Launch on Samsung Smart TVs and the Web*
*--Milk Video to Debut on Samsung Smart TVs*
*--Milk VR Officially Launches*

2015 International CES

January 05, 2015 06:01 PM Eastern Standard Time

LAS VEGAS--(BUSINESS WIRE)--At the 2015 International Consumer Electronics Show, Samsung Electronics Co., Ltd. (Samsung) today announced the expansion of its Samsung Milk suite of entertainment services, including new platforms beyond mobile for Milk Music™ and Milk Video™ as well as the official debut of Milk VR™ (Virtual Reality).

> "We are excited to bring the music and video experience to even more platforms for our customers to enjoy, and offer customers a glimpse at what's possible in the brand new realm of immersive mobile video and virtual reality."

Streaming services Milk Music and Milk Video will be available as a Samsung Smart TV app, bringing users' customized music preferences and premium video content to the comfort of their own home. Samsung's Milk Music TV app is available now while Samsung Milk Video TV app is coming this spring. Milk Music will also be available via web player this quarter.

The latest extension of the Samsung Milk brand, Milk VR, exclusive to the Galaxy Note 4 and Gear VR, launches today and delivers immersive 360-degree videos, with new content debuting five days a week, featuring channels in music, sports, action and lifestyle.

"Samsung is dedicated to delivering impassioned, connected experiences through content and services across devices, including smartphones, tablets and smart TVs," said John Pleasants, executive vice president, Samsung Media Solutions Center America. "We are excited to bring the music and video experience to even more platforms for our customers to enjoy, and offer customers a glimpse at what's possible in the brand new realm of immersive mobile video and virtual reality."

**Milk Music**

The Samsung Smart TV Milk Music app and web player are elegantly designed to make discovering new hits and old favorites easy and fun. The user interfaces flip through album cover art while skimming through stations along the linear tuner. Upon logging in to your Samsung account via the TV and web apps, users can access their personalized station and tuning preferences and settings. In addition, the linear tuner for TV complements the design and natural interaction with the TV via a remote control.

Samsung Smart TV Milk Music app is available now on Samsung TVs with model years 2012 to 2014, and coming soon to 2015 models. The expansion marks Milk Music's first foray beyond mobile since launching in the U.S. in March 2014.

The Milk Music web player will be available this spring on Samsung.com and will be accessible via all Internet-connected computers.

**Milk Video**

Samsung's Milk Video, launched in November 2014 and named a 2015 CES Innovation Award honoree in software and mobile apps category, is a personalized video discovery service that collects and shares the most popular online videos. Entertainment brands and networks contributing content and unveiling exclusive material for the service include Condé Nast, Funny Or Die, Red Bull, Vevo and VICE, among others. The service now features 50 brand channels and coming this spring, Milk Video will extend beyond mobile with the launch of the Samsung Smart TV Milk Video app.

**Milk VR**

Samsung is pioneering high quality consumer VR with the Gear® VR, and with today's official launch of Samsung's Milk VR, is helping to build-up a virtual reality video ecosystem and regular VR viewership. Exclusive to the Galaxy Note® 4 and Gear VR, Milk VR delivers full 360-degree videos with new content debuting five days a week. Available immediately, channels in music, sports, action and lifestyle will bring high quality content to life for consumers.

In Samsung's Milk VR, the newest content displays first in the "fresh" category, and the most popular content displays in the "trending" category so viewers can easily identify what's new and popular within the app. Videos will be available in both Instant Play (adaptive streaming) and Best Quality (download options in the highest quality available, 4K x 2K).

Milk VR is working with top brands, entertainment companies and networks, including Mountain Dew, National Basketball Association, Red Bull and Skybound Entertainment, among others, to contribute to the immersive content library and deliver high quality VR experiences.

For more information or to demo these services, visit the Samsung booth on the 2015 CES Show Floor, Central Hall, booth #11906.

**About Samsung Electronics Co., Ltd.**

Samsung Electronics Co., Ltd. is a global leader in technology, opening new possibilities for people everywhere. Through relentless innovation and discovery, we are transforming the worlds of TVs, smartphones, tablets, PCs, cameras, home appliances, printers, LTE systems, medical devices, semiconductors and LED solutions. We employ 286,000 people across 80 countries with annual sales of US$216.7 billion. To discover more, please visit www.samsung.com.

Contacts

Samsung MSCA

Robin Schultz, 650-720-6469

r.schultz1@samsung.com

or

MIGHTY for Samsung MSCA

Heather Sliwinski

samsung@mightypr.com