# EXHIBIT A

milk                                                                                                                                                   Sign in

Web    Images    Shopping    News    Videos    More ▾    Search tools

About 557,000,000 results (0.28 seconds)

### Milk - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/**Milk** ▾ Wikipedia ▾
**Milk** is a white liquid produced by the mammary glands of mammals. It is the primary source of nutrition for young mammals before they are able to digest other ...

Protein: 3.22 g    Sugars lactose: 5.26 g 5.26 g
Fat: 3.25 g        Vitamin D: (0%) 2 IU

### Milk (film) - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/**Milk**_(film) ▾ Wikipedia ▾
**Milk** is a 2008 American biographical film based on the life of gay rights activist and politician Harvey **Milk**, who was the first openly gay person to be elected to ...
Harvey Milk - Scott Smith - Cleve Jones - Anne Kronenberg

### Milk (2008) - IMDb
www.imdb.com/title/tt1013753/ ▾ Internet Movie Database ▾
Rating: 7.7/10 - 118,411 votes
Directed by Gus Van Sant. With Sean Penn, Josh Brolin, Emile Hirsch, Diego Luna. The story of Harvey **Milk**, and his struggles as an American gay activist who ...

### Milk Music: The Next Big Thing in Music | Samsung
www.samsung.com/us/showcase/**milk**/ ▾ Samsung Electronics ▾
Exclusive to Galaxy owners, **Milk** Music™ is a radio service that gives you more of what you love and helps you discover new music, too-all curated by top DJs ...

### Momofuku Milk Bar
**milk**barstore.com/ ▾
we're momofuku **milk** bar, a bakery in nyc. we make cookies, cakes, pies and more! **milk** bar is the home of crack pie, cereal **milk**, and compost cookies.

#### See results about

Milk (Dairy product) 
Milk is a white liquid produced by the mammary glands of mammals. It is the primary source of ...

Milk (2008 Film) 
Release date: October 28, 2008 (USA)
Director: Gus Van Sant

Harvey Milk (Former San Francisco Supervisor) 
Born: May 22, 1930, Woodmere, NY
Assassinated: November 27, 1978, San Francisco, CA

### In the news



**The Weirdly Hydrating Thing You Should Drink After a Workout**
TIME - 5 hours ago
You're behind the science times. The hottest drink in sports science right now is **milk**.

Putin foe Navalny defies house arrest by going to buy milk
Yahoo News - 1 day ago

What's the weirdest thing about leaving house arrest in Russia after a year? The price of **milk**.
Washington Post - 23 hours ago

More news for milk

### Images for milk                                                        Report images

    

More images for milk

### Official Site | Milk | Movie Overview - Focus Features
www.focusfeatures.com/**milk** ▾ Focus Features ▾
**MILK**. A Focus Features release. Academy Award nominee Gus Van Sant directs Academy Award winner Sean Penn as gay-rights icon Harvey **Milk**.

### Got milk? Drink to a brighter future.
www.got**milk**.com/ ▾
Official Got **Milk**? website. Find TV commercials, recipes, engaging animations and information on the health benefits associated with drinking **milk**. Sometimes ...

### In-depth articles

#### Archaeology: The milk revolution


Nature - Jul 2013
This two-step milk revolution may have been a prime factor in allowing bands of farmers and herders from the south to sweep through Europe and displace the hunter-gatherer cultures ...
Explore: archaeology

#### Liquid Gold: The Booming Market for Human Breast ...


Wired - May 2011
It started with a bleary-eyed Google search: "Sell breast milk." Desiree Espinoza had a 2-month-old baby girl but was pumping out enough milk to feed triplets. Ziplock baggies full of the ...
Explore: breast milk

#### Raw Deal - The New Yorker


The New Yorker - Apr 2012
Even before James Stewart, the leader of the milk-trafficking gang known as the Rawesome Three, hired an attorney from one of the top marijuana-defense firms in Los Angeles, the ...
Explore: raw milk

+ More in-depth articles

### Searches related to milk

| | |
|---|---|
| milk **nutrition facts** | milk **prices** |
| **harvey** milk | milk **studios** |
| **benefits of** milk | **mad** milk |
| milk **nutrition** | **cow** milk |

**1** 2 3 4 5 6 7 8 9 10    Next

○ Newark, NJ - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

milk

Sign in

Web    Images    Shopping    News    Videos    More ▾    Search tools

Page 2 of about 557,000,000 results (0.26 seconds)

### Horizon Organic Milk - HorizonDairy.com
Ad www.horizondairy.com/ ▾
Try Horizon **Milk** for the Breakfast Table or **Milk** Boxes for On-the-Go!

### Mothers' Milk Bank - Donate Knowing Your Milk Is Safe
Ad www.rmchildren.org/ ▾
Serving Babies For Nearly 30 Years!
Donate Milk Today - Contact Us Today

### Milk Programs - gifinternational.org
Ad · www.gifinternational.org/ ▾
Help assist local dairy farmers improve their communities with **milk**

### Milk Music™ - Android Apps on Google Play
https://play.google.com/store/apps/details?id=com.samsung.mdl...hl... ▾
Rating: 4 - 76,974 votes - Free
**Milk** Music™, powered by Slacker, puts you in control of your radio stations. While some radio apps rely on formulas and algorithms, **Milk** Music lets you fine-tune ...

### Milk - Rotten Tomatoes
www.rottentomatoes.com/m/**milk**/ ▾ Rotten Tomatoes ▾
Rating: 94% - 228 votes
Critics Consensus: Anchored by Sean Penn's powerhouse performance, **Milk** is a triumphant account of America's first openly gay man elected to public office.

### MILK |
www.the**milk**shop.com/ ▾
See what people are saying about **MILK**! 7290 Beverly Blvd, Los Angeles, CA 90036 icon_phone 323 939 6455 icon_fax 323 939 5336 icon_suggestions ...

### MilK - Le magazine de mode enfant
www.**milk**magazine.net/ ▾
Le Magazine · **MilK** Magazine n°46 · Version en ligne .... Sans oublier le **MilK** disponible en version 100% anglaise · Abonnez-vous au **MilK**. S'abonner à la ...

### Milk Life - Because Every Good Day Starts With Milk
https://**milk**life.com/ ▾
Adorable **milk** moments brought to you by these hilarious kids. Learn more. Help children in need grow up strong and healthy with the gift of **milk's** nutrition.

### The Great American Milk Drive | Milk Life
**milk**life.com/give ▾
While **milk** is one of the top nutritious items requested by food bank clients, it's rarely donated. That's why we launched The Great American **Milk** Drive, a national ...

### Amazon.com: Milk: Sean Penn, Emile Hirsch, James Franco ...
www.amazon.com › Movies & TV › DVD › LGBT ▾ Amazon.com ▾
Rating: 4.5 - 358 reviews
Amazon.com: **Milk**: Sean Penn, Emile Hirsch, James Franco, Alison Pill, Diego Luna, Josh Brolin, Victor Garber, Denis O'Hare, Joseph Cross, Steven Wiig, Gus ...

### Milk - Kitchen Dictionary - Food.com
www.food.com/library/**milk**-360 ▾ Food.com ▾
**Milk** has been used for human consumption for thousands of years. Today cow's **milk** is one of the most popular animal milks consumed by humans. Around the ...

### Apple - Movie Trailers - Milk
trailers.apple.com/trailers/focus_features/**milk**/ ▾ Apple Inc. ▾

**Ads**

### Bartlett Dairy - NY Milk
www.bartlettny.com/ ▾
(718) 658-2299
Local NY **Milk** Distribution
The Leader in Custom Distribution

### Watch Milk
www.yidio.com/**milk** ▾
Find It & Many Others On Yidio.
Watch What You Want When You Want.

### BUY goat + sheeps milk
www.avhdairy.com/ ▾
AVH dairy exports goat + sheeps **milk** cheese, curd and milkpowder

### Drink Milk?
www.lifescript.com/ ▾
Truth About Whole & Non-Fat **Milk**.
The Latest Health Advice!

### Milk Jobs
www.indeed.com/**Milk** ▾
4.5     rating for indeed.com
Millions of Jobs at Indeed.com.
A Better Way to Search for Jobs.

See your ad here »

Milk - From Academy Award Nominee Gus Van Sant.

### The Dairy Council
www.milk.co.uk/ ▾
The Dairy Council produces and gathers a wealth of nutrition information from a wide variety of worldwide sources to provide facts relating to milk and everything ...

### Searches related to milk

| | |
|---|---|
| milk **nutrition facts** | milk **prices** |
| **harvey** milk | milk **studios** |
| **benefits of** milk | **mad** milk |
| milk **nutrition** | **cow** milk |

Previous    1 2 3 4 5 6 7 8 9 10    **Next**

○ Newark, NJ - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

milk     Sign in

Web   Images   Shopping   News   Videos   More ▾   Search tools

Page 3 of about 557,000,000 results (0.29 seconds)

### Horizon Organic Milk - HorizonDairy.com
Ad www.horizondairy.com/ ▾
Try Horizon **Milk** for the Breakfast Table or **Milk** Boxes for On-the-Go!

### Calcium and Milk - Harvard School of Public Health
www.hsph.harvard.edu/.../cal... ▾ Harvard T.H. Chan School of Public Health ▾
Those advertisements pushing **milk** as the answer to strong bones are almost inescapable. But does "got **milk**?" really translate into "got strong bones?".

### Milk Studios
www.**milk**studios.com/ ▾
**Milk** stands at the crossroads of the fashion, music, photography, and film worlds. A media company based out of new york and los angeles - **milk** spans ...

### Remember The Milk: Online to-do list and task management
https://www.rememberthe**milk**.com/ ▾ Remember the Milk ▾
Remember The **Milk** is the popular to-do list that's everywhere you are: from your phone, to the web, to your Google apps, and more. Used by millions worldwide.

### Milk intake and risk of mortality and fractures in women and ...
www.bmj.com/content/349/bmj.g6015    BMJ ▾
by K Michaëlsson - 2014 - Cited by 7
Oct 28, 2014 - Conclusions High **milk** intake was associated with higher mortality in one cohort of women and in another cohort of men, and with higher ...

### Home - Milk Barcelona English
www.**milk**barcelona.com/ ▾
**Milk** was established in the spring of 2005. The bar is designed like a millionaires drawing room with plush hand made sofas, flirtatious pillows, gilded picture ...

### Milk Matters - NICHD - National Institutes of Health
www.nichd.nih.... ▾ Eunice Kennedy Shriver National Institute of Child He... ▾
Thank you for your interest in the NICHD's **Milk** Matters calcium education campaign. The campaign has been retired; therefore the content previously available ...

### The NOTMILK Homepage! (MILK is a bad-news substance!)
www.not**milk**.com/ ▾
Provides list of famous people and organizations who support and oppose **milk** consumption, offers short articles claiming health problems from **milk**, and ...

### Beautiful Photo Books From MILK Tailor Made Books
www.**milk**books.com/ ▾
Bindle & Hare Photography made this **MILK** Medium Square Photo Book, to use as their wedding guest book. Share your Digital Flipbook for your chance to be ...

### Inside The Indiana Megadairy Making Coca-Cola's New Milk
www.npr.org/.../inside-the-indiana-megadairy-making-coca-colas-new...    NPR ▾
Dec 25, 2014 - Coca-Cola got a lot of attention in November when it announced it was going into the **milk** business. In fact, its extra-nutritious **milk** product was ...

### Milk Grown in a Lab Is Humane and Sustainable. But Can It ...
news.nationalgeographic.com/.../141022-la... ▾ National Geographic Society ▾
Oct 22, 2014 - A Silicon Valley vision: Instead of milking dairy cows, we could make **milk** in a lab with genetically engineered yeast.

### Real California Cheese - The Best California Dairy Products
Ad www.realcalifornia**milk**.com/ ▾

From Real California Dairy Families

### Milk - Find milk here
Ad www.local.com/ ▼
We offer local search in your area.
Established Since 1999 · Recipient of 13 Patents · Over 20 Million Visitors
Local.com has 60,141 followers on Google+

### What Is Milk
Ad www.wow.com/What+Is+**Milk** ▼
Search for What Is **Milk** Look Up Quick Results Now!

---

### Searches related to milk

| | |
|---|---|
| milk **nutrition facts** | milk **prices** |
| **harvey** milk | milk **studios** |
| **benefits of** milk | **mad** milk |
| milk **nutrition** | **cow** milk |

**Previous**   1  2  3  4  5  6  7  8  9  10   **Next**

---

O Newark, NJ - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms