# EXHIBIT C

# Search Engine Optimization: What Drives Organic Traffic to Retail Sites?*

Michael R. Baye  Babur De los Santos  Matthijs R. Wildenbeest

Indiana University  Indiana University  Indiana University

March 2014

**Abstract**

The lion's share of retail traffic through search engines originates from organic (natural) rather than sponsored (paid) links. We use a dataset constructed from over 12,000 search terms and 2 million users to identify drivers of the organic clicks that the top 759 retailers received from search engines in August 2012. Our results are potentially important for search engine optimization (SEO). We find that a retailer's investments in factors such as the quality and brand awareness of its site increases organic clicks through both a direct and an indirect effect. The direct effect stems purely from consumer behavior: The higher the quality of an online retailer, the greater the number of consumers who click its link rather than a competitor in the list of organic results. The indirect effect stems from our finding that search engines tend to place higher quality sites in better positions, which results in additional clicks since consumers tend to click links in more favorable positions. We also find that consumers who are older, wealthier, conduct searches from work, use fewer words or include a brand name product in their search are more likely to click a retailer's organic link following a product search. Finally, the quality of a retailer's site appears to be especially important in attracting organic traffic from individuals with higher incomes. The beneficial direct and indirect effects of an online retailer's brand equity on organic clicks, coupled with the spillover effects on traffic through other online and traditional channels, leads us to conclude that investments in the quality and brand awareness of a site should be included as part of an SEO strategy.

**Keywords:** search engine optimization, organic clicks, search marketing

*Department of Business Economics and Public Policy, Kelley School of Business, Indiana University, Bloomington IN 47405; mbaye@indiana.edu, babur@indiana.edu, and mwildenb@indiana.edu. We thank the editor and two referees for helpful comments, and Susan Kayser, Joowon Kim, Yoo Jin Lee, and Sarah Zeng for research assistance. We also thank seminar participants at Chapman, the FTC, New York University, Manheim, and Northwestern for helpful comments. Funding for the data and research assistance related to this research was made possible by a grant from Google to Indiana University. The views expressed in this paper are those of the authors and do not necessarily reflect the views of Indiana University or Google.

# 1  Introduction

Search engines are an important way of obtaining information on the internet. According to Alexa Traffic Rank, Google.com is the most popular website in the United States as well as in the world, and in May 2011, it was the first website to achieve one billion monthly unique visitors.[1] Many people use search engines as a starting point for navigating the web, making search engines a crucial link in connecting content providers and users. This has spurred a sizable literature on search marketing that studies clicking behavior at search engines. To date, most of this literature has concentrated on the sponsored links that are typically displayed alongside organic links when consumers conduct searches.

While most of the economics and marketing literature on search engines has focused on paid clicks, the bulk of the traffic retailers receive through search engines is actually through unpaid clicks on organic links (Jerath, Ma, and Park, 2013).[2] For this reason, more advertisers engage in search engine optimization to improve organic clicks than purchase sponsored links to get paid clicks (Berman and Katona, 2012). To the best of our knowledge, the present paper is the first to provide search marketers with information on drivers of organic clicks to aid in search engine optimization (SEO).

Existing studies of sponsored search are typically based on a modest number of search terms and the corresponding number of paid clicks received by a single retailer. Our research complements these studies by focusing on the organic clicks that 759 retail sites received from more than 12,000 search terms. There is considerable cross-sectional variation in our data: It includes web-only retailers as well as traditional retailers and covers 15 different retail segments including apparel, electronics, and mass merchants. For each of these search terms, we observe which retail sites received organic clicks as well as the number of clicks. We also obtained data from the first five pages of search results on Google and Bing for each search term, and this ultimately permits us to quantify the impact on organic clicks of a site's rank (position) in the search results. Our data also includes several different measures of the accumulated brand equity of online retailers. These data allow us to determine whether consumers are more likely to click the link of a retailer who is perceived to operate a high-quality site (as a result of the retailer's current and past investments

---

[1] Alexa Traffic Rank is calculated by combining a website's average number of daily visitors and page views over the past month.

[2] Our data are consistent with this finding.

in advertising, the depth and breath of offerings, secure payments, one-click purchases, returns policies, and so on). Ultimately, this permits us to quantify the benefits of SEO strategies that attempt to gain traffic by improving a retailer's rank in organic search results, versus gaining traffic by improving the quality and brand awareness of a site.

Not surprisingly, we find that a retailer's rank on a results page is an important driver of its organic clicks: Exclusion from the first five pages of results for a search leads to a 90 percent reduction in organic clicks. For retailers that are listed on the first five pages of results, a one percent improvement in rank leads to 1.3 percent more organic clicks for that search.

Importantly, however, we also find that the brand equity of an online retailer is an important driver of organic clicks and that it is easy for search marketers to overlook the benefits of including investments in the quality and brand awareness of its site as part of an SEO strategy. The direct benefit of these and other investments in brand equity is an increase in the number of consumers clicking one retailer's link instead of a competing link on results pages. Moreover, investments in brand equity have an additional indirect effect: Search engines tend to place retailers with stronger brands in better positions, which results in additional increases in organic clicks. Finally, estimated effects of rank on organic clicks are keyword specific, while improvements in the brand equity of an online retailer increases clicks associated with all relevant searches. Taking all of these effects into account, we find that brand equity is as important as rank in determining organic clicks.

We also point out that investments that improve site quality and consumer awareness (and more broadly, that enhance an online retailer's brand equity) are likely to have spillover benefits in other channels that are not accounted for in this or other studies of organic and sponsored search. These benefits include increases in clicks through other online channels (such as price comparison sites), increases in the number of direct visits to a retailer's website, increases in visits through navigational searches at search engines, and increases in traffic at the retailer's physical stores. These considerations—coupled with the fact that position is a zero-sum game and thus a retailer is unlikely to obtain a sustainable advantage through direct efforts to improve its ranking—lead us to conclude that brand equity is one of the more important components of retailers' SEO strategies.

We also find that a retail site's brand equity is especially important in attracting organic traffic from individuals with higher incomes. Our results indicate that consumers who are older, wealthier, conduct searches from work, use fewer words or include a brand-name product in their search are more likely to click a retailer's organic link following a product search.

The remainder of this section provides an overview of SEO and the related literature. Section

2 discusses our data and describes the econometric methodology underlying our analysis. Section 3 presents our empirical findings, while Section 4 provides robustness checks and some additional results. Finally, we conclude in Section 5 with some additional managerial implications of our findings for SEO.

### 1.1 Search Engine Optimization

Figure 1 highlights the avenues that retailers have for gaining traffic through search engines. This screenshot shows the search results that appear following a search for "shoes online" using Google Search. In this particular example, three different types of links appear: top ads, side ads, and organic results.[3] The top ads (marked by the red box in Figure 1), if any, are the highest listed search results and appear against a yellow background. For this particular search there are three top ads; the maximum number of top ads that may be displayed is four. The organic results (marked by the blue box) are listed below the top ads. Up to ten organic results can appear on a search result page. Finally, the side ads (purple box) appear on the right-hand side of the screen; Google allows for up to eight side ads to be shown on a result page.

One way retailers obtain traffic is through the paid links that appear in top or side ads. Unlike organic links, retailers can directly influence the position of ads, which are displayed and ranked according to the results of an auction that is run in real time. Retailers identify keywords they want to bid on and specify how much they are willing to spend. Google determines the ad rank using a site's maximum bid specified for the keyword and a quality score, which includes factors like click-through rates and relevance. Advertisers only pay when the link is clicked; the cost per click is equal to the minimum amount needed to get a specific position (generalized second-price auction mechanism). There is an extensive literature (discussed below) examining this avenue for obtaining clicks.

A second way retailers obtain traffic through the search engine channel is through clicks on organic results, and this is the focus of our analysis.[4] A site's position in Google's organic search results depends on the site's relevance to a given search term. The exact algorithm that Google uses to determine a site's ranking is proprietary; according to Google, it depends on thousands of

---

[3] Depending on the search term, up to four bottom ads may appear as well. For the search term "shoes online" no bottom ads were shown.

[4] Although our main focus is on organic (non-paid) links, we do take the presence of sponsored links (ads) into account, since they may affect organic clicking behavior.

factors.[5]

While the goal of SEO is to optimize the organic traffic a retailer receives through product searches on search engines, the ultimate goal of retailers is presumably to maximize their profits. One of the initial steps in this optimization process is identifying the benefits and costs of different strategies for increasing traffic.[6] Our paper represents a first attempt to examine the benefits side of the ledger, and in particular, to quantify the drivers of retailers' organic clicks.

The first, and most common, SEO strategy is to tweak a site in an attempt to increase the rank of a retailer's organic link on the results pages for a given search term. The presumption is that higher ranks result in more organic clicks, but SEO requires quantifying the effects of rank on clicks. This is one objective of our paper.

One myopic tactic for improving position, known as a "black-hat" strategy, is designed to "trick" search engines into elevating a retailer's rank in the results. Search engines are themselves players, and have incentives to adapt algorithms to ensure that search engine users receive relevant results. Consumers are players too, and may favor links of retailers they know and trust: SEO strategies that focus exclusively on rank (such as spamming links or hiding keywords) might improve the position of a retailer's link but not impact its clicks. For this reason, SEO strategies based on "tricking" or "spamming" engines are unlikely to yield sustainable improvements in rankings, may not result in additional clicks, and can even backfire as a result of negative effects on reputation. Furthermore, it is important to recognize that rankings are effectively a zero-sum game: One retailer can move up on a particular results page only by pushing down the link of another retailer. Thus, while it makes sense for online retailers to ensure that their sites include page titles that accurately describe content, make use of head tags, are free of dead links, and so on, these efforts alone are unlikely to give a particular retailer a sustainable rank advantage because other retailers have incentives to engage in these strategies as well.

A second and more costly SEO strategy—but one that is more likely to yield sustainable improvements in a retailer's organic traffic from search engines—focuses on improving site quality and brand awareness, or more broadly on enhancing the online retailer's brand equity (which embodies current and past investments in advertising, service and return policies, depth and breath

---

[5] See http://www.google.com/explanation.html. One of these factors is Google PageRank, which is an algorithm that uses the number of incoming links to measure the relative importance of a website.

[6] SEO is based on the premise that more clicks translates into more sales, thus making organic clicks a useful intermediate metric.

of offerings, prices, etc.). This strategy recognizes that consumers tend to click retailers that are more recognized, trusted, have reputations for providing value (in terms of prices, product depth or breadth), service (well-designed websites, return policies, secure payment systems), and so on. This SEO strategy is alluded to by Google, which advises businesses to base "...optimization decisions first and foremost on what's best for the visitors of your site. They're the main consumers of your content and are using search engines to find your work. Focusing too hard on specific tweaks to gain ranking in the organic results of search engines may not deliver the desired results."[7]

While it may be tempting to dichotomize rank-improving and brand-building SEO strategies, these two strategies are not mutually exclusive. Indeed, brand-building activities may indirectly result in better positions. Furthermore, unlike direct investments in position, brand-building investments are not a perfect zero-sum game because consumers always have an option not to click on any organic search results. For example, some consumers using the search phrase "tennis shoes" might not recognize any retailers in the list of search results, and hence not click on any links. If these retailers all invest in the brand awareness of their sites, they each may receive additional clicks since consumers are less likely to exercise the outside option.

## 1.2 Related Literature

Our paper is connected to several different literatures, including a handful of academic papers on SEO which provide important theoretical insights into search engine optimization (Berman and Katona, 2012; Xing and Lin, 2006; and Sen, 2005). These papers highlight several features of the equilibrium interaction between websites and search engines that we take into account in our empirical analysis, including the endogeneity of the rank of organic links and the position of sponsored links in search results. To the best of our knowledge, there is no antecedent empirical research on SEO.

There is, however, a sizeable theoretical and empirical literature on search engines that focuses on the sponsored links that appear alongside the organic results. The theoretical literature has in particular focused on the auction mechanism behind these paid results (e.g., Edelman, Ostrovsky, and Schwarz, 2007; Varian, 2007). Earlier studies took user behavior as given; more recent work by Chen and He (2011) as well as Athey and Ellison (2012) take into account that users search

---

[7] See Google's *Search Engine Optimization Starter Guide,* 2013, p. 2. A link to this guide is available online at http://support.google.com/webmasters/bin/answer.py?hl=en&answer=35291

These results indicate that the returns to term-specific SEO critically depend on the breadth and depth of a retailer's product offerings and hence the number of search terms in which its link is relevant.

## 3.2 Retailer Brand Equity

Table 2 also reports estimates of the direct effect of a retailer's brand equity on the clicks it receives following a product search. The estimated coefficient for the logarithm of brand equity is positive and very precisely estimated, indicating that the direct effect of brand equity of a retailer's site is an important determinant of the organic clicks it receives following a product search. It is important to note that, unlike rank, brand equity is not search-term specific. As such, the estimated impact of brand equity in Table 2 captures the impact on a retailer's *total* organic clicks: Holding rank and the other factors influencing clicks constant, a one percent increase in a site's brand equity results in a 0.084 percent increase in a retailer's *total* organic clicks. These results, coupled with those discussed above for rank, indicate that a marginal improvement in a retailer's brand equity has a larger direct effect on its organic clicks than SEO efforts resulting in a marginal improvement in its position associated with a particular search term.

Notice that the estimated coefficient for brand equity in Table 2, which corresponds to $\gamma_4$ in equation (2), measures the *direct* effect of retailer $i$'s brand equity on its organic clicks. However, because search engines' algorithms determine rankings or positions of listings, in part, on past clicking behavior, there is also an *indirect* effect of brand equity on clicks: Retailers with greater brand equity and stronger brand names enjoy more clicks, which results in better future ranks. Figure 2, which graphs the average number of times retail sites appear on the first page of search results for different sextiles of brand equity, shows that online retailers with stronger brands in our data tend to have better ranks on results pages following non-navigational searches. The total effect of brand equity on clicks includes the direct effect identified in Table 2 as well as the indirect effect through rank.

We identify the total effect of brand equity on clicks by using a standard two-step procedure (Alwin and Hauser, 1975). In the first step we regress the rank variables on the logarithm of brand equity to obtain brand-equity adjusted ranks to determine the impact of brand equity on rank. In the second step, we proceed as in equation (2) but using these brand equity adjusted ranks. This regression yields an estimate of the total effect of brand equity on organic clicks, including both the direct effect shown in Table 2 as well as the indirect effect stemming from the impact of brand

15

equity on position. As shown in Figure 3, the indirect effect of brand equity on clicks (through its impact on rank) is slightly larger than the direct effect, resulting in a total effect on organic clicks of 0.185—roughly twice the direct effect.[17]

From the standpoint of SEO, these results highlight an important interaction between brand equity and rank. A one percent improvement in a retailer's brand equity directly increases its *total* organic clicks by 0.084 percent, owing to the fact that consumers more frequently click on its link instead of a competing one in the list of search results. Ultimately, this induces search engines to elevate the firm's position in all relevant searches, which results in an additional 0.101 percent increase in clicks. The total effect of a one percent improvement in a retailer's brand equity is therefore a 0.185 percent increase in *total* organic clicks. Unlike the impact of rank, this percentage increase applies to a retailer's overall clicks rather than the clicks stemming from a single search phrase. To illustrate, suppose a relatively unknown retailer gets 1,000 organic clicks from navigational searches and 30,000 through non-navigational searches.[18] If the retailer makes an investment in brand equity sufficient to increase its navigational searches by 10 clicks (1 percent), it gains an additional 55 ($= 30,000 \times 0.185\%$) organic clicks from non-navigational searches.

### 3.3   Consumer Characteristics

The specification in Table 2 indicates that consumer characteristics systematically influence organic clicks on search engines. These results are of potential interest to retailers engaging in SEO to attract customers within particular demographic groups.

Notice that all of the income categories are statistically significant at the 5 percent or better levels: Consumers with higher incomes tend to more frequently click an organic link following a product search than do consumers with lower incomes. While not all of the age categories are statistically significant, the general pattern suggests that younger individuals are less likely to click organic links than older individuals. Interestingly, the results also indicate that consumers searching from home are less likely to click following an organic search than individuals conducting a product search from the workplace. These patterns may stem from differences in search behavior

---

[17] Note that this procedure does not impact any of the other parameter estimates in Table 2, nor does it impact the overall fit of the model. The estimated total effect is significant at the 1 percent level; the robust standard error for the point estimate of 0.185 is 0.047.

[18] To put this hypothetical in perspective, electricgeneratorsdirect.com received 1,208 organic clicks from navigational searches and 31,955 organic clicks through non-navigational searches in August of 2012.

Table 1: Descriptive Statistics (*N* = 40,117)

| Variable | Mean | Std. Dev. | Min | Max |
|---|---:|---:|---:|---:|
| *Google Related Data* | | | | |
|   Organic clicks | 2,039 | 10,809 | 0 | 752,296 |
|   Brand Equity (thousands) | 3,412 | 5,746 | 0 | 18,000 |
|   Rank | 20.480 | 17.564 | 1 | 52 |
|   Rank not observed | 0.114 | 0.317 | 0 | 1 |
|   Sponsored Link on first page | 0.311 | 0.463 | 0 | 1 |
| *Bing Related Data* | | | | |
|   Rank | 35.895 | 20.652 | 1 | 52 |
|   Rank not observed | 0.574 | 0.494 | 0 | 1 |
|   Sponsored Link on first page | 0.064 | 0.244 | 0 | 1 |
| *Alexa Related Data* | | | | |
|   Sites Linking In (thousands) | 186 | 395 | 0 | 1,183 |
| *Demographics* | | | | |
|   Age 18-24 | 0.097 | 0.166 | 0 | 1 |
|   Age 25-34 | 0.176 | 0.220 | 0 | 1 |
|   Age 35-44 | 0.213 | 0.235 | 0 | 1 |
|   Age 45-54 | 0.252 | 0.249 | 0 | 1 |
|   Age 55-64 | 0.157 | 0.219 | 0 | 1 |
|   Age 65+ | 0.105 | 0.186 | 0 | 1 |
|   Income <25k | 0.168 | 0.218 | 0 | 1 |
|   Income 25-50k | 0.217 | 0.232 | 0 | 1 |
|   Income 50-75k | 0.211 | 0.231 | 0 | 1 |
|   Income 75-100k | 0.153 | 0.207 | 0 | 1 |
|   Income >100k | 0.251 | 0.271 | 0 | 1 |
|   Home | 0.792 | 0.278 | 0 | 1 |
|   Children | 0.649 | 0.291 | 0 | 1 |
| *Search Term Characteristics* | | | | |
|   Branded Search Term | 0.141 | 0.348 | 0 | 1 |
|   Number of words | 2.367 | 1.025 | 1 | 12 |
| *Retailer Characteristics* | | | | |
|   Social network presence | 0.944 | 0.230 | 0 | 1 |
|   Site age | 13.710 | 2.827 | 2 | 24 |
|   Web only retailer | 0.323 | 0.468 | 0 | 1 |
| *Retail Segment* | | | | |
|   Apparel/accessories | 0.217 | 0.412 | 0 | 1 |
|   Automotive parts/accessories | 0.006 | 0.075 | 0 | 1 |
|   Books/music/video | 0.020 | 0.139 | 0 | 1 |
|   Computers/electronics | 0.128 | 0.334 | 0 | 1 |
|   Flowers/gifts | 0.005 | 0.070 | 0 | 1 |
|   Food/drug | 0.012 | 0.110 | 0 | 1 |
|   Hardware/home improvement | 0.042 | 0.201 | 0 | 1 |
|   Health/beauty | 0.022 | 0.148 | 0 | 1 |
|   Housewares/home furnishings | 0.032 | 0.176 | 0 | 1 |
|   Jewelry | 0.005 | 0.074 | 0 | 1 |
|   Mass merchant | 0.363 | 0.481 | 0 | 1 |
|   Office supplies | 0.019 | 0.136 | 0 | 1 |
|   Specialty/non-apparel | 0.054 | 0.225 | 0 | 1 |
|   Sporting Goods | 0.047 | 0.211 | 0 | 1 |
|   Toys/hobbies | 0.028 | 0.166 | 0 | 1 |