# EXHIBIT B

Torrid Women's
Gemstone Body Chain

‹    $22.50    ›

SHOP NOW

25% Off Regular
Price Sale (Use
promo code
SAYHI2015)



# GUEST of a GUEST (/)

**NEW YORK (/NEW-YORK/)**  |  **FASHION WEEK (/NEW-YORK/CATEGORY/FASHION-WEEK)**

## OUR FAVORITE MUSIC PERFORMANCES FROM NYFW

Tweet (http://twitter.com/share)

(/new-york/fashion-week/our-favorite-music-performances-from-nyfw&slide=1)

VIEW ALL ⊞    (/NEW-YORK/FASHION-WEEK/OUR-FAVORITE-MUSIC-PERFORMANCES-FROM-NYFW/ALL)

VIEW SLIDESHOW ›

*BY GAUTAM BALASUNDAR ON WEDNESDAY, FEBRUARY 19, 2014*





New York Fashion Week is known for amazing after parties, which often tout live performances from the most current artists in music. Designers and magazine have to live up to their tastemaker status, so when they don't bring in top talents like Kendrick Lamar or Lady Gaga, they often the ones that break out under-the-radar acts. This fashion week was more of the latter, and the fashion crowd was treated to a handful of incredible performances from their new favorites. From Theophilus London to Denitia and Sene, we've picked out our favorite acts from New York Fashion Week.

*[Photos via (http://statigr.am/viewer.php#/detail/652366328270935555_10085244) @DVF, via BFA (http://www.bfanyc.com/home/photo/972911? search_resource=person&person_id=42129), via BFA (http://bfanyc.com/home/photo/972627? search_resource=person&person_id=141864)]*

VIEW SLIDESHOW ›   (/new-york/fashion-week/our-favorite-

music-performances-from-nyfw&slide=1)

Tweet (http://twitter.com/share)

(/new-york/fashion-week/our-favorite-    VIEW SLIDESHOW ›
music-performances-from-nyfw&slide=1)

VIEW ALL ⦙⦙⦙    (/NEW-YORK/FASHION-WEEK/OUR-
FAVORITE-MUSIC-PERFORMANCES-FROM-NYFW/ALL)

| TOPICS | VIEW ⌄ |
|---|---|

ALEXANDER WANG (/TAG/ALEXANDER-WANG)

BLOOD ORANGE (/TAG/BLOOD-ORANGE)    DEVONTE HYNES (/TAG/DEVONTE-HYNES)

DIANE VON FURSTENBERG (/TAG/DIANE-VON-FURSTENBERG)

FASHION WEEK FALL 2014 (/TAG/FASHION-WEEK-FALL-2014)



## THE GUEST LIST (/NEW-YORK/CATEGORY/GUEST-LIST)


(/new-york/guest-list/interview-nyc-flower-girl-denise-porcaro-talks-holiday-inspiration-her-favorite-scents-for-home)

GUEST LIST (/NEW-YORK/CATEGORY/GUEST-LIST)

INTERVIEW: NYC FLOWER GIRL DENISE PORCARO TALKS SEASONAL
INSPIRATION & HER FAVORITE SCENTS FOR HOME

(/new-york/guest-list/interview-nyc-flower-girl-denise-

porcaro-talks-holiday-inspiration-her-favorite-scents-

for-home)



(/new-york/guest-list/interview-cafe-gitanes-luc-levy-

talks-his-latest-venture-antonionis)

GUEST LIST (/NEW-YORK/CATEGORY/GUEST-LIST)

INTERVIEW: CAFE GITANE'S LUC LEVY TALKS HIS LATEST VENTURE,
ANTONIONI'S

(/new-york/guest-list/interview-cafe-gitanes-luc-levy-

talks-his-latest-venture-antonionis)



(/new-york/guest-list/interview-lucy-sykes-rellie-on-her-

favorite-fashion-instagrammers-glade-scents-that-take-

her-back-to-her-london-home)

GUEST LIST (/NEW-YORK/CATEGORY/GUEST-LIST)

INTERVIEW: LUCY SYKES RELLIE ON HER FAVORITE FASHION
INSTAGRAMMERS & GLADE SCENTS THAT TAKE HER BACK TO HER
LONDON HOME

(/new-york/guest-list/interview-lucy-sykes-rellie-on-

her-favorite-fashion-instagrammers-glade-scents-that-

take-her-back-to-her-london-home)



(/new-york/guest-list/interview-the-sisters-in-law-

behind-veronica-beard-talk-signature-style-winter-

beauty-the-evolution-of-their-brand)

GUEST LIST (/NEW-YORK/CATEGORY/GUEST-LIST)

INTERVIEW: THE SISTERS-IN-LAW BEHIND VERONICA BEARD TALK
SIGNATURE STYLE, WINTER BEAUTY & THE EVOLUTION OF THEIR
BRAND

(/new-york/guest-list/interview-the-sisters-in-law-

behind-veronica-beard-talk-signature-style-winter-

beauty-the-evolution-of-their-brand)



(/new-york/guest-list/interview-jilly-hendrix-on-taking-

over-nycs-dj-scene-scents-that-bring-her-back-to-the-

west-coast-more)

GUEST LIST (/NEW-YORK/CATEGORY/GUEST-LIST)

INTERVIEW: JILLY HENDRIX ON TAKING OVER NYC'S DJ SCENE,
SCENTS THAT BRING HER BACK TO THE WEST COAST & MORE!

(/new-york/guest-list/interview-jilly-hendrix-on-taking-

over-nycs-dj-scene-scents-that-bring-her-back-to-the-

west-coast-more)



**MORE ABOUT FASHION WEEK (/NEW-**

**YORK/CATEGORY/FASHION-WEEK)**





BEST DRESSED MINI GUESTS: THE 10
MOST STYLISH KIDS AT FASHION
WEEK

NYFW WITH OUR FASHION
CORRESPONDENT, NATALIE DECLEVE:
WHERE SHE WENT & WHAT SHE




NYFW WITH OUR FASHION
CORRESPONDENT, NATALIE DECLEVE:
WHERE SHE WENT & WHAT SHE

TREND ALERT: THE BEST BABY BUMPS
OF FASHION WEEK
(/new-york/fashion-





NYFW 2014: THIS SEASON'S
FRESHEST FRONT ROW FACES
(/new-york/fashion-

FASHION WEEK STREET STYLE: DAY 8
OUTSIDE OF RALPH LAUREN
(/new-york/fashion-

---

CITIES

GLOBAL

(/)

● NEW YORK

(/new-york)

LOS ANGELES

(/los-angeles)

## HAMPTONS

(/hamptons)

## FOLLOW US

(https://www.facebook.com/guestofaguest)         (https://twitter.com/guestofaguest)

(http://instagram.com/guestofaguest)         (http://www.pinterest.com/guestofaguest/)

## CHANNELS

### EVENTS

(/new-york/category/events)

### SOCIETY

(/new-york/category/party-crasher)

### NEWS

(/new-york/category/news)

## SECTIONS

### CALENDAR

(/new-york/calendar)

### GALLERIES

(/new-york/galleries)

### YOU SHOULD KNOW

(/category/you-should-know)

### GUEST PROFILES

(/new-york/directory)

## INFORMATION

### ABOUT

(/about)

### ADVERTISING

(/advertising)

### PHOTOGRAPHY

(/photography)

### EVENTS

(/calendar/submit-event)

### PRIVACY POLICY

(/newsletter/user-agreement)

### TERMS & CONDITIONS

(/newsletter/user-agreement)

## SUBSCRIBE

| E-mail address | ✉ |

### 🔊 RSS

(http://feeds.feedburner.com/guestofaguest)

### 🔊 NEW YORK RSS

(http://feeds.feedburner.com/guestofaguest/new-york)

### 🔊 LOS ANGELES RSS

(http://feeds.feedburner.com/guestofaguest/los-angeles)

### 🔊 HAMPTONS RSS

(http://feeds.feedburner.com/guestofaguest/hamptons)

© 2014 Guest of a Guest, Inc. All Rights Reserved

Enter your EMAIL below to join my Mailing List! | | SIGN UP



- NEWS
- SERVICES
- ABOUT US
- OUR TEAM
- TESTIMONIALS
- ARTIST SUBMISSION

- **Latest Tweets**

  Tweets by @EiPR_Tweets

- **Featured Album**

| 1. Mansion on a Hill<br>The Dough Rollers<br><br>EIPR's 2014 Roundup | |
|---|---|
| **1. Mansion on a Hill**<br>The Dough Rollers | **3:55** |
| **2. Around**<br>Emergency Tiara | **2:29** |
| **3. Forget What They're Telling You**<br>Animal Years | **3:39** |
| **4. Baby It's Cold Outside (feat. Cha...**<br>Rachel Potter, Chase Peacock | **3:16** |
| **5. All I Want for Christmas Is You**<br>Rachel Potter | **3:34** |
| **6. Bright Lights**<br>Paul McDonald | **3:23** |
| **7. Freak Machine**<br>Fit For Rivals | **3:19** |
| **8. Young Blood**<br>Sun Culture | **3:14** |

· **Featured Video**

· **INSTAGRAM**





## News

## Sister Sparrow's Surprise Show at Milk Studios' Jam Room!

October 4, 2013 Blog, Now



Soul Rockers Sister Sparrow & The Dirty Birds got down and dirty at Manhattan hot spot The Jam Room at Milk Studios last night! They join the likes of Kanye West, R.E.M, and Wu-Tang Clan, who've all performed and partied there. The Secret Show was to celebrate the release of their Randy Jackson produced EP "Fight." Get it on iTunes HERE.

Copyright © 2014 Effective Immediately PR | All Rights Reserved |
325 Broadway, Suite 303 New York, NY 10007 | 212.777.6727
Email us at: info@ei-pr.com
Connect: Facebook| Twitter|

PREV



(http://www.spin.com/articles/adult-
swim-
ereies-
2013)

# Kanye West Previews 'Yeezus' at New York

Welcome aboard the exhilarating ride that defines the Now







WRITTEN BY

**Jordan Sargent (http://www.s sargent/)**

Yeezus speaks *INSTAGRAM, @ERICSUNDY*

June 11 2013, 12:42 PM ET

Last night inside the loading dock at Milk Studios in Manhattan's Chelsea neighborhood, Kanye West set up shop and played his new album — or, at least, parts of it — twice. Like his now-famous series of projections (http://www.spin.com/articles/kanye-west-new-slaves-projection-buildings-world-hudson-mohawke/) — in which contracted A/V guys rolled up in vans, aimed a projector at the side of a building, pressed play, and then rolled out after its conclusion — this was an unusual, seat-of-the-pants affair. West stayed parked behind a mixing board, but that was the only thing that offered a barrier between him and prying arms shoving iPhones in his face. Yet, he was gregarious and smiling wildly — he made eye contact with whoever wormed their way to the front to rock to the album. For a man now calling himself "Yeezus," (http://www.spin.com/articles/kanye-west-yeezus-album-cover-art/) he was shockingly accessible and open. (By his own admission, he was drunk off a succession of handles of Grey Goose.)

His mood stood in contrast to the ten songs he previewed. *Yeezus* — played at head-splitting volume through speakers that were not quite up to the task — is not the militant protest album that "Black Skinhead" (http://www.spin.com/articles/best-songs-tracks-2013-so-far-list/?slide=39) and "New Slaves" might lead you to believe. West's ego, alas, will always refract the outside world through his own concerns. The rest of the album is not nearly as to-the-point as those two tracks, either. Those —

minimal and scraping — were jarring coming from a man known for his excess, but much of *Yeezus* is jarring in a much more literal sense. Songs smash-cut wildly from punishing industrial beats to blooming soul samples and back again. There are some songs that make last year's lurching, ominous single "Mercy" (http://www.spin.com/articles/best-songs-2012/?slide=40) feel like a lazy ride on a gondola.

*Yeezus* will probably be the divisive album that everyone has assumed it to be, maybe even more so than his *Saturday Night Live* performances (http://www.spin.com/articles/kanye-west-saturday-night-live-black-skinheads-new-slaves-video-snl/) implied. If West played the album in order, it starts with the skipping rhythm of "On Site" and moves through "Black Skinhead" and "New Slaves" before morphing quickly, and purposefully, into a deformed Frankenstein monster. A stretch in the middle of the album is dominated by dancehall vocals. Chief Keef harmonizes with Bon Iver. The oft-discussed "I Am a God" (http://www.spin.com/articles/kanye-west-i-am-a-god-yeezus-new-songs-governors-ball-2013-video/) quickly melts into what sounds like a messy sprawl. Even devotees of *808s & Heartbreak* (http://www.spin.com/blog/album-review-kanye-wests-808s-and-heartbreak/) might feel lost during portions of this album, as West drones in his singing voice but doesn't tie himself to traditional song structures. A lot of fans — let alone rap fans at large — will object to the entire project strictly on stylistic grounds. Even those willing to indulge West's abrupt shift in sound will grapple with this album's raw imperfections.

But, look, this is an exhilarating ride. Dating back to *College Dropout* — the rap album from a guy no one thought should rap — all the way through *808s*, West has pushed his art somewhere: into the orchestra pit or into Parisian clubs or inside the brain of Lil Wayne. Meanwhile, the over-the-top display of *My Beautiful Dark Twisted Fantasy* (http://www.spin.com/reviews/kanye-west-my-beautiful-dark-twisted-fantasy-roc-fella/) was, in large part, West fiddling with the bejeweled crown atop his head. *Yeezus*, whatever it is, is certainly not that. Nor, should it be noted, is it risk-taking for the sake of taking a risk. It is not the dude who gets a mohawk but doesn't realize he can't pull it off. It is not Lil Wayne's *Rebirth* (http://www.spin.com/reviews/lil-wayne-rebirth-cash-moneyuniversal/).

The album, truly, is too bewildering to digest in two listens, let alone while being surrounded by people trying to snap photos of Jay-Z while neon projections glare off a side wall. It's going to make your head spin — and that is good. *Yeezus* also may age poorly, but Kanye West is living purely in the moment. He is shaping the Now, and when he finally drops this ugly, huffing beast of an album, it's going to be a fun time to be alive.

**EDITORS PICKS**



The Lists
**The Top 100 Alternative Albums of the 1960s**



Best of SPIN
**SPIN's Complete Covers Gallery: The 1990s**



The Lists
**40 Movie Soundtracks That Changed Alternative Music**



The Lists
**Blame Nirvana: The 40 Weirdest Post-'Nevermind' Major-**

◀ **Back** (http://www.scoopnest.com/)

(http://www.scoopnest.com/)

## Milk (/user/MilkStudios/) ✔

Follow
@MilkStudios
(https://twitter.com/twitter)

@MilkStudios (https://twitter.com/MilkStudios)

New York | Los Angeles

http://www.milkmade.com (http://www.milkmade.com)

103,079 followers

3,807 following

Milk stands at the crossroads of the fashion, music, photography, & film worlds. Milk Made | Milk Studios | Milk Gallery | @MADE | @LegsMedia | @HouseCasting

---

**Milk (/user/MilkStudios/)**

(/user/MilkStudios/)

@MilkStudios (https://twitter.com/MilkStudios)   1 month

#Nowplaying (/tag/Nowplaying/) the Milk jam room—@GoldLink @SoundCloud #SoundCloudxMilk (/tag/SoundCloudxMilk/) http://t.co/WiD9WOOF1I (/out/?url=http://t.co/WiD9WOOF1I&id=535643015873064960)

↩ (https://twitter.com/intent/tweet?in_reply_to=535643015873064960&text=@scoopnest) ⇄

**Share**

(https://twitter.com/intent/retweet?tweet_id=535643015873064960) ★
(https://twitter.com/intent/favorite?tweet_id=535643015873064960)

**His/Her Latest Scoops**

---

**Milk (/user/MilkStudios/)**

(/user/MilkStudios/)

@MilkStudios (https://twitter.com/MilkStudios)   2 days

(/user/MilkStudios/552172802879782912)

An upcoming exhibit in London will have Napoleon's hair on display > http://t.co/Qc9FDXFSgs
(/out/?url=http://t.co/Qc9FDXFSgs&id=552172802879782912) #art (/tag/art/) tweet it (/tag/art/tweet/) (https://twitter.com/scoopnest) (https://www.facebook.com/scoopnestNG/wall/)
http://t.co/HeJmBMxyMm (/out/?url=http://t.co/HeJmBMxyMm&id=552172802879782912)
(https://plus.google.com/u/1/b/101739621161989849288/101739621161989849288/about)

BACK TO TOP 



(https://twitter.com/intent/tweet?
in_reply_to=552172802879782912&text=@scoopnest)

(https://twitter.com/intent/retweet?tweet_id=552172802879782912) ★
**Milk (/user/MilkStudios/)**
(https://twitter.com/intent/favorite?tweet_id=552172802879782912)
(/user/MilkStudios/)

@MilkStudios (https://twitter.com/MilkStudios)  3 days

(/user/MilkStudios/551770431695638528)

"Art doesn't transform. It just plain forms."- Roy Lichtenstein #quote (/tag/quote/)
http://t.co/U2rDwe9tcm (/out/?url=http://t.co/U2rDwe9tcm&id=551770431695638528)

**Share**

(https://twitter.com/intent/tweet?
in_reply_to=551770431695638528&text=@scoopnest)

(https://twitter.com/intent/retweet?tweet_id=551770431695638528) ★
**Milk (/user/MilkStudios/)**
(https://twitter.com/intent/favorite?tweet_id=551770431695638528)
(/user/MilkStudios/)

@MilkStudios (https://twitter.com/MilkStudios)  6 days

(/user/MilkStudios/550743646451302400)

Prep for the February return of #MADEfw (/tag/MADEfw/) with this series of portraits by Andrew
Boyle > http://t.co/UCTafBbAZx (/out/?url=http://t.co/UCTafBbAZx&id=550743646451302400)
@made http://t.co/Kct4XoRBNI (/out/?url=http://t.co/Kct4XoRBNI&id=550743646451302400)

**Share**

(https://twitter.com/intent/tweet?
in_reply_to=550743646451302400&text=@scoopnest)

(https://twitter.com/intent/retweet?tweet_id=550743646451302400) ★
**Milk (/user/MilkStudios/)**
(https://twitter.com/intent/favorite?tweet_id=550743646451302400)
(/user/MilkStudios/)

@MilkStudios (https://twitter.com/MilkStudios)  1 week

(/user/MilkStudios/549965772081356800)

Our definitive list of the Best Movies of 2014 > http://t.co/ncurLst964 (/out/?
url=http://t.co/ncurLst964&id=549965772081356800) #film (/tag/film/) http://t.co/XOM51KVpwD
(/out/?url=http://t.co/XOM51KVpwD&id=549965772081356800)

**Share**

(https://twitter.com/intent/tweet?
in_reply_to=549965772081356800&text=@scoopnest)

(https://twitter.com/intent/retweet?tweet_id=549965772081356800) ★
**Milk (/user/MilkStudios/)**
(https://twitter.com/intent/favorite?tweet_id=549965772081356800)
(/user/MilkStudios/)
(https://twitter.com/Scoopnest) (https://www.facebook.com/ScoopnestENG)
(https://plus.google.com/u/1/b/101739621161989849288/101739621161989849288/about)
@MilkStudios (https://twitter.com/MilkStudios)  week

BACK TO TOP

(/user/MilkStudios/548901530435588096)

.@thefader reports on the first #MADEMusic (/tag/MADEMusic/) showcase > http://t.co/zJfGdRN66a (/out/?url=http://t.co/zJfGdRN66a&id=548901530435588096) @made @hellobosco @iLoveMakonnen5D http://t.co/HpnEqJIGcs (/out/? url=http://t.co/HpnEqJIGcs&id=548901530435588096)

↩ (https://twitter.com/intent/tweet?
in_reply_to=548901530435588096&text=@scoopnest) ⇄

**Share**

(https://twitter.com/intent/retweet?tweet_id=548901530435588096) ★
(https://twitter.com/intent/favorite?tweet_id=548901530435588096)
**Milk (/user/MilkStudios/)**
(/user/MilkStudios/)

@MilkStudios (https://twitter.com/MilkStudios)   1 week

#MerryChristmas (/tag/MerryChristmas/) http://t.co/i6WHaKyvoM (/out/? url=http://t.co/i6WHaKyvoM&id=548229340069396485)

↩ (https://twitter.com/intent/tweet?
in_reply_to=548229340069396485&text=@scoopnest) ⇄

**Share**

(https://twitter.com/intent/retweet?tweet_id=548229340069396485) ★
(https://twitter.com/intent/favorite?tweet_id=548229340069396485)
**Milk (/user/MilkStudios/)**
(/user/MilkStudios/)

@MilkStudios (https://twitter.com/MilkStudios)   2 weeks

The art is loading. http://t.co/11FyXS0U0Y (/out/? url=http://t.co/11FyXS0U0Y&id=547142154368593920)

↩ (https://twitter.com/intent/tweet?
in_reply_to=547142154368593920&text=@scoopnest) ⇄

**Share**

(https://twitter.com/intent/retweet?tweet_id=547142154368593920) ★
(https://twitter.com/intent/favorite?tweet_id=547142154368593920)
**Milk (/user/MilkStudios/)**
(/user/MilkStudios/)

@MilkStudios (https://twitter.com/MilkStudios)   2 weeks

(/user/MilkStudios/546696885378220032)

Today is your last chance to see @cocorocha & @stevensebring's #StudyofPose (/tag/StudyofPose/) at #MilkGallery (/tag/MilkGallery/) > http://t.co/KL0GLCpB1u (/out/? url=http://t.co/KL0GLCpB1u&id=546696885378220032) http://t.co/IkL0hO9lR1 (/out/? url=http://t.co/IkL0hO9lR1&id=546696885378220032)

 (https://twitter.com/Scoopnest)    (https://www.facebook.com/ScoopnestENG) 
(https://plus.google.com/u/1/b/101739621161989849288/101739621161989849288/about)

BACK TO TOP ⬆

↩ (https://twitter.com/intent/tweet?
**Milk (/user/MilkStudios/)**
in_reply_to=546696885378220032&text=@scoopnest) ⇄
(/user/MilkStudios/)
(https://twitter.com/intent/retweet?tweet_id=546696885378220032) ★
@MilkStudios (https://twitter.com/MilkStudios)
(https://twitter.com/intent/favorite?tweet_id=546696885378220032)

(/user/MilkStudios/545247411300728832)

"Find someone who has a life that you want and figure out how they got it."- Lana Del Rey #quote
(/tag/quote/) http://t.co/6oX7Iethiu (/out/?url=http://t.co/6oX7Iethiu&id=545247411300728832)

**Share**

↩ (https://twitter.com/intent/tweet?

in_reply_to=545247411300728832&text=@scoopnest) ⇄

(https://twitter.com/intent/retweet?tweet_id=545247411300728832) ★
**Milk (/user/MilkStudios/)**
(https://twitter.com/intent/favorite?tweet_id=545247411300728832)
(/user/MilkStudios/)

@MilkStudios (https://twitter.com/MilkStudios)    3 weeks

(/user/MilkStudios/545233360944386048)

Watch @cocorocha come full circle in her & @stevensebring's #StudyofPose (/tag/StudyofPose/)
at #MilkGallery (/tag/MilkGallery/) > http://t.co/KL0GLCpB1u (/out/?
url=http://t.co/KL0GLCpB1u&id=545233360944386048) http://t.co/s8ZyILVtA9 (/out/?
url=http://t.co/s8ZyILVtA9&id=545233360944386048)

**Share**

↩ (https://twitter.com/intent/tweet?

in_reply_to=545233360944386048&text=@scoopnest) ⇄

(https://twitter.com/intent/retweet?tweet_id=545233360944386048) ★
**Milk (/user/MilkStudios/)**
(https://twitter.com/intent/favorite?tweet_id=545233360944386048)
(/user/MilkStudios/)

@MilkStudios (https://twitter.com/MilkStudios)    3 weeks

(/user/MilkStudios/544508525201068032)

Interact with @cocorocha & @stevensebring's exhibit #StudyofPose (/tag/StudyofPose/) at
#MilkGallery (/tag/MilkGallery/) > http://t.co/KL0GLCpB1u (/out/?
url=http://t.co/KL0GLCpB1u&id=544508525201068032) http://t.co/RhcjrPCUG0 (/out/?
url=http://t.co/RhcjrPCUG0&id=544508525201068032)

**Share**

↩ (https://twitter.com/intent/tweet?

in_reply_to=544508525201068032&text=@scoopnest) ⇄

(https://twitter.com/intent/retweet?tweet_id=544508525201068032) ★
**Milk (/user/MilkStudios/)**
(https://twitter.com/intent/favorite?tweet_id=544508525201068032)
(/user/MilkStudios/) (https://twitter.com/Scoopnest) (https://www.facebook.com/ScoopnestENG)

(https://plus.google.com/u/1/b/101739621161989849288/101739621161989849288/about)
@MilkStudios (https://twitter.com/MilkStudios)    3 weeks

BACK TO TOP ⌃

(/user/MilkStudios/543797635887673344)

Stop by #MilkGallery (/tag/MilkGallery/) this weekend to see @cocorocha & @stevensebring's #StudyofPose (/tag/StudyofPose/) exhibit > http://t.co/KL0GLCpB1u (/out/?url=http://t.co/KL0GLCpB1u&id=543797635887673344) http://t.co/cNUzB3Gd37 (/out/?url=http://t.co/cNUzB3Gd37&id=543797635887673344)

↩ (https://twitter.com/intent/tweet?in_reply_to=543797635887673344&text=@scoopnest) ⇄

**Share**

(https://twitter.com/intent/retweet?tweet_id=543797635887673344) ★
(https://twitter.com/intent/favorite?tweet_id=543797635887673344)
**Milk (/user/MilkStudios/)**
(/user/MilkStudios/)

@MilkStudios (https://twitter.com/MilkStudios)  3 weeks

(/user/MilkStudios/543430003992838144)

Don't miss @cocorocha & @stevensebring's #StudyofPose (/tag/StudyofPose/), up through 12/22 at #MilkGallery (/tag/MilkGallery/) > http://t.co/KL0GLCpB1u (/out/?url=http://t.co/KL0GLCpB1u&id=543430003992838144) http://t.co/YGKHWGuhM8 (/out/?url=http://t.co/YGKHWGuhM8&id=543430003992838144)

↩ (https://twitter.com/intent/tweet?in_reply_to=543430003992838144&text=@scoopnest) ⇄

**Share**

(https://twitter.com/intent/retweet?tweet_id=543430003992838144) ★
(https://twitter.com/intent/favorite?tweet_id=543430003992838144)
**Milk (/user/MilkStudios/)**
(/user/MilkStudios/)

@MilkStudios (https://twitter.com/MilkStudios)  3 weeks

(/user/MilkStudios/543239072672534528)

Gang's all here #MilkHolidayParty (/tag/MilkHolidayParty/) http://t.co/2TBmTdoSn9 (/out/?url=http://t.co/2TBmTdoSn9&id=543239072672534528)

↩ (https://twitter.com/intent/tweet?in_reply_to=543239072672534528&text=@scoopnest) ⇄

**Share**

(https://twitter.com/intent/retweet?tweet_id=543239072672534528) ★
(https://twitter.com/intent/favorite?tweet_id=543239072672534528)
**Milk (/user/MilkStudios/)**
(/user/MilkStudios/)

@MilkStudios (https://twitter.com/MilkStudios)  3 weeks

"@Amber_mitchell: @MilkStudios Holiday party =Amazing"

🐦 (https://twitter.com/Scoopnest)   f (https://www.facebook.com/ScoopnestENG)  g+ (https://plus.google.com/u/1/b/101739621161989849288/101739621161989849288/about)

BACK TO TOP ⌃



↩ (https://twitter.com/intent/tweet?
**Milk (/user/MilkStudios/)**
in_reply_to=543230382070456321&text=@scoopnest)  ⮌
(/user/MilkStudios/)
(https://twitter.com/intent/retweet?tweet_id=543230382070456321)  ★
@MilkStudios (https://twitter.com/MilkStudios)  weeks
(https://twitter.com/intent/favorite?tweet_id=543230382070456321)

(/user/MilkStudios/543230279062519808)

.@burkenyc on the 1s and 2s #MilkHolidayParty (/tag/MilkHolidayParty/) http://t.co/pxSjs5Ceba
(/out/?url=http://t.co/pxSjs5Ceba&id=543230279062519808)

↩ (https://twitter.com/intent/tweet?
in_reply_to=543230279062519808&text=@scoopnest)  ⮌

(https://twitter.com/intent/retweet?tweet_id=543230279062519808)  ★
(https://twitter.com/intent/favorite?tweet_id=543230279062519808)
**Milk (/user/MilkStudios/)**
(/user/MilkStudios/)

3
@MilkStudios (https://twitter.com/MilkStudios)  weeks

(/user/MilkStudios/543218223861489664)

Starting the holidays off right with the #MilkFamily (/tag/MilkFamily/) #MilkHolidayParty
(/tag/MilkHolidayParty/) http://t.co/wvUTxAzJtc (/out/?
url=http://t.co/wvUTxAzJtc&id=543218223861489664)

↩ (https://twitter.com/intent/tweet?
in_reply_to=543218223861489664&text=@scoopnest)  ⮌

(https://twitter.com/intent/retweet?tweet_id=543218223861489664)  ★
(https://twitter.com/intent/favorite?tweet_id=543218223861489664)
**Milk (/user/MilkStudios/)**
(/user/MilkStudios/)

3
@MilkStudios (https://twitter.com/MilkStudios)  weeks

(/user/MilkStudios/542876651152228352)

Good times at tonight's #StudyOfPose (/tag/StudyOfPose/) opening, see it for yourself through
12/22 at #MilkGallery (/tag/MilkGallery/) http://t.co/wXw4ZVVRjp (/out/?
url=http://t.co/wXw4ZVVRjp&id=542876651152228352)

↩ (https://twitter.com/intent/tweet?
in_reply_to=542876651152228352&text=@scoopnest)  ⮌

(https://twitter.com/intent/retweet?tweet_id=542876651152228352)  ★
(https://twitter.com/intent/favorite?tweet_id=542876651152228352)
**Milk (/user/MilkStudios/)**
(/user/MilkStudios/)

4
@MilkStudios (https://twitter.com/MilkStudios)  weeks

(/user/MilkStudios/543867067192741399)  (https://www.facebook.com/ScoopnestENG)
(/user/MilkStudios/535621161989849288/10173962116198984 9288/about)

BACK TO TOP  ⌃

#MADEfw (/tag/MADEfw/) designer @zanabayne striking a pose at the #StudyOfPose (/tag/StudyOfPose/) #MilkGallery (/tag/MilkGallery/) http://t.co/PG7S68DK4d (/out/?url=http://t.co/PG7S68DK4d&id=542867067192741890)

← (https://twitter.com/intent/tweet?                                    **Share**
in_reply_to=542867067192741890&text=@scoopnest) ⟲
(https://twitter.com/intent/retweet?tweet_id=542867067192741890) ★
(https://twitter.com/intent/favorite?tweet_id=542867067192741890)





New to DASHA? Sign Up / Sign In  |  Buy Gift Cards  |  Concierge: 212.755.5500

HEALTH & WELLNESS   FITNESS   SPA   TECHNOLOGY   PACKAGES   CORPORATE WELLNESS   BLOG

BLOG



Lifestyle tips, facts and fiction for the fabulous - be healthy, work hard, and play hard.

LIFESTYLE

WELLNESS

COMMUNITY

NOURISHMENT

CULTURE

CORPORATE

« Previous post                                    Next post »



February 13, 2012 |  comments

## DASHA joins True Religion at MILK STUDIOS for Fashion Week!

*By DASHA wellness & spa*

Share this post:

**ReLAX   ReFRESH   ReCONNECT**

It seems like mere days ago that we last updated our loyal readers with tales from September 2011's New York Fashion Week.  But guess what?

**It's that time again.**

The flurry of shows, parties, and after parties that is NYFW is upon us in full force, complete with photog's flashing cameras, waif-like models in black motorcycle jackets, and an annoying shortage of taxis.  DASHA is reporting this season from the JAM ROOM at MILK STUDIOS.

DASHA is joining our friends at <u>Pipino 57</u> in the **True Religion Members Only VIP Suite**!  We have always loved our True Religion jeans, and we were thrilled to check out racks of the brand's hip new styles decorating the VIP Suite!

After sampling the decadent assortment of services, some fun (**psychic readings**), some fab (<u>MINX</u> manicures in a trendy pattern created exclusively for True Religion), and some necessary (delicious caffeinated beverages from <u>grounded coffee catering</u>), we settled in to offer **DASHA Stress-Buster Massages** to the True Religion VIP's taking a break from the shows.  It's been a great week of fashion so far, and one thing's for sure, the JAM ROOM is the place to be this NYFW!  Be sure to check DASHA's twitter for more updates from the week.

Until our next post, **peace love & fashion.**







DASHA Gramercy
New to DASHA? Sign up to share it now Gift Cards | Concierge: 212.755.5500
New York, NY, 10010
212.529.5700

HEALTH & WELLNESS    FITNESS    SPA    TECHNOLOGY    PACKAGES    CORPORATE WELLNESS    BLOG

DASHA Astoria
30-16 30th Drive, 2nd FL
Astoria, NY 11101
718.777.2244

DASHA Bayside
41-06 Bell Blvd, 2nd FL
Bayside, NY 11361
718.279.9800

Search the site

© DASHA Wellness Corp 2015          Privacy Policy | Terms & Conditions | Site by MediaPunch