# EXHIBIT C

# Opera Chic

I'm a young American woman in Milan...and you're not. I go to La Scala a lot...and you don't.

Home
Archives
Profile
Subscribe

May 05, 2007

### I'll Try Anything As Long As I Look Good

Hay guys! Guess what? Classical music is kewl again. We are like the most relevant people in the whole world!!!11eleven!!111

Well...at least according to the fashionably cooltural élite behind NYC's Milk (*ph:* mAElk) Studios, who recently had the epiphany to begin a classical music series that, instead of catering to AARP-card holders and poor students, would instead lure models, fashion conspirators, and various actors/cling-ons.

No fair-weather scensters could be reached for comment at this time, still sleeping-off a post-party delirium from moshing and skanking to Vivaldi's *Four Seasons* (huh k). But sources close to Opera Chic indicate that scensters and their various sycophants are all jumping on the classical music scene bandwagon, because it suddenly got cool or something. "They are desperate to cling to any sort of identity while searching for social acceptance," said our local expert/party-crasher, "I've never heard of such a lame excuse for trying to appear cultured."

~~~

You can read about it in this Sunday's NYTimes Style pages.

Launched in February 2007, Milk Studios (Katie Ford, the chief executive of Ford Models is one of the founders) launched "Milk Salon", where four classical musicians have been invited throughout the year to act as moving, emoting background props at their parties. Violinist Janine Jansen just performed ("Summer" from *The Four Seasons,* that obscure work Milk Studios rescued from obliivion), and past guest pianist Yundi Li rocked the casbah a few months ago (holy $h1t! with an appearance by Terry "Yes, That Is Actually A Tranny" Richardson).

> "'Our purpose is to expose these top-class artists to a new group of people who are more downtown — trendsetters, fashion people — in hopes of spreading classical music to a new generation,' said the dapper Mr. Rassi [a partner in Milk Studios], explaining the concept behind this quarterly classical-music recital series, titled Milk Salon."

(That is, if 'classical music' is composed entirely of totally b00tleg versions of Vivaldi and Mozart hits you would find on track listings of "The Best Classical Mix...Ever" or like "The Most Relaxing Classical Album in the World...Ever!") They may as well just pipe-in Mouret's *rondeau* from "Symphonies and Fanfares for the King's Supper" and pretend they're on "Masterpiece Theatre".

Rawk on with your bad selves, Milk Salon...RAWK ON!

Posted at 08:41 PM in wack | Permalink

Reblog (0) |  |       |

**TrackBack**

TrackBack URL for this entry:
http://www.typepad.com/services/trackback/6a00d83451c83e69e200d834ffd31053ef
Listed below are links to weblogs that reference I'll Try Anything As Long As I Look Good:

**Comments**



inter mezzo said...
I blame Rufus Wainwright

Reply May 05, 2007 at 10:39 PM

Comment below or sign in with　　Typepad　　Facebook　　Twitter　　Google+ and more...

(You can use HTML tags like <b> <i> and <ul> to style your text. URLs automatically linked.)

Email address is not displayed with comment.

Name

Email Address

Web Site URL

Post　　Preview

POWERED BY TypePad

Opera Chic
@operachic

AD AGE    CREATIVITY    LOOKBOOK    DATACENTER    RESOURCES    EVENTS    JOBS    ON CAMPUS

Follow us                                                                   Login    Become a member



ADVERTISEMENT

You've viewed all of your free items on Creativity.
To register, get added benefits and unlimited access to articles, Become a Member. Already a Member? Sign in.

Home    Print (image)    Milk Studios

New York fashion photography studio Milk Studios recently launched Milk Salon, a series of invitation-only classical-music recitals, whose identity has been created by the New York office of Base, an international creative direction and brand develop

## BECOME A MEMBER

We are glad you are enjoying Creativity. You have reached your seventh and last free item. To get uninterrupted access and additional benefits, become a member today.

Become a Member

Already a member? Log in.

About us  |  Contact us  |  Advertise  |  Reprints  |  Become a member  |  Newsletters  |  Apps  |  Terms and conditions  |  Privacy Policy  |

Submit Work  |  Promote Your Work  |  Creativity FAQs

ADAGE    CREATIVITY    LOOKBOOK    DATACENTER    RESOURCES    EVENTS    JOBS    ON CAMPUS    Site by AREA 17

AD AGE · CREATIVITY · LOOKBOOK · DATACENTER · RESOURCES · EVENTS · JOBS · ON CAMPUS

Follow us · Login · Become a member



ADVERTISEMENT

Welcome. This is your first of seven free items this month.
To register, get added benefits and unlimited access to articles, Become a Member. Already a Member? Sign in.

Home · Gallery · Print (image) · Milk Studios · Milk Salon Identity

# Milk Studios: Milk Salon Identity

New York fashion photography studio Milk Studios recently launched Milk Salon, a series of invitation-only classical-music recitals, whose identity has been created by the New York office of Base, an international creative direction and brand develop



0
Shares

| Editor's Pick | New York fashion photography studio Milk Studios recently launched Milk Salon, a series of invitation-only classical-music recitals, whose identity has been created by the New York office of |  |

Base, an international creative direction and brand development firm. "The overall Salon identity is intended to balance the richness and tradition of classical music and the intimate environment of the classic French salon with the directness and contemporary aesthetic of downtown New York," explains Base partner Geoff Cook. "Hence the reference to the treble clef in the 'S' of Salon and the cursive script juxtaposed with the geometric Milk logo and its modern type composition."

Moreover, each Salon event has a theme, and the second and latest performance, by Dutch violinist Janine Jansen, "was all about spring and the fact that her music is described as 'fresh and energetic,' " he adds. "These themes drove the concept and color choices behind this performance. The environment decor and the Jaeger-LeCoultre lounge □□" where the luxury watches of this principal sponsor of Salon were displayed □□" were awash in white light and complemented with modern white furniture. The invitation was an acrylic box, in fluorescent light green and containing a single hyacinth stem."

Similarly, for the premier Salon performance, a recital by pianist Yundi Li that took place the night before Valentine's Day, the invite was a translucent red acrylic box containing a bed of red roses (see the PDF). Roses were chosen "not only for the association with Valentine's Day but more so because of the tradition in the classical performing arts of roses being tossed onstage in recognition of a spectacular performance," says Cook. "We carried this theme through to the Salon environment itself, bathing it in red light." In addition, he notes that, Milk Salon attendees being a veritable A-list of New York scenesters, "we've heard that the invitation boxes have become something of collectors' items, turning up in some very high-profile offices and homes across the city."



ADVERTISEMENT

AD AGE | CREATIVITY

Video
Creativity Top 5



Learn more

AD AGE | REPORTS

Research Report
Smart Marketing Using Big Data

Leverage Big Data for Big Results. Learn how to integrate Big Data in your marketing analytics and get tips from leaders that have embraced Big Data marketing.

Learn more

| Rate this Ad | You must be registered to rate the ad. Please Login or Register Now |
|---|---|

## ABOUT

**Credits**

Date
May 29, 2007

Client:
Milk Studios

Agency:
BaseNYC

**Latest Creativity News on Ad Age**

 The Creativity Top 5: Best of 2014

 The 2014 Awards Report: See the World's Most Creative Agencies, Campaigns and Clients

 Holiday Advertising? Big Lots Nailed It

## RELATED WORK



Newcastle: Chores
Droga5 New York



Newcastle: Behind the Scenes of 'Chores'
Droga5 New York



IKEA: The Joy of Storage
Mother London

**WANT TO SEE YOUR WORK IN OUR GALLERY?**

Submit now

## COMMENTS (0)

You must log in to comment.

Write your comment here

Logout    Post

## THE CREATIVITY DAILY NEWSLETTER

Get highlights of the most important daily news delivered to your e-mail inbox. View all Newsletters

Email Address    Subscribe

## PRODUCT SPOTLIGHT

| AD AGE | EVENTS | AD AGE | REPORTS | AD AGE | LOOKBOOK |



APR
**14**

Ad Age Digital Conference

Exclusive Ad Age Research Available
Omnichannel Retail



Exclusive Ad Age Research Available
TV and Technology

Featured Agency
Experiential Marketing Keeps Gaining Fans

## BECOME A MEMBER OF AD AGE

Register Now  |  Membership Benefits  |  DataCenter  |  Research Reports Library



About us  |  Contact us  |  Advertise  |  Reprints  |  Become a member  |  Newsletters  |  Apps  |  Terms and conditions  |  Privacy Policy  |

Submit Work  |  Promote Your Work  |  Creativity FAQs

ADAGE    CREATIVITY    LOOKBOOK    DATACENTER    RESOURCES    EVENTS    JOBS    ON CAMPUS          Site by AREA 17



# PMc PATRICKMcMULLAN.COM

**Milk, CAMI, and Universal Music Group present Milk Salon, with a performance by Pianist Yundi Li**
Milk Studios, NYC
© Patrick McMullan
Tuesday, February 13, 2007
Photo - David X Prutting/PatrickMcMullan.com

**178 Images**     Key: URL   Preview   Add to Cart


Yundi Li


Yundi Li


Mazdack Rassi, Yundi Li

Mazdack Rassi, Jean-Jacques Cesbron, Marc Johnston


Jen Brill, Terry Richardson


John Demsey, Anouschka Izmirlian


Genevieve Jones


Helena Houdova, Nur Khan


Jamie Biden, Tahyna Tozzi, Jamie Burke


Tahyna Tozzi


Beri Smither, Kyan Douglas


Greg Kadel, Lyman Carter


Keren Craig, Alice Temperley


Benjamin Cho, Arden Wohl


James Houston, Zanna Roberts, Brian McGrory


Atmosphere









**Craig Ross, Giada Torri**

**David Bouley**

**Moishe Mana, Ofir Mana, Karim Amatullah**

**Alejandro Cardenas, Saskia Miller**

**Amber Feld, Kiley Bates, Catherine Kim**

**Anouschka Izmirlian, Keren Craig**

**Anouschka Izmirlian, Yundi Li, John Demsey, Jean-Jacques Cesbron**

**Anouschka Izmirlian, Yundi Li**

**Anne Joyce Harriette de Jersey, David Lopez**

**Harriette de Jersey, Anne Joyce**

**Adam Shapiro, Pippa Vosper**

**Keren Craig, Alice Temperley**

**Alice Temperley**

**Anouchka Wesson, Irini Arakas, Amy Wesson**

**Amy Wesson, Zanna Roberts**

**Amy Wesson**

**Arden Wohl**

**Arden Wohl**

**Benjamin Cho, Arden Wohl**

**Beri Smither, Kyan Douglas**

**Beri Smither**

**Catherine Fulmer, Alan Singman**

**Catherine Kim, Kerry Youmans**

**Cindy McBennett, Geoff Cook**

Cindy McBennett, Geoff Cook

Craig Ross, Giada Torri

David Bouley

David Bouley

Diego Garcia, Genevieve Jones

Diego Garcia, Lyman Carter, Amy Wesson

Elia Zois, Mariana Zois

Francesco Clemente, Juline Samuels

Francesco Clemente, ?

(Who Am I?)

Genevieve Jones, Lyman Carter, Keren Craig

Genevieve Jones

Genevieve Jones

Genevieve Jones

Greg Kadel, Beri Smither

Harriette de Jersey, Karim Amatullah

Helena Houdova, Nur Khan

Hamilton South, Manuel Bellod, Peter Acocella, Mazdack Rassi

Indigo Trabanco, Jacquelyn Davis, Marc Johnston

Jamie Biden, Tahyna Tozzi, Jamie Burke

Jamie Biden, Tahyna Tozzi

| Jamie Burke, Mazdack Rassi, Jamie Biden | John Demsey, Anouschka Izmirlian | James Houston, Charles Hamlen, Jean-Jacques Cesbron | Jean-Jacques Cesbron, John Demsey, Anouschka Izmirlian |

Don't see your picture? Did we get your name wrong? Do you know someone we don't? Click Here.

Copyright © 2014 Patrick McMullan Company, Inc. All Rights Reserved.

# The Quest for "it"

it's all about the quest...sharp & insightful information with analysis of the arts, celebrities, designers, various publications, and society.

HOME
FASHION
BEAUTY
ART
CELEBRITIES
MEDIA
AFRICAN-AMERICAN
VIDEOS
EDITOR'S LOG

Tuesday, December 21, 2010

### Milk Salon Holiday Concert & Charity Auction Benefiting the Somaly Mam Foundation

Hi,



On a recent temperate **Friday evening**, **Social Lauren Bush** hosted on behalf of **Milk Salon** a presentation of the **Salome Chamber Orchestra's Holiday Concert** featuring international soloist **David Aaron Carpenter**.  The **3 hour event** offered silent auction with works from **Enrique Badalescu, Gabrielle Revere, Gre Kadel, Guillermo de Zamacona, Hunter Barnes, James Macari, John Guerrero, Jonathan Mannion, Mick Rock, Norman Jena Roy, Sante D'Orazio, Tiziano Magni, Walter Chin, Zoe Buckman, etc.,** with both ticket sales and art purchases directly benefiting the **Somaly Mam Foundation.**

Present were a diverse mixture of **Milk Salon\*\*\*** regulars and fans of both **David Carpenter** and the **Salome Chamber Orchestra**.  Pre-show, we spoke with **Lauren Bush --**model, social and most importantly advocate-- about what inspired her to host the evening, "I've been a supporter since I met **Somaly** who was introduced through a friend...she's just one of those people you meet, and find so inspiring. I've read her book, and since then I've given her book to friends, it's called the Road to Innocence, the most heart-wrenching story, but yet the most hopeful."

The highlight of the evening was **David Aaron Carpenter's** fresh take on familiar classical music encompassing **Vivaldi's Four Season's** and other favorites.  His engaging and poetic repoire with each musical piece was truly breathtaking with the **Salome Chamber Orchestra** a fitting collaborative group.

**\*\*\*-Milk Salon is a classical music performance series, dedicated to bringing today's preeminent talents together in an intimate setting, and expanding the existing classical**

repertoire and audience through collaboration with some of the world's greatest soloists including Yundi Li and Janine Jansen

*photos by The Quest for "it"



Posted at 11:28 AM in Charity, Cultural Events and Performing Arts | Permalink
Reblog (0)

# Comments

### Verify your Comment

### Previewing your Comment

Posted by:   |
This is only a preview. Your comment has not yet been posted.

Post    Edit

Your comment could not be posted. Error type:
Your comment has been saved. Comments are moderated and will not appear until approved by the author. Post another comment
The letters and numbers you entered did not match the image. Please try again.
As a final step before posting your comment, enter the letters and numbers you see in the image below. This prevents automated programs from posting comments.
Having trouble reading this image? View an alternate.

Continue

The Quest for "it"
Powered by Typepad








People | Events | Tools | Newsletter | Join | Login

Email Page

# Milk, CAMI, and Universal Music Group present Milk Salon, with a performance by Pianist Yundi Li

2007
-
02
-
13

TweetShare

**Party Pictures** (show all 0)

**Organization Connections**
(show all 3)

Moet & Chandon event

Columbia Artists Management

Universal Music Group

**Guests** (show all 150113)

Search...

FOLLOW US:

SIGN UP FOR OUR WEEKLY NEWSLETTER

email address

**Recent Photos**

**Recent News**

Allison Williams: 'Being Analyzed About My Weight Drives Me Crazy' (People 2015-01-08)
- mentions Allison Williams and Glamour

12 Dead In Shooting At Paris Satirical Magazine (Business Insider 2015-01-07)
- mentions Paul Allen and Thejournal.ie

Whitney Houston biopic premiere draws A-list crowd (Los Angeles Times 2015-01-07)
- mentions Angela Bassett and Whitney Houston

**Recent Events**

**Apps You Might Like**

- Yundi Li event 30
-  Mazdack Rassi event 18
- Jean-Jacques Cesbron event 9
- Keren Craig event 9
- Zanna Roberts event 8
- Amy Wesson event 7
- Anouschka Izmirlian event 7
-  Genevieve Jones event 7
- Barry Smither event 6
-  Lyman Carter event 6
- Tahyna Tozzi event 5
- Alice Temperley event 4
- Arden Wohl event 4
-  David Zinczenko event 4
- Greg Kadel event 4
- Jamie Biden event 4
-  John Demsey event 4
-  Kyan Douglas event 4
-  Nur Khan event 4
- Tracy Taylor event 4
- Cindy McBennett event 3
- David Bouley event 3
- Harriette de Jersey event 3
- Helena Houdova event 3
-  Jamie Burke event 3
- Jules Siff event 3
- Karim Amatullah event 3
- Kerry Youmans event 3
-  Kim Vernon event 3
- Marc Johnston event 3
- Marcus Montenegro event 3
-  Monika Chiang event 3
- Ronald Wilford event 3
- Sara DiMaggio event 3
-  Terry Richardson event 3
- Benjamin Cho event 2
- Catherine Kim event 2
- Craig Ross event 2
-  Diego Garcia event 2
-  Elia Zois event 2
-  Francesco Clemente event 2
- Geoff Cook event 2
- Giada Torri event 2
- Hunter Barnes event 2
- James Houston event 2
-  Jen Brill event 2
- Juline Samuels event 2
-  Mariana Zois event 2
- Moishe Mana event 2
- Ofir Mana event 2
- Rafael Cadenas event 2
- Rebecca Guinness event 2
- Sara Wilford event 2
- Tim Fox event 2
- Adam Shapiro event 1
- Alan Singman event 1
- Alejandro Cardenas event 1
- Amber Feld event 1
- Anne Joyce event 1
- Anouchka Wesson event 1
- Antje Winter event 1
- Ari Roman event 1
- Aviya Landesberg event 1
- Brian McGrory event 1
-  Catherine Fulmer event 1
- Charles Hamlen event 1
- David Lopez event 1
- Espresso Crew event 1
- Hamilton South event 1
- Indigo
- Irini Arakas
- Jacquelyn
- Joohn
- Jessica
- Joanna
- Kate Mulling
- Kiley Bates

The McCart & Englist Interne use policy
Options:
ebsense

Home | About | News and Updates | Contact | Credits | Advertising | Disclaimer
PLAY Blog | Movers and Shakers | Recent Events | Compare Profiles | Map a Connection

Fame Theory llc 2007



| HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS | | SUBSCRIBE NOW | Log In | Register Now |

**The New York Times** — **Fashion & Style**

○ Style  ○ All NYT   Search

| WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS |

FASHION & STYLE   DINING & WINE   HOME & GARDEN   WEDDINGS/CELEBRATIONS   T: STYLE



# Vivaldi Arrives Fashionably Late



Christopher Smith for The New York Times
**SEEN AND HEARD** Members of the fashion world listening to classical music at the Milk Studios on West 15th Street in Manhattan.

By **ALEX WILLIAMS**
Published: May 6, 2007

IN fashion, everything old eventually becomes new again. No matter how old.



Christopher Smith for The New York Times
Janine Jansen was one of the performers.

TWITTER
LINKEDIN
SIGN IN TO E-MAIL OR SAVE THIS
PRINT
REPRINTS
SHARE

Still, it was surprising to see about 85 of the fashion world's young tastemakers turn out on Thursday not to see Lily Allen or Arcade Fire, but the Dutch violinist Janine Jansen. The private recital wasn't at Carnegie Hall, that Midtown stalwart that is probably more foreign to many of those in attendance than Paris or Milan, and where she was scheduled to play two days later. Instead, it took place at one of their more familiar stomping grounds: Milk Studios on West 15th Street in Manhattan, one of New York's best known fashion photography studios.

The idea, ostensibly, was not just to turn the world's finest musicians into mere theme-party props to impress jaded scenesters, insisted Mazdack Rassi, a partner in Milk Studios —himself, a scenester of the first order, though he sounded far from jaded on this evening.

"Our purpose is to expose these top-class artists to a new group of people who are more downtown — trendsetters, fashion people — in hopes of spreading classical music to a new generation," said the dapper Mr. Rassi, explaining the concept behind this quarterly classical-music recital series, titled Milk Salon.

---

**More Articles in Fashion & Style »**



**MOST POPULAR**

EMAILED | SEARCHED | VIEWED

1. Well: How Exercise Keeps Us Young
2. Bones, Broth, Bliss
3. DAVID BROOKS: The Problem With Meaning
4. Streit's Matzo Factory, a Piece of Lower East Side History, Is Moving On
5. Op-Ed | Arthur C. Brooks: An Aging Europe in Decline
6. On the Open Road, Signs of a Changing Cuba
7. Long a College Town, Worcester Now Looks the Part
8. Renewing Hope Against Bacteria
9. Suspects Identified in Attack on French Newspaper, Charlie Hebdo
10. THOMAS L. FRIEDMAN: Time for a Pause

Go to Complete List »

**ELSEWHERE ON NYTIMES.COM**



**Benedict Cumberbatch acts clever again**
Don't hack the envelope, please
Mike Nichols told him not to do it

He launched the series in February (the first concert featured the Chinese pianist Yundi Li) with friend Jean Jacques Cesbron, the president of the classical music talent agency Columbia Artists Music, and with Marc Johnston, a public relations and marketing executive in the classical music field.

Mr. Rassi and Mr. Cesbron, whose relationship spans the fabled uptown/downtown divide, both felt a little stranded — professionally and psychically — on his own side of 23rd Street, Mr. Rassi said, so they figured they could create a cultural collision, if not a welcome break from the same old fashion-world nighttime routine: models and actresses drinking, dancing on tables, and trying to stay off of Page Six. Instead, they conspired to import a more refined culture to the meatpacking district.

Lindsay Lohan, who appears in the current advertising campaign for Miu Miu, was not in attendance.

The larger goal, Mr. Cesbron explained, against a backdrop of 10-foot-tall windows overlooking the Hudson River before the performance on Thursday, was to free 200-year-old music from the stigma that it appeals to people who seem nearly that old themselves.

"Classical music is not stuffy," he said, adding, "it just needs a different setting."

Thursday's boldface crowd — who are forever chasing the *next* with the voracity of Pac-Man — already seemed a step ahead of him. Georgina Chapman, a designer for Marchesa, said that Mozart's Requiem leaves her feeling "entranced." Her design partner, Keren Craig, spoke rhapsodically about the first time she saw "Tosca" at age 11. The model Petra Nemcova, meanwhile, explained that Dvorak, a fellow Czech, sounds as sexy to her as any pulsating rock music.

Judging by the testimonials from such fashion A-listers — the crowd also included the art world fixture Hope Atherton and the models Lara Stone and Tasha Tilberg — classical music is not only not dead to those who typically talk Versace more than Vivaldi, but actually functions as something of a musical form of Xanax to chill them out.

Paulo Melim Andersson of Chloé listens to Bach and Schumann while conjuring design images, he said. "Classical music is so intimate, it's wonderful to have in your head," he said. "It's like a soundtrack of your private life."

The designer Doo-Ri Chung said she and her colleagues listen to classical music throughout the day at her studio on 38th Street. Indie rock proved too jarring to the creative mind-set— no sooner do you calibrate your vibe to an ethereal Shins album, then bang, the playlist jerks you over into the twee pop eclecticism of the band, of Montreal. "Classical music is much more mid-level," she said.

Like the Milk Salon founders, Katie Ford, the chief executive of Ford Models, is host to salons on a regular basis in her SoHo home, and a half dozen of them have included classical music performances. "There's a natural link," Ms. Ford said, adding, "People in different creative fields tend to appreciate each other."

Meanwhile, those in the classical music industry, where major label album sales have withered over the years, seem to appreciate any help they can get in coercing the artfully dyed patrons of the nearby Sally Hershberger salon on 14th Street to join the sea of gray heads that blanket most concert halls.

In a telephone conversation before the show, Eric Latzky, the chief spokesman for the New York Philharmonic, suggested "high energy" classical works would work just as well as techno as a soundtrack at future tent shows — despite the fact that classical music is about as common on fashion runways as love handles. "It could be anything from a ubiquitous piece like Mozart's 'Turkish March,' or something contemporary, like 'Scherzoid,' by Mark-Anthony Turnage," he argued.



Ads by Google    what's this?

**Metropolis Vintage NYC**
NYC Biggest Vintage T Shirt Store
NYC Best selection of 90's Clothing
www.metropolisvintageonline.com

Following Ms. Jansen's scintillating encore of Vivaldi's "Summer" at the event, Maxwell, the R&B musician, leaped to his feet in a spirited standing ovation. Afterward, he launched into an animated air-violin performance of his own for a smiling companion.

Despite the warm reception, Ms. Jansen admitted that she felt more nervous before a roomful of fashion elites than she would in front of a packed house at the Royal Albert Hall.

"Maybe part of it is knowing that this is not what they would usually listen to," she said.

Perhaps she need not have worried. She looked, well, fashionable enough in her embroidered, red Escada top.

More Articles in Fashion & Style »

Ads by Google                                what's this?

**Lumosity Fit Test**
Take a 10 minute Lumosity Fit Test
Challenge Memory, Attention, & more
www.lumosity.com

**Tips**
To find reference information about the words used in this article, double-click on any word, phrase or name. A new window will open with a dictionary definition or encyclopedia entry.

**Related Searches**
Milk Studios
Classical Music
Apparel
Jansen, Janine