# EXHIBIT D



Chronicle Books and Signatures Network

CORDIALLY INVITE YOU TO

AN EXCLUSIVE ONE NIGHT ONLY
PHOTOGRAPHY EXHIBITION
AND SILENT AUCTION

presented by Milk Studios

TO CELEBRATE THE RELEASE OF

# TOM PETTY
## and the HEARTBREAKERS
### RUNNIN' DOWN A DREAM

THE COFFEE TABLE BOOK CELEBRATES 30 YEARS OF THE BAND
IN 300 PHOTOGRAPHS AND PREVIOUSLY UNRELEASED INTERVIEWS

THE SILENT AUCTION WILL FEATURE A SELECTION OF RARE PRINTS
AUTOGRAPHED BY TOM PETTY AND THE PHOTOGRAPHERS:
MARTYN ATKINS, DENNIS CALLAHAN, DANNY CLINCH, ANNIE LEIBOVITZ,
NEAL PRESTON, BOB SEBREE, MARK SELIGER AND ZOX



**ALL PROCEEDS BENEFIT THE TIPITINA'S FOUNDATION**
WHOSE MISSION IS TO RESTORE NEW ORLEANS' IRREPLACABLE MUSIC COMMUNITY
AND PRESERVE THE STATE'S UNIQUE MUSICAL CULTURE

**WEDNESDAY, NOVEMBER 14, 2007**
**7:30P – 10P**

**MILK STUDIOS, PENTHOUSE**
450 W. 15TH STREET • BETWEEN 9TH AND 10TH AVE., NYC

THIS INVITATION IN NON TRANSFERABLE • THERE WILL BE LIMITED SPACE AVAILABLE • **RSVP REQUIRED: TIPITINASBENEFIT@GMAIL.COM**



SPECIAL THANKS TO OUR GENEROUS SPONSORS



ADDITIONAL SUPPORT BY:





