Case 1:14-cv-09362-PAC   Document 20-5   Filed 01/08/15   Page 1 of 3

[MilkMade](#)

- [Fashion](#)
- [Beauty](#)
- [Music](#)
- [Art](#)
- [Tech](#)
- [Video](#)
- [Tumblr](#)
- [Shop](#)
- Search

| Search | Search » |



Johan Kugelberg





Case 1:14-cv-09362-PAC   Document 20-5   Filed 01/08/15   Page 3 of 3



