Case 1:14-cv-09362-PAC   Document 20-6   Filed 01/08/15   Page 1 of 3











