# URBAN BUSH BABES

HOME    ABOUT US    BUSH BABES    HAIR    STYLE    ARTS & CULTURE    HEALTH & BEAUTY

07/21

## A BEHIND THE SCENES LOOK AT MILK GALLERY & BOO-HOORAY'S "DIY OR DIE" PRIVATE EXHIBIT OPENING

Posted by Cipriana






URBAN BUSH BABES
STORE
SHOP OUR FAVORITES

Search

ARCHIVES

JOIN YOUTUBE CHANNEL
53745 SUBSCRIBERS





Cordially invited by Milk Gallery in New York, I had an exclusive view on July 17th of their latest exhibit, 'DIY or Die' curated by Boo-Hooray founder, Johan Kugelberg. An array of handmade zines, record covers and posters from punk to reggae, Kugelberg is not only the curator but collector, as the exhibit showcase's his life's work. With a public showcase until August 10th, 'DIY or Die' is one of the most eclectic, interesting and time warped visual displays on the history of music culture, that you really have to experience for yourself.





"I think people who see these items will feel pretty damn inspired to DIY themselves. Hopefully not to death." -Johan Kugelberg

Photos: Cipriana Quann

*Click photos to enlarge













