

















YOU MIGHT ALSO LIKE: