
HBO'S 'GIRLS' SEASON 3: BEHIND THE SCENES OF THE PREMIERE & AFTER-PARTY


BEHIND THE SCENES OF THE" KICKIN IT OLD SCHOOL" WET N WILD SLUMBER PARTY (VIDEO)


BEHIND THE SCENES OF RAY BAN 'DISTRICT 1937'


BEHIND THE SCENES WITH GREENROOM MAGAZINE, ZOE KRAVITZ & 'LOLAWOLF'

« *Nowness: Desert Son; Shamir Bailey (Video)*   *Essence.com: Cipriana Quann on The Advantages of Short and Long Hair* »





↑