



### STORIES TAGGED MILK GALLERY + BOO-HOORAY PRESENT "DIY OR DIE!" FROM EVERYWHERE



**PARTY CRASHER (/NEW-YORK/CATEGORY/PARTY-CRASHER)**

LAST NIGHT'S PARTIES: ANDREW GARFIELD SUPPORTS GIRLFRIEND EMMA STONE AT THE NYC PREMIERE OF "MAGIC IN THE MOONLIGHT" & MORE!

(/new-york/party-crasher/last-nights-parties-andrew-garfield-supports-girlfriend-emma-stone-at-the-nyc-premiere-of-magic-in-the-moonlight-more)

By Guest of a Guest on Friday, July 18



| Chiffon Scarf Dress | Dancing Colors Dress |
| Cat Spirit Dress | Violet Fireworks Tunic |
| Smoke And Ivory Dress | Venusian Dress And Slip Set |

**RECENT GALLERIES FOR GLOBAL (/GALLERIES)**



**WASHINGTON DC** (/washington-dc/galleries)
December 31



**WASHINGTON DC** (/washington-dc/galleries)
December 31

(/new-york/galleries/2014/december/vodka-latke-hanukkah-soiree)
Vodka Latke Hanukkah Soiree



**NEW YORK** (/new-york/galleries)
December 22

**WASHINGTON DC** (/washington-dc/galleries)
December 20





**NEW YORK** (/new-york/galleries)
December 15

**NEW YORK** (/new-york/galleries)
December 15

---

### CITIES

- **GLOBAL**
(/)

**NEW YORK**
(/new-york)

**LOS ANGELES**
(/los-angeles)

**HAMPTONS**
(/hamptons)