FOLLOW US

(https://www.facebook.com/guestofaguest)          (https://twitter.com/guestofaguest)

(http://instagram.com/guestofaguest)          (http://www.pinterest.com/guestofaguest/)

CHANNELS

EVENTS

(/category/events)

SOCIETY

(/category/party-crasher)

NEWS

(/category/news)

SECTIONS

CALENDAR

(/calendar)

GALLERIES

(/galleries)

YOU SHOULD KNOW

(/category/you-should-know)

GUEST PROFILES

(/directory)

INFORMATION

ABOUT

(/about)

ADVERTISING

(/advertising)

PHOTOGRAPHY

(/photography)

EVENTS

(/calendar/submit-event)

PRIVACY POLICY

(/newsletter/user-agreement)

TERMS & CONDITIONS

(/newsletter/user-agreement)

SUBSCRIBE

E-mail address

RSS

(http://feeds.feedburner.com/guestofaguest)

NEW YORK RSS

(http://feeds.feedburner.com/guestofaguest/new-york)

LOS ANGELES RSS

(http://feeds.feedburner.com/guestofaguest/los-angeles)

HAMPTONS RSS

(http://feeds.feedburner.com/guestofaguest/hamptons)

© 2014 Guest of a Guest, Inc. All Rights Reserved