# EXHIBIT E



ME1 19607639v.1



ME1 19607639v.1



ME1 19607639v.1

http://www.gettyimages.com/detail/news-photo/hugh-evans-attends-the-third-annual-global-citizen-festival-news-photo/451997138



Hugh Evans, Ben Lovett, Mazdack Rassi + Mark Shulman invite you to an intimate celebration to thank you for your support of the Global Citizen Festival.

**Thursday, September 25**
**9pm – Midnight**

**Milk Studios Jam Room**
450 W 15th St, New York
Enter through the Loading Dock

RSVP: **milkstudios.rsvp@globalpovertyproject.com**
Invite is non-transferrable






