# EXHIBIT F



# Audience Overview

Apr 20, 2011 - Oct 26, 2014

**All Sessions**
100.00%

+ Add Segment

## Overview



● Pageviews



| Sessions | Users | Pageviews |
|---|---|---|
| 2,555,944 | 1,777,294 | 5,556,921 |

| Pages / Session | Avg. Session Duration | Bounce Rate |
|---|---|---|
| 2.17 | 00:01:49 | 63.86% |

% New Sessions
69.42%



■ New Visitor  ■ Returning Visitor

| Language | Sessions | % Sessions |
|---|---|---|
| 1. en-us | 1,937,855 | 75.82% |
| 2. en-gb | 81,086 | 3.17% |
| 3. fr | 47,455 | 1.86% |
| 4. es | 44,708 | 1.75% |
| 5. en | 42,929 | 1.68% |
| 6. de-de | 33,671 | 1.32% |
| 7. pt-br | 33,192 | 1.30% |
| 8. es-es | 28,102 | 1.10% |
| 9. fr-fr | 23,192 | 0.91% |
| 10. ru | 23,156 | 0.91% |

© 2014 Google