# EXHIBIT G










### milk

**Milk** stands at the crossroads of the fashion, music, photography, & film worlds. Milk Studios | Milk Gallery | Milk Made | @LegsMedia | @MADE http://www.milkmade.com

**1,390** posts   **114k** followers   **994** following

January 2015

   

December 2014



    

    

    



Join Google+   Join Google+ to follow Milk Made.

### Milk Made
http://milkmade.com/

Follow

46,173 followers | 195,685 views

About   **Posts**   Photos   Videos

---

**Milk Made**
Shared publicly · 1:23 PM                    #Film

#FreeTheNipple with Lina Esco > http://mlk.md/1s1IvjQ   #film   #interview   #exclusive



2015-01-06
3 photos

+1   Add a comment…

---

**Milk Made**
Shared publicly · 11:45 AM                    #newyear

New year, new you. (via +Paper Magazine) #newyear #inspiration



---

**In their circles**                           2 people

Burton Snowboards

MADE Fashion Week

**Have them in circles**                       46,173 people

---

**Milk Made**
Shared publicly · Jan 4, 2015              #Funny

Sundays are for rocking out.   #gif #beavisandbutthead   #mtv   #funny

