made — Milk Made's stream on SoundCloud - Hear the world's sounds

Home | Explore | Search | Sign in or Sign up | Upload

SoundCloud uses cookies. By using our services, you're agreeing to our Cookie Policy. We have updated our Privacy Policy, effective as of 21 August 2014. By using our services you're agreeing to the updated policy.

# Milk Made

Follow | Share

335 followers

2 | 3

Milk Made, Milk and MADE's editorial platform, stands at the crossroads of the fashion, music, photography and film worlds.

Home base: Milk Studios NY & LA.

milkmade.com/

**Milk Made** — 29 days
Interview with Little Simz
# Little Simz
7:58

Like | Repost | Add to playlist | Share     122 | 2

**Milk Made** — 1 month
GoldLink Milk Made Interview
# GoldLink
3:36

Like | Repost | Add to playlist | Share     373 | 9 | 5

**Milk Made** — 1 month
SoundCloud x Milk Jam Sessions: Little Simz & GoldLink
# Hip Hop
11
2:52

Like Playlist | Repost Playlist | Share     56 | 17

1  Little Simz – Devour [Prod. Jakwob]                                    1,519,820
2  GoldLink – Sober Thoughts (prod. by Kaytranada)                        1,482,178
3  Little Simz – Look In My Eyes [Prod. Iman Omari]
4  Chet Faker – Chet Faker x GoldLink – On You                            1,101,316
5  Little Simz – The Square [Prod. VNSN]

View all 11 tracks

**Milk Made** — 1 month
The Silver Age #BillyNamexMilk
# velvet underground
10
3:18

Like Playlist | Repost Playlist | Share     4

1  planned_obsolescence – Sunday Morning (Velvet Underground Cover)        47,171
2  GiorgioMoroder – Blondie – Call Me (1980)



**TWEETS** 21.2K  **FOLLOWING** 3,806  **FOLLOWERS** 103K  **FAVORITES** 10.7K  **LISTS** 3

Follow

## Milk
@MilkStudios

Milk stands at the crossroads of the fashion, music, photography, & film worlds. Milk Made | Milk Studios | Milk Gallery | @MADE | @LegsMedia | @HouseCasting

New York | Los Angeles
milkmade.com
Joined July 2009

6,798 Photos and videos

 
  

**Tweets**   Tweets & replies   Photos & videos

Milk retweeted
Lucy Brook @lucykbrook · 2h
Had a chat with the lovely @dolphinesco about her new film @freethenipple for @MilkStudios mlk.md/1AB68S6



3   9   View more photos and videos

Milk @MilkStudios · 47m
Exclusive Interview– @dolphinesco talks her directorial debut & boobs > mlk.md/1s1lvjQ #freethenipple #film



Don't miss any updates from **Milk**

Full name
Email
Password

Sign up for Twitter

Worldwide Trends · Change

#AksMiranda
#CongratsOnTheWeddingLiam
#JustinWereReady
#QueGanasDe
#ELGORDOCHONRESPONDE
Eric Hall
Coachella
Horta
PRUTatilOlsun Onurkun
Griffey

© 2015 Twitter   About   Help   Ads info



**milkstudios**
Milk Made

Follow

milkstudios ⇄ wattsupphoto



We wish we were here…

**wattsupphoto**: Summers coming #beach #vibes in #Antigua this morning @nextofficial #shhhhhh

#antigua   #ben watts   #wattsupphoto   #shhhhh   #fashion   #photography   #beach li…

21 notes

milkstudios ⇄ papermagazine                    Source: shop.adamjk.c…



# Milk Made

milkmade.com

Milk Made Us.

| 13 Boards | 2,943 Pins | 1,121 Likes | 5,043 Followers | 1,036 Following |

       

**Art** — Milk Made — 67
**Music** — Milk Made — 222
**Video** — Milk Made — 46
**Inspiration** — Milk Made — 152
**Milk Underground** — Milk Made — 57
**Shot At Milk Photographed by.** — Milk Made — 246
**MILK GALLERY PRESE** — Milk Made — 42

 

**// Milk Retouching**
**Legs Media** — Milk Made — 48