# EXHIBIT H



**SHOP**   **MAGAZINE**   **VIDEO**     Follow

NEWS   TRENDS   STREET   BEAUTY   CULTURE   FASHION SHOWS

       

# Tom Ford *Honored at amfAR's Inspiration Gala in L.A.*

*Alexis Brunswick*   *Parties*   October 31, 2014 — 03:22AM





Rihanna and Tom Ford
*Photo: Getty Images*

**I**t's premiere season, but last night in L.A. it wasn't an Oscar-contending film being celebrated, it was Tom Ford, the guest of honor at amfAR's fifth annual Inspiration Gala, a celebration of men's style. Presented with the evening's Award of Inspiration by Rihanna, Ford was toasted by the likes of amfAR chairman Kenneth Cole and global fundraising chairman Sharon Stone, first for his enduring contributions to menswear, but more important, for his unwavering commitment to fighting the ongoing AIDS crisis. "I'm going to say this when I get onstage, but I'm a little self-conscious about this award," Ford told Style.com before the ceremonies began, "because the most inspiring thing for me is the men and women who devote their lives to eradicating HIV and AIDS, so an inspiration award to me is really for them."

The Hollywood Hills seemed like a fitting backdrop for the honoree, who recently announced that he'll be showing his Fall '15 collection in Los Angeles instead of London next year to better accommodate the Oscars. (His show and the awards ceremony were originally slated just a day apart.) "Now how much global press do you think I would have gotten showing the day before the