Oscars?" Ford asked, adding that the chance to work on the collection in the SoCal sunshine also had its appeal. "So I thought," he continued, "Well, why don't I just show in L.A.?"

Milk Studios was packed with Ford's celebrity admirers, including host Gwyneth Paltrow, Lea Michele, January Jones, and Eddie Redmayne. "I'm always looking for the white Gucci dresses with the cutouts on eBay," Milla Jovovich said, alluding to a favorite Ford collection from the '90s, while Rose McGowan revealed that she owns seven of the designer's tuxedos. "He can cut," McGowan said. For Dita Von Teese, it's Ford's unique brand of femininity that resonates most with her own aesthetic. "He speaks to a lot of sexuality and eroticism in his work, which I love."

*Culture / Parties:* amfAR Inspiration Gala - Rihanna, Miley Cyrus, Tom Ford

**SHARE**    **TWEET**    **COMMENTS**

| MOST POPULAR | LATEST ARTICLES | FROM OUR PARTNERS |
|---|---|---|





**Enter 2015: Stick and Poke Tattoos Are the New Septum Piercings**

**Shop the Biggest Menswear Trends of Spring 2015**

**13 Beauty Mistakes That Turn Men Off**

*Allure.com*

 Meadham Kirchhoff Is Dead, Long Live Meadham Kirchhoff

 Don't Trek to the Gym Tonight: Do This Thigh and Ab...

What Happens When Anna Wintour Suggests You Get a Haircut
*Glamour.com*

 10 New Year's Eve-Worthy Eye Looks Straight Off the Runways

 The Show Goes On for Schiaparelli, and More of Today's News

 13 Trends to Retire in 2015
*Allure.com*

Case 1:14-cv-09362-PAC   Document 20-25   Filed 01/08/15   Page 2 of 2





| | | | |
|---|---|---|---|
| Subscriptions | Advertising | Facebook | Instagram |
| Contact Us | Reprints | Twitter | Tumblr |
| Newsletters | Careers | Google+ | |
| Press Center | | Pinterest | |

© 2014 Condé Nast. All rights reserved.                    Site by AREA17

USE OF THIS SITE CONSTITUTES ACCEPTANCE OF OUR USER AGREEMENT (EFFECTIVE 1/2/2014) AND PRIVACY POLICY (EFFECTIVE 1/2/2014). YOUR CALIFORNIA PRIVACY RIGHTS. THE MATERIAL ON THIS SITE MAY NOT BE REPRODUCED, DISTRIBUTED, TRANSMITTED, CACHED OR OTHERWISE USED, EXCEPT WITH THE PRIOR WRITTEN PERMISSION OF CONDÉ NAST. AD CHOICES