THE **PUB DIET**
UNDER 600 CALORIES

Applebee's
BAR & GRILL

ALL  NEWS  PHOTOS  VIDEOS  TV SCOOP  FABULIST  E! SHOWS  RED CARPET



Sub

EXCLUSIVE!

## NEWS/ Rihanna to Present Tom Ford With amfAR Award at Hollywood Gala

by MARC MALKIN                                     Wed., Oct. 1, 2014 6:00 AM PDT

g+1  6



Dimitrios Kambouris/Getty Images, Larry Busacca/Getty Images

It's going to be another star-studded evening when amfAR throws its annual Los Angeles Inspiration Gala next month.

And we're happy to exclusively reveal that Rihanna will present Tom Ford with the AIDS group's Award of Inspiration in recognition of his support in helping battle the decades long AIDS crisis.

"Tom has inspired so many aspects of my art over the years, not to mention his clothes give me a real bad attitude," the singer exclusively tells me. "His commitment to the cause and commitment to amfAR is truly admirable."

As previously announced, Gwyneth Paltrow will host the black-tie fundraiser, which takes place Oct. 29 at Milk Studios. Sharon Stone will also be at the gala and will likely take a leading role in the night's live auction. (We've seen Ms. Stone in action—she has an awe-inspiring skill in getting people to give, give and give.)

**VIDEO: Tom Ford talks about dressing celebs**



VICTORIA'S SECRET



MOST READ



### NEWS/ HEY, STRANGER!

*Baywatch* babe Yasmine Bleeth emerges on Venice boardwalk

### NEWS/ TOP STORIES


Ginnifer Goodwin Gushes Over Her ''Gorgeous, Ridiculous Kid''


Statement Styles at PCAs—See the *Fashion Police* Ruling!


Kristen Bell and Dax Shepard Gush Over Baby Delta





Dave M. Benett/Getty Images



Trend Alert! Celebs Rock Body-Hugging Jumpsuits at the 2015 PCAs



Ellen Gets 'Bored,' Sits on the PCA Red Carpet



Anna Faris Rehearsed "Probably Not Enough" for People's Choice



**NEWS/** COVER YOUR EARS, PRINCE GEORGE!

The Queen dropped an f-bomb during her Christmas speech—Watch!



**PHOTOS/** 2015 PEOPLE'S CHOICE AWARDS

Previous Inspiration honorees include Goldie Hawn, Jennifer Lopez, **Jean-Paul Gaultier**, Ricky Martin, James Franco, Calvin Klein designer **Francisco Costa** and Fergie. Produced by Josh Wood Productions, Inspiration galas have also taken place in Paris, New York, Miami, Toronto, Sao Paulo and Rio de Janeiro.

The events have raised more than $15 million.

In April, Ford announced he and his partner of 25 years **Richard Buckley** secretly got married.

"I lost so many friends in college--I would say more than half of my closest friends. Richard, my partner of 27 years, had also gone through something also quite tough in his life. We are now married, which is nice," the designer reportedly said at the opening of the Regent Street Apple store in London. "I know that was just made legal in the UK which is great; we were married in the States."

The two, who are parents to son **Alexander John Buckley Ford**, first met at a fashion show in the '80s.

"I went to a fashion show and this silver-haired guy was staring at me with these piercing water-blue eyes," Ford told WWD in a past interview. "It scared me because I absolutely saw and knew my entire future."