**PHOTOS: Check out more celebrity do-gooders**

    

  

Golden Globe Gown Predictions     Cameron & Benji's Romance Rewind



Celeb Wardrobe Malfunctions!



**NEWS/ BRAVO BLOWUP**
Watch what crazy things happen when Brandi Glanville meets Jeff Lewis

## FROM AROUND THE WEB

Did Kylie Jenner Outshine Kendall With This Sexy New Year's Selfie?
(OK Magazine)

Cassidy Gifford's Teen Vogue Photo Shoot
(Teen Vogue)

Michelle Obama's Family Tree Has Some Startling Branches
(Ancestry)

Dizziness? Recognize the Immediate Signs of a Heart Attack
(eMedTV)

Enter Now -- HGTV Dream Home 2015 Giveaway
(HGTV)

The Great Airplane Boneyard - This Is Where Planes Go To Die (Photos)
(ViralWorld)

## MORE ON EONLINE

Arnold Schwarzenegger's Love Child Looks All Grown Up While Attending Premiere of Expendables 3

Dave Legeno Dies at Age 50: Harry Potter Actor's Body Found in Death Valley, California

Selena Gomez Gets Sweaty While Exposing Her Nipples—See the Revealing Pic!

Kim Kardashian's Ex Kris Humphries Is Asked Point-Blank About Her Nude Photo Shoot: Here's What He Said!

Congrats To Miley Cyrus On The Birth Of Her First Child

Kendall Jenner Poses Completely Naked—Take a Look!

Recommended by

**RELATED VIDEOS:**


0:26
Miley Cyrus' Super Cool Halloween Costume


1:36
How Would Paul Walker React to Furious 7 Trailer?


0:23
What do Gwyneth Paltrow and Tom Ford Have in Common?

3 COMMENTS
filed under TOM FORD, RIHANNA, FUNDRAISERS, LGBT, HEALTH, TOP STORIES, MARC MALKIN, EXCLUSIVES

**LEAVE A COMMENT**                This article has **3 comments**

Leave a Comment...

Post Comment >

Most Recent   Favorites



  

Show Schedule | Shop | Mobile | E! Now | Sweepstakes | Advertise | AdChoices
About Us | FAQ | Careers | Contact Us | Site Map

E! Online - Your source for entertainment news, celebrities, celeb news, and celebrity gossip. Check out the hottest fashion, photos, movies and TV shows!

**GOT A NEWS TIP?**    Call **1-888-E-Online** | Text "**tip**" + your tip to **44264** or **Click Here**

*Message & Data rates may apply. Reply **HELP** for help, **STOP** to cancel.

Newsletters          RSS Feeds

Privacy Policy - UPDATED | Terms of Use | Independent Programming Report | ©2015 E! Entertainment Television, LLC. A Division of NBCUniversal. All rights reserved.