Case 1:14-cv-09362-PAC   Document 20-32   Filed 01/08/15   Page 1 of 2

CBS News / CBS Evening News / CBS This Morning / 48 Hours / 60 Minutes / Sunday Morning / Face The Nation / CBSN        Log In   Search

Video | US | World | Politics | Entertainment | Health | MoneyWatch | SciTech | Crime | Sports | Photos | More



## amfAR Inspiration Gala 2014

**1 / 31**



### Miley Cyrus

Miley Cyrus attends the amfAR LA Inspiration Gala honoring Tom Ford at Milk Studios on Oct. 29, 2014, in Hollywood, California.

**CREDIT:** Jason Merritt/Getty Images for amfAR



**Torrid Women's White Label Boyfriend Jean Bermuda Short - Light Wash**
$44.50
SHOP NOW

25% Off Regular Price Sale (Use promo code SAYHI2015)

### You Might Also Like

Cops: Massachusetts man killed wife in argument over Christmas gift

Lindsay Lohan has chikungunya virus: What is this nasty illness?

Dead body of 17-year-old found in Phoenix alley

Georgia police chief's wife says she was asleep when he shot her

Reduce Debt with a Personal Loan
LendingTree   Sponsored

Learn more   Powered by   for you

**POPULAR**


People's Choice Awards 2015 red carpet

The work of Charlie Hebdo


Front pages react to Charlie Hebdo attack


Cartoonists draw in solidarity with Charlie Hebdo

**RECOMMENDED**


Photos of the Week

Jennifer Aniston


Palm Springs Film Festival 2015


Photos of the latest tech at 2015 CES

### CBSNews.com
Site Map
Help
Contact Us
CBS Bios
Careers
Internships
Development Programs

### CBS Interactive
Privacy Policy
Terms of Use
Mobile User Agreement
About CBS
Advertise
Closed Captioning

### Follow Us
Facebook
Twitter
RSS
Email Newsletters
YouTube
CBS Radio News
CBS Local

Copyright © 2015 CBS Interactive Inc.
All rights reserved.

Search...