# EXHIBIT I

This BuzzFeed homepage is tailored for our readers in the USA. Make it your default. This BuzzFeed homepage is tailored for our readers in the USA. Switch to US Have you seen BuzzFeed English? Come check it out!

# BuzzFeed News

News
Buzz
Life
Entertainment
Quizzes
Videos
More
Get Our App!
Search
31 Jaw-Dropping Plus-Size Wedding Dresses

Find Your Perfect Workout Playlist

19 Things That Still Haunt People Who Went To Catholic School
How Women Feel About Cheating

9 Insanely Useful Pro Tips That "Hack My Life" Will … → truTV

There's Something Horrifying In That Kombucha You're Drinking
Poll: Do You Actually Recognise Anyone On The New Series Of "Celebrity Big Brother"?

16 Reasons "Dance Moms'" Maddie Ziegler Slays

A Whole Lot Of People Think Sandwiches Are Called "Homemade Subway"

Tech

# Apple Wants Women To Want Smartwatches

**Companies are making smartwatches and wearables that are smaller and more fashion-conscious in the hopes of targeting women.** "The industry hasn't traditionally focused on women as the foremost consumer at all."

Hillary Reinsberg
BuzzFeed Staff

**View this image ›**

If you'd like a new Apple Watch, you can get it in gold, or with a black leather strap or a bright blue sporty one in a material that looks like a knight's chain mail face mask.

You can also get it in a smaller size, one that will actually fit most women's wrists. Or with a "soft pink modern buckle." Or in rose gold.

As it enters the smartwatch field, Apple joins a market that at first largely ignored women, but which is now explicitly targeting them. A number of companies are going after potential female smartwatch wearers by making wearables that are smaller, and which they think more women will like both in terms of aesthetics and specific features. For the first time, Apple also invited a number of fashion editors to cover its keynote address.

From a physical standpoint, many of the early smartwatches were — and most still are — big, bulky, and designed with a decidedly, if not deliberate, masculine aesthetic.

"The screens have been bigger than my wrist," said Stephanie Nguyen, co-founder and VP of design at Silica Labs, a company that builds applications for wearable devices. Even though she works directly with smartwatches, she said, many of the sophisticated smartwatches on the market are simply too big.

Case 1:14-cv-09362-PAC    Document 20-38    Filed 01/08/15    Page 4 of 17

"The industry hasn't traditionally focused on women as the foremost consumer at all," said Rachel Arthur, global senior editor of digital media and marketing at trend forecaster WGSN. "Wearables until now have largely been clunky, boxy designs that have had more of a masculine feel to them, like a shrunken version of the smartphone on your wrist or a fancy pedometer. What we've started to see over the past few months however is more of a move to putting the design first and particularly focusing on that idea of a female aesthetic."

**View this image ›**

I went to Best Buy earlier this week and tried on the Samsung Galaxy Gear. It was pretty big on my average-sized wrist. Hillary Reinsberg

In addition to size, some major players are betting on a more fashion-conscious design to capture the female market.

Last week, at the start of New York Fashion Week, Intel unveiled the first photos of the smart bracelet it developed in partnership with Opening Ceremony, the store and label known for collaborations with Chloe Sevigny, and for lack of a better word — for being cool. The bracelet, called the Mica, is covered in snakeskin and semi-precious gems. Ayse Ildeniz, who works in Intel's New Devices group and was a leader on the project, said Intel made a deliberate decision to target women, and called on Opening Ceremony to bring an aesthetic to the device that was absent in many other products.

"We usually are very focused on features, what does it do and how many things can you do with it, and how productive can you be with a device," she said. "We also need the creativity and imagination of the people who have done aesthetic things."

"Currently everything is targeted toward Silicon Valley males, so we might as well," Ildeniz added. "If something is to stick in wearables, it has to be aesthetically pleasing. We wanted to pull in fashion."

On the same day, Intel also announced a partnership with Milk, the multidisciplinary culture hub known for hosting the fashion shows of many of the hottest emerging designers. The partnership, called Muzse, will be a series of labs that will focus on wearables and other innovations like 3D printing. The first lab, which will focus on style, will bring together designers, engineers, and other "makers." It remains to be seen what will come out of the workshops, but creating wearables that are nice-looking — and possibly more female-friendly — seems like a likely topic.

**View this image ›**

Intel's Mica bracelet, a collaboration with Opening Ceremony.

Smaller startups have also tried to gain a foothold by trying to go after the female market. Two products, a bracelet called Memi and a ring called Ringly, serve as a kind of update on the beeper, masqueraded as jewelry. The Memi, which raised more than $100,000 on Kickstarter and is now

seeking an outside round of financing before going into manufacturing, alerts the wearer to important texts and phone calls by vibrating. Ringly, a jewel ring, works similarly, and also pairs with Twitter, Facebook, and email. New York designer Rebecca Minkoff is also making a bracelet with the same premise.

Margaux Guerard, a co-founder and CMO of Memi, said her co-founder was inspired to build the product after trying to find a wearable device for herself two years ago. "The only things she could find were big bulky devices."

Guerard pointed out that the product was criticized by some tech press for its minimal features, but that, she explained, was almost precisely the point. She said many women she knows, mothers in particular, are "overloaded" and feel tethered to their phones. The Memi aims to alleviate some of that anxiety. She said she sees the Apple Watch and other new wearables as positive rather than as competition, because they will make wearables more mainstream. "We hope everyone does really well."

The rings and bracelets seem to largely rely on the unproven but not unreasonable idea that many women carry their phones around in a purse, rather than in a pocket where they can feel a vibration.

"The biggest argument that we've heard is that women don't put their phones in their back pockets," Nguyen said. "I'm curious to see if that need truly emerges when these devices are released into the wild."

**Check out more articles on BuzzFeed.com!**

I am an editor and writer at BuzzFeed. My email is hillary@buzzfeed.com
Contact this reporter at hillary+done@buzzfeed.com

More ▾
Facebook Conversations

- •
  Next On BuzzFeed News ›

  **Transgender Teen Shares Coming-Out Story With Inspiring...**

EDIT

# More Buzz

- • App Developers Team Up With Apple For World AIDS Day
- • Digital Ad Company Will Pay $750,000 For Bypassing Browser Privacy Settings
- • Women On Twitter Can Now Fill Out A Form To Report Online Harassment
- • Everything You Need To Know About Today's Medium-Size Apple Event (And Plenty That You Don't!)

EDIT

## More Buzz

- App Developers Team Up With Apple For World AIDS Day
- Digital Ad Company Will Pay $750,000 For Bypassing Browser Privacy Settings
- Women On Twitter Can Now Fill Out A Form To Report Online Harassment
- Everything You Need To Know About Today's Medium-Size Apple Event (And Plenty That You Don't!)

## Cat Questions: Christmas

**What does your cat want for Christmas?** I bet they want wet food...go here and get a Friskies coupon!

Promoted by
Publishing Partner
Brand Publisher
Friskies

Tagged: iwatch, apple, apple watch

Facebook Conversations

Wet Seal Says It Closed 338 Stores, Laid Off Almost 3,700 Workers

by Sapna Maheshwari

More News

- **[“Je Suis Charlie”: Vigils Held Around The World For Charlie Hebdo Victims](#)**

- **[Cartoonists Speak Out On Paris Massacre: “You Must Not Surrender Your Freedom Of Speech”](#)**

- **[Massive Manhunt Underway In Paris For Gunmen Who Killed 12 At Charlie Hebdo](#)**

- **[Inside The New Anti-Muslim Group Gaining Strength In Germany](#)**

- **[How The World's Newspapers Reacted To The Attack On Charlie Hebdo](#)**

- **[23 Heartbreaking Cartoons From Artists Responding To The Charlie Hebdo Shooting](#)**

- **[After Phylicia Rashad's Cosby Comments, More Women Come Forward With Allegations](#)**

- **[3 Dead As Dangerously Cold Air Blasts U.S. With Subzero Temperatures](#)**

### The Cleveland Cop Who Killed Tamir Rice Failed Written Test For Sheriff's Department

•

### Many Outlets Are Censoring Charlie Hebdo's Satirical Cartoons After Attack

More News ›

Now Buzzing

•

### These Are The Items Parents Say You Do And Don't Need For A Baby

•

### What It's Like Being a Former Fat Kid

•

### Food Magic You Need To Try

•

### Wait… You Know What's In Kombucha, Right?!

•

### A Doctor Used Legos To Build A Tortoise An Awesome Wheelchair

•

### This Selfie Stick Phone Call Photo Will Be The Lasting Image Of 2015, Our Time

- **16 Reasons "Dance Moms'" Maddie Ziegler Slays**

**Grandma's New iPhone**

- **How Women Feel About Cheating**

**Inside The New Black Travel Movement**

- **Poll: Do You Actually Recognise Anyone On The New Series Of "Celebrity Big Brother"?**

- **How Well Do You Actually Know Greek Mythology?**

- **23 Cartoon Moms Who Are Definitely MILFs**

More Buzz ›

- Advertise

- [Jobs](#)
- [Mobile](#)
- [Newsletters](#)
- US Edition

- [About](#)
- [Press](#)
- [RSS](#)
- [Archive](#)
- [Privacy](#)
- [User Terms](#)
- [Ad Choices](#)
- [Help](#)
- [Contact](#)
- © 2015 BuzzFeed, Inc

Are you sure you want to remove this item? You can\'t restore it with "Cancel" button!
NO
YES
Please wait...

## This Post Is Locked

has been editing this post since .

Unlock and edit anyway

## Uh Oh!

took your lock at .

Refresh the post

## Super Uh Oh!

Something's wrong, a mini-history of this post:

Reload the page

What type of post are you making?
New Article
List



Clothes make the man.
We tell their stories.
Spring 2015 Issue

WWD

SECTIONS    WOMEN'S WEAR DAILY   01.07.2015

f  t  in  p  g+  @  rss    CAREERS   CLASSIFIEDS   SUBSCRIBE   LOG IN

FASHION ▶   THEY ARE WEARING   TRENDS   FASHION FEATURES   FASHION SCOOPS   DESIGNER / LUXURY

READY-TO-WEAR / SPORTSWEAR   RUNWAY   TEXTILES   INTIMATES / ACTIVEWEAR   DENIM   COUTURE   JUNIORS

wwd   fashion news   **fashion scoops**      ✉ email   f facebook   🐦 twitter   g+ google +   💬

September 3, 2014

# Milk Studios Launching Lab Workshops With Intel

By Rachel Strugatz

from WWD issue 09/03/2014   DOWNLOAD PDF

A-  A  A+    PRINT

## LATEST FASHION SCOOPS ARTICLES



FASHION SCOOPS
**Element Skateboards Plans Expansion in California**

FASHION SCOOPS
**Isaac Dabah Named Business Leader of the Year**

FASHION SCOOPS
**Salvatore Ferragamo Raises Money For**

MORE ARTICLES BY Rachel Strugatz

**MILK LINKS WITH INTEL:** Milk wants to meld the worlds of culture and technology through Muzse, a new multiworkshop initiative founded in collaboration with Intel Corp. Milk — which now includes Legs Media, Milk Gallery, Made Fashion Week and milkmade.com — will launch its series of lab workshops with the tech company on Sept. 24. "We always looked at Milk as a hub of culture, rather than just fashion. That's our goal, and that's how we approach it," said **Mazdack Rassi**, creative director of Milk Studios.

The program will present ideas that push the boundaries in technology, from wearables to 3-D printables to tech products aimed at optimizing retail experiences and lifestyle monitoring devices. "If we can connect the dots between things coming out in the near future and take some of the advancements coming out of Intel and utilize those in meaningful ways across culture, that will be the win," said **Adam Joseph**, managing director of Milk's experiential and content division, Legs Media, and cofounder of Muzse, of the invite-only labs that will host 30 to 40 guests.

Want to check out all of our exclusive content? Activate your WWD.com **FREE PREVIEW** now.

**SUBSCRIBE NOW**    f Share this article    🐦 Tweet this article    💬 Comment Now

### News from WWD

SIGN UP to receive daily headlines, breaking news alerts and weekly industry wrap-ups

Yes, Sign Me Up

**SUBSCRIBE TODAY** WWD

TODAY'S PAPER  VIEW / DOWNLOAD

JUST IN

HALSTON HERITAGE PRE-FALL 2015

MORE



Clothes make the man.
We tell their stories.

M
COLLECTIONS

The access to industry intelligence,
the inspiration for style-fashion culture begins here.

Spring 2015 Issue

WWD

## LATEST FASHION ARTICLES

ADD A COMMENT    Sign in using your Facebook or Twitter account, or simply type your comment below as a guest by entering your email and name. Your email address will not be shared. Please note that WWD reserves the right to remove profane, distasteful or otherwise inappropriate language.

0 Comments          Womens Wear Daily                              ● Login ▾

Sort by Newest ▾                                        Share ☐    Favorite ★

Start the discussion…

Be the first to comment.

✉ Subscribe        Ⓓ Add Disqus to your site        ▷ Privacy

**NEXT STORY**
## WET SEAL SHUTTERS STORES
Store closures resulted in 3,695 full and part-time jobs lost.    ›

**PREVIOUS STORY**
‹ ## LE BON MARCHÉ UNVEILS PRIVATE LABEL BRIDAL JEWELRY
The retailer's new fine jewelry department also features three shops-in-shop — Chaumet, Fred and Pomellato.



FASHION SHOW REVIEWS
## Shamask Pre-Fall 2015



### They Are Wearing: Milan

They Are Wearing: Paris

They Are Wearing: Bring on the Fur

MORE STREET

## FASHION
**MOST POPULAR** COMMENTED

Changes at NYFW: IMG to Buy Made, Change Name

Cameron Diaz Wedding Dress Remains Under Wraps

They Are Wearing: Paris

Lancôme Names Lisa Eldridge Makeup
Creative Director

Christian Louboutin Gets Social With
#LouboutinWorld

## News from WWD

SIGN UP for WWD and FN newsletters to receive
daily headlines, breaking news alerts and weekly
industry wrap-ups.

| Enter your email address | **SUBMIT** |
| --- | --- |

## LATEST PUBLICATIONS



WWD Papers
01/07/2015
READ NOW

DOWNLOAD THE PDF

WWD Papers
01/06/2015
READ NOW

DOWNLOAD THE PDF

VIEW ALL PUBLICATIONS





## FEATURED STORIES



FASHION

**Bluestar, Nanette Lepore Unveil Deal**



FASHION

**NYFW's Sept. Slate: New Venue, Deals**



RETAIL

**Store Design in Focus on Rodeo Drive**



RETAIL

**American Apparel Hires Moelis & Co.**



FASHION

**Pre-Fall 2015 Collections**



ACCESSORIES

**Spring 2015 Accessories**



MEDIA

**Follow Women's Wear Daily**



ABOUT US    SITE MAP    ADVERTISING    SUBSCRIBE    MANAGE ACCOUNTS    FAQ    CONTACT US    NEWSLETTERS    RSS    CLASSIFIEDS



FAIRCHILD FASHION MEDIA

### RECENT WWD ISSUES

| | | | | |
|---|---|---|---|---|
| 1/7/2015 Wednesday | 1/6/2015 Tuesday | 1/5/2015 Monday | 12/31/2014 Wednesday | 12/30/2014 Tuesday |
| 12/29/2014 Monday | 12/24/2014 Wednesday | 12/23/2014 Tuesday | 12/22/2014 Monday | 12/19/2014 Friday |

### FAIRCHILD FASHION MEDIA

WWD  ·  Footwear News  ·  Beauty Inc  ·  M  ·  Fairchild Summits  ·  WWD Magic  ·  FN Platform

WWD.com is the authority for news and trends in the worlds of fashion, beauty and retail. Featuring daily headlines and breaking news from all Women's Wear Daily publications, WWD.com provides the most comprehensive coverage anywhere of fashion, beauty and retail news and is the leading destination for all fashion week updates and show reviews from New York, Paris, Milan and London.

© 2015 Fairchild Publishing, LLC, a subsidiary of Penske Business Media, LLC. All rights reserved. Use of this Site constitutes acceptance of our Terms and Conditions and Privacy Policy. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Penske Business Media, LLC.



**MUSIC    POLITICS    TV    MOVIES    CULTURE    REVIEWS**

**LISTS        COUNTRY**



# Sleigh Bells



PHOTO: Roger Kisby/Getty Images

| 6 OF 18 | PREVIOUS | NEXT |

## Milk Studios

Derek Miller and Alexis Krauss of Sleigh Bells perform as part of VICE & Intel's Creator Project at Milk Studios in New York on June 26th, 2010.

Restart Sleigh Bells

Topics:  Sleigh Bells

Tweet

ADVERTISEMENT



## BEST OF ROLLING STONE



**A Handy Timeline of Marilyn**



**Tenacious D Let Loose at Marshall**



**14 Reasons Every Teen Should Know**



**2014 In Memoriam:**

## MOST SHARED



Manson's Most
Shocking
Moments

Headphone's
Launch Party

Who Paul
McCartney Is

Musicians We
Lost This Year

2

## AROUND THE WEB



**CRACK**
5 Class
TV Sho
You Ha
No Ide
Had
(Terrible)
Sequels



**SALON**
The 50
Dorkie
Songs
You
Secretly
Love



**MIC**
The 5
Most
Overrated
Rappers
in the
Music
Industry



3

4



**ASKM**
The 10
Steam
Movie
Sex
Scenes

**MIC**
6
Bands
Who
Hate
the
Songs
That
Made
Them
Famous



**PRINCE**

**CRACKED**
20
Popular
Songs
Written
by the
Last
Person
You
Expect



5

SEE ALL »

## FEATURED NEWS FROM


## ADD A COMMENT

Comments    Community                          ● Login ▾

Sort by Newest ▾                    Share ☍    Favorite ★

Start the discussion…

Be the first to comment.

Hip-Hop Musical Chairs with a
Soap Twist



Shia vs. Sia in Interpretive
Cage Fight



A Gronking to Remember's
Naughtiest Bits



Bill Gates Drinks Sewer Water



Belle & Sebastian Aren't So Shy
Anymore

Home > Music > Pictures

ADVERTISEMENT