



FOLLOW RS
ON



ROLLING STONE NEWSLETTER

Sign up for the latest news, lists & videos!

Enter email address

SUBMIT

How we use your email address »



© 2015 Rolling Stone    Contact    Privacy Policy    Your Privacy Rights    Your Ad Choices    Data Policy    Terms of Use

Customer Service    Advertise    Sitemap

IN ASSOCIATION WITH

Join
Sign in

Search for: [                    ] [Search]

Follow: 

# STEREOGUM

- News
- Music
- Videos
- Photos
- Lists
- 

MySplice: The Year Mashed Up
Stroked: A Tribute to The Strokes Is This It
Enjoyed: A Tribute To Bjork's Post
DRIVE XV: A Tribute To R.E.M.'s Automatic For The People
OKX: A Tribute To Radiohead's OK Computer
RAC Vol. 1

## FEATURED STORIES



Watch Chvrches Perform "The Mother We Share" In An Empty…

30 Essential Post-Rock Songs

Coachella Vs. Governors Ball: The 2015 Lineup War

Lana Del Rey Already Has 10 Songs For Next Album…

Overpay For All Your Favorite Classic Rock Records At The…

Album Of The Week: Rae Sremmurd *SremmLife*

◄ PREVIOUS STORY     NEXT STORY ►

## *Vice* & Intel's Creator's Project @ MILK Studios, NYC 6/26/10

1 Comment   Jun 28th '10 by Amrit Singh @ 12:06pm    Share 0   Tweet 0          Like 49

View Full Size                                                                    1 / 39



-







































Case 1:14-cv-09362-PAC   Document 20-39   Filed 02/06/15   Page 17 of 17





