



About / Terms & Conditions / Privacy Policy / Copyright Policy / SpinMedia / Videogum
Stereogum is a member of Spin Music, a division of SpinMedia
About SpinMedia | Advertise | Contact | Privacy Policy |       | Copyright





| Home/Music | Metal | Comedy | Tours | NYC Shows | Chicago | Austin | Venue Map | About Us | Contact |

« Delorean played Pianos w/ MNDR and Glasslands w/ MillionYoung & Restless People - pics & more dates | Darmstadt continues @ Issue Project Room, Man Forever, Zs, James McNew, Omar Souleyman & Anthony Braxton's birthday »

Posted in music | pictures | tour dates on June 8, 2010

## "Creators Project" announces free show w/ Interpol, Die Antwoord, Mark Ronson, the Rapture, Sleigh Bells, Gang Gang Dance, Neon Indian & more

photos by **Erez Avissar**, words by **Andrew Frisicano**



In May, Vice and Intel announced the **Creators Project**, an art & music series that would be hosting events in various cities and on its website. The NYC kick off for that will be Saturday, June 26th at Milk Studios and will include performances by **Interpol, Mark Ronson, Die Antwoord, The Rapture, Sleigh Bells, Gang Gang Dance, Salem, N.A.S.A., Neon Indian, Lemonade** and others, plus a "very special guest." The event is free; RSVP here. How big is the space exactly? They write that "the eight-floor art gallery and performance space will host thousands of people for live concerts, art exhibits, film screenings and panel discussions by leading artists and the next generation of innovators."

It's the first of five events in different cities- the others are slated for London, Sao Paulo, Seoul and a three-day event Beijing.

For **Die Antwoord**, it will be their first NYC show, making the July gig at Governors Island their second.

For **Interpol**, it will be the first time we see them with their new lineup (unless they announce something else soon).

Pictures from the Creators Project announcement event, and a flyer and the full lineup of music and visual art (which includes work by Spike Jonze, Nick Zinner, Danny Perez/Animal Collective's *ODDSAC* and more) are below...

**Recent Comments**

Market Hotel open tonight (!) for show with Ava Luna, Silk Rhodes & more (5)
Anonymous wrote: hummus ... [more]

Girl Band cancel next week's NYC shows due to Visa issues (2)
Anonymous wrote: the luck of the irish, writ large... [more]

Ty Segall releasing new 3-D EP (listen to a track ++ tour dates) (6)
Anonymous wrote: AWESOME!! ... [more]

Governors Ball 2015 lineup (Bjork, Drake, Ratatat, St. Vincent, My Morning Jacket, Decemberists, War on Drugs, LDR, more) (90)
Anonymous wrote: C'mon! Go easy on Deadmau5, he occasionally uses his pinky to tap t... [more]

The Pop Group releasing first new album in 35 years, 'Citizen Zombie,' produced by Paul Epworth (listen to the first single) (5)
Anonymous wrote: haha they're old... [more]

Tombs & Black Anvil playing shows, NYC together (dates) (18)
Anonymous wrote: ^ lol@ "searhing". dat dere methane dun got tue ya boy!... [more]

**Recent Galleries**



Lightning Bolt, A Place to Bury Strangers, JEFF & Grooms played Death by Audio's final show (pics / video)



Titus Andronicus, Fat White Family, Bo Ningen, Girlpool, Beverly & more played our Saturday day party (pics, video)







Parquet Courts played 'Letterman'; The War on Drugs played 'Fallon' (video ++ tour dates) (43)
Anonymous wrote: There were off nights, but overall Pavement were a great live band.... [more]

David Cross directed a movie (watch the trailer), wants to distribute on BitTorrent, launches Kickstarter campaign (1)
Anonymous wrote: he mentions the mr. show reunion in the kickstarter video... [more]



Twin Peaks, TWIABP, Protomartyr, Single Mothers, Dilly Dally, Tweens & more played BV's Friday CMJ day party (pics)



The Jazz June, Pity Sex, Beach Slang, Cayetana & Sport played our official CMJ showcase at Baby's All Right (pics)





**Most Popular**

Governors Ball 2015 lineup (Bjork, Drake, Ratatat, St. Vincent, My Morning Jacket, Decemberists, War on Drugs, LDR, more) (90)

Parquet Courts played 'Letterman'; The War on Drugs played 'Fallon' (video ++ tour dates) (44)

Cake Shop turning 10, still needs financial help (35)

**Recent Features**



Coachella 2015 lineup announced (AC/DC, Jack White, Drake, Ride, Drive Like Jehu, St. Vincent, Tame Impala, Steely Dan, Belle & Sebastian, MANY more!)







Swervedriver announce new LP, 'I Wasn't Born To Lose You' (listen to a song ++ artwork and tracklist) (10)

Mark McGuire promising new songs for NYC one-off tonight (8)

New York's Alright 2015 lineup (Kromosom, Glue, Warthog, Anasazi, Sheer Mag, Vaaska, Aspects of War & more) (8)

of Montreal release new song from 'Aureate Gloom' LP, add 2015 tour dates, including Webster Hall (8)

White Lung interviewed by Nardwuar, playing Governors Ball (8)


Our Favorite Albums & Tracks of 2014




10 great emo songs by non-emo bands


Hookworms talk 'The Hum,' DIY, DbA, Top 10 of 2014 and more in BV interview


Death by Audio's final month: tributes, video & more

**Browse Categories (or Browse Tags)**

Select Category

**Blogroll Links**

| BV Austin
| BV Chicago
| NYC Concerts
| Chicago Concerts
| Invisible Oranges
| Thighs Wide Shut
| music snobbery
| FADER
| Pitchfork
| largehearted boy
| gorilla vs bear
| chromewaves
| my old kentucky blog
| You Ain't No Picasso
| La Blogoteque
| Daytrotter







| Fluxblog |
| Nah Right |
| Arjan Writes |
| Free Williamsburg |
| Hype Machine |
| I Guess I'm Floating |
| Hipster Runoff |
| Aquarium Drunkard |
| The Daily Swarm |
| Boing Boing |
| Brownstoner |
| Gothamist |
| Curbed |
| Gawker |
| WFMU |
| WNYC |

More Blogroll Links »

| Twitter | Twitter.com/BrooklynVegan |
| | Twitter.com/AllBVposts |
| | Twitter.com/BVTicketsOnSale |
| | Twitter.com/BVNYCShows |
| | Twitter.com/bvCMJ |
| | Twitter.com/bvSXSW |
| | Twitter.com/bvAustin |
| | Twitter.com/bvChicago |
| | Twitter.com/bvLosAngeles |
| | Twitter.com/bvComedy |
| | Twitter.com/InvisOranges |
| Facebook | Facebook.com/BrooklynVegan |
| | Facebook.com/BrooklynVeganChicago |
| | Facebook.com/BVAustin |
| | Facebook.com/InvisibleOranges |
| Instagram | Instagram.com/BrooklynVegan |
| | Instagram.com/BVChicago |
| | Instagram.com/BVAustin |
| | Instagram.com/BVComedy |
| | Instagram.com/InvisibleOranges |
| Google+ | plus.google.com/+brooklynvegan |
| MySpace | MySpace.com/BrooklynVegan |
| Feeds | RSS |



**Dwnld & Stream**

| NPR |
| KEXP |
| SiriusXM |
| etree |
| DC++ |
| Live Music Archive |



RapidShare
MediaFire
Torrent
YouSendIt
Box.net
SendSpace



























Spank Rock









Neon Indian































Mark Ronson

