





































The lineup for the June 26th New York City event follows:

**MUSIC**
•Interpol
•Gang Gang Dance
•Mark Ronson
•Salem
•Die Antwoord
•XXXChange
•Sleigh Bells
•Mira Calix
•The Rapture
•N.A.S.A.
•Neon Indian
•Lemonade
*And very special guests

**EXHIBITS**
•Radical Friend, The Digital Flesh
•xx: A Sculpture of the Album
•United Visual Artists, Triptych & Hereafter
•Mira Calix, My Secret Heart
•MOS Architects, Rainbow Vomit
•Takeshi Murata, Melter 2
•Nick Zinner, A.D.A.B.A.
•Muti Randolph, Cube
•Graffiti Research Lab, L.A.S.E.R. Tag
•Hojun Song, O.S.S.I.
•Mark Essen, Jetpack Baseball & NIDHOGG
•Ricardo Carioba, Frozen Event
•Legs, Shred Master Pro

**FILMS**
•Spike Jonze, I'm Here
•Danny Perez/Animal Collective, ODDSAC
•Peng Lei, A Room With A Cat
•Ray Lei, The Face

- Patrick Jean, Pixels
- Ladj Ly, Go Fast Connexion
- Sun Haipeng, (3 Films)

---

Tweet  Share

**Recent Related Entries**

- Cyril Hahn's EP is out now, touring before Holy Ship (Boys Noize is too)
- James Richards IV's favorite photos of 2014 (that he took)
- Perry Farrell, Steve Earle, Roots, Rufus Wainwright & more playing Carnegie Hall tribute to Talking Heads & David Byrne
- Gretchen Robinette's favorite photos of 2014 (that she took)
- UK site Drowned in Sound's Top 50 Albums of 2014

**Tags:** Alan Palomo, Creators Project, Danny Perez, Die Antwoord, Intel, Interpol, Lemonade, Mark Ronson, Mira Calix, NASA, Neon Indian, Nick Zinner, Salem, Sleigh Bells, Spank Rock, Spike Jonze, The Rapture, The xx, Vice, XXXchange

Share This | posted at 4:12 PM in music | pictures | tour dates | Comments (46)

## Comments (46)

i hear tom yaps is a creator is that true?

Posted by roedood | June 8, 2010 4:26 PM

is this a trick of some sort? are they luring in hipsters to kill them??? too much good free stuff.

Posted by Anonymous | June 8, 2010 4:32 PM

Interpol, The Rapture, Gang Gang Dance?! "The Creators Project" = Failed Buzzbands of the 2000s Project. The crowd will be 100% transplants and aspiring hipster summer interns from midwestern shitholes.

Posted by Anonymous | June 8, 2010 4:34 PM

who cares what year it is. those are pretty decent bands.

Posted by Anonymous | June 8, 2010 4:39 PM

If you have nothing nice to say...here's the place for it!

Posted by Anonymous | June 8, 2010 4:42 PM

Well, at least we know which bands are still doing coke. Or at least the ones who still have an outstanding bill with Vice.

Posted by Anonymous | June 8, 2010 4:42 PM

"The crowd will be 100% transplants and aspiring hipster summer interns from midwestern shitholes."

100%? Wow, that's a lot. So you think not a single other type of person will be there? I disagree, I think there will be at least 3-4 people, and probably many more, that are not transplant aspiring hipster summer interns from midwestern shitholes. But I guess you're going to have to find a summer internship to find out for yourself, lest you be seen disproving your own bold claim.

Posted by Anonymous | June 8, 2010 5:09 PM

these photos lead me to believe that the crowd will be populated by cute girls

Posted by Anonymous | June 8, 2010 5:14 PM

I like milk studios, but i prefer soymilk studios even more... But hummus studios is top notch.

Posted by Anonymous | June 8, 2010 5:42 PM

this is the same day as the floor reunion show at europa, if i'm not mistaken. gonna be running all over brooklyn.

Posted by Anonymous | June 8, 2010 5:48 PM

Sounds like a fun event and you can't argue with the price. But why do they require you to give your birthdate (day/month/year) when RSVPing?

If they want to restrict it to 21+, they can just say so. But, it's a bit freaky to give out personal info like that - and not even have any guarantee that it is kept strictly private. I ain't worried about people knowing how old I am (who cares?); it's identity theft that sucks.

Posted by lp | June 8, 2010 6:36 PM

Man Windish must be stoked

Posted by Anonymous | June 8, 2010 6:37 PM

LEGIT, 5:09

Posted by Anonymous | June 8, 2010 7:15 PM

This thing will be SICK

Posted by Anonymous | June 8, 2010 7:17 PM

Bummed that this is 18+

Posted by Anonymous | June 8, 2010 7:38 PM

GGD and Sleigh Bells make it worth it...Interpol is a triple MEH

Posted by Anonymous | June 8, 2010 8:15 PM

This is a really solid bill. Interpol and The Rapture all in one night?! Yeah!!!

Posted by Heavy Street | June 8, 2010 8:27 PM

"This is a really solid bill. Interpol and The Rapture all in one night?! Yeah!!!"

This message was posted from the year 2003.

Posted by Anonymous | June 8, 2010 8:49 PM

No it wasn't. It is timestamped. That doesn't even make sense.

Posted by Anonymous | June 8, 2010 9:28 PM

looks like a big circle jerk to me

Posted by Anonymous | June 8, 2010 10:06 PM

"The crowd will be 100% transplants and aspiring hipster summer interns from midwestern shitholes."

Who the fuck are you? Its free. 100% transplants? Not all of us were born in BK. If you did and think you're great because of it, congrats

Posted by Anonymous | June 8, 2010 11:56 PM

Thanks for posting the photos of idiots. Even free isn't worth it.

Posted by Anonymous | June 9, 2010 12:04 AM

Second gallery this week that's just stupid pictures of ugly people.

Posted by Anonymous | June 9, 2010 12:12 AM

This sounds awesome, but why must it be on the same day as the Big Northside Showcases?

Posted by Scott | June 9, 2010 12:17 AM

when should we start lining up to get in?

Posted by Anonymous | June 9, 2010 12:37 AM

^^

NOW

Posted by Anonymous | June 9, 2010 3:37 AM

If it wasn't during Northside I'd be there for GGD... but it is.

Posted by Anonymous | June 9, 2010 6:13 AM

Wow, that's a lot of pictures of people who aren't even trying to play music.

Posted by J | June 9, 2010 6:43 AM

anyone who goes to northside over this is trying too hard.

Posted by supchief | June 9, 2010 7:21 AM

6:36-- they want your birth date because they don't want anyone over the age of 25.

Don't get your hopes up everyone. This RSVP game is solely for the purpose of generating email addresses they can sell. Vice will respond to you via email saying your RSVP has been confirmed. Then on the day of the show, you will wait in a 2-hour line trying to enter. Meanwhile their cheesey ad agency friends from the Mountain Dew account will be allowed VIP entrance. Have fun!

Posted by Anonymous | June 9, 2010 10:52 AM

^^^^^^

this sounds sadly too accurate. i recall a free kanye show sponsored by some magazine way back when that ended up being the same clusterfuck.

Posted by Anonymous | June 9, 2010 1:12 PM

that keyboardist from neon indian is ridiculously hot

Posted by Anonymous | June 9, 2010 3:21 PM

vice has hired the same security company as halloween.

Posted by Anonymous | June 9, 2010 3:49 PM

Seems douchey. Northside should be better.

Posted by Anonymous | June 9, 2010 7:39 PM

"anyone who goes to northside over this is trying too hard." Northside has much better showcases that day. Although I would much rather see that girl's ass than any decent band.

Posted by Anonymous | June 13, 2010 1:15 PM

someday when im rich and successful im going to throw parties like this for my friends too

Posted by Anonymous | June 14, 2010 10:07 PM

"Due to the overwhelming response we are not able to confirm your registration for a ticket to The Creators Project NYC event on June 26th at MILK Studios. Though we'd like to

open the doors to everyone, we've reached our maximum capacity for the space. Thank you for taking the time to register.

However you still have a chance to win tickets. Post your suggestions for future Creators on our Facebook wall. The 10 people with the most "likes" by noon Sunday EST will win a pair of tickets for the preferred entry line. Good luck!"

Good Luck - Ha. "creators" what a joke. Look at all these posers.

Posted by Anonymous | June 16, 2010 11:21 PM

I got my confirmation email last night...did anyone else?

Posted by Anonymous | June 17, 2010 12:49 PM

got mine and so did my friend. but other people i know haven't. at what point did someone sign up for an rsvp but receive the ""Due to the overwhelming response we are not able to confirm" message.

anyone know how many confirmations they are doing?

Posted by Anonymous | June 17, 2010 6:41 PM

I still haven't received a response at all. Boo.

Posted by Anonymous | June 19, 2010 11:17 AM

I realize some people will not be able to get into this event, but they're just not rich and privileged enough to hang with us douchetards.

Sincerely,
Mark Fucking Ronson
"creative" person

Posted by Mark Ronson | June 19, 2010 12:35 PM

Cool that they through a free show and all but what a bunch douche-bags. Especially that Adam Green dick, that guy sucks hard. Wasn't it close to 90 out yesterday? So many people wearing jackets. Bunch of tools.

Posted by Conan the Barber | June 27, 2010 11:36 AM

Siamese Dream and Mellon Collie were really good albums. Got them when they came out, still throw them on at times and think they're great. It saddens me when I hear bands from that era when I was a teenager and hear their new stuff and it's so clear how they've lost it, they sound desperate to recapture a sound/magic that they haven't had in 15 years (holy shit).... And then I realize that is not unlike a lot of us.

Posted by منتديات | January 21, 2011 8:01 PM

you dave haters can go fuck yourselves. bonnaroo 2010 was 4 of the best days of my life. the DMB and JayZ headliners at the main stage were two of the best shows I've ever seen, musically and production speaking. 2011 'roo is going to be amazing. Phish headlining?

Posted by وظائف | January 30, 2011 3:24 PM

they also played at a place called Tramps in april '99 losers. with qotsa. where were you? you guys sound pretty angry? go listen to something hip. whatever the fuck you think that is. why does james iha need to be in the band for them to be good? that makes no sense. so the band changed lineups. oh well.

Posted by يوتيوب | February 5, 2011 12:15 PM

they also played at a place called Tramps in april '99 losers. with qotsa. where were you? you guys sound pretty angry? go listen to something hip. whatever the fuck you think that is. why does james iha need to be in the band for them to be good? that makes no sense. so the band changed lineups. oh well.

Posted by صور | February 5, 2011 2:19 PM

Leave a Comment



**PLEASE NOTE:** If your comment does not appear immediately, it will show up shortly.



| Home | About Us | Contact | Top Tags | All Tags | Privacy Policy | Terms of Use | © BrooklynVegan. All rights reserved. |

Powered by Movable Type 4.34      Design & front-end code by Creek Bed Industries      Back-end code by MT Hacks

BrooklynVegan is independently owned & operated since 2004.
BrooklynVegan is a member of Spin Music, a division of SpinMedia. In other words, SpinMedia (who owns SPIN) sells the ads.



# Diplo, Sleigh Bells, Spike Jonze, Many More Join Intel and Vice Digital-Arts Series, The Creators Project

**By Jennifer Ross**
May 20, 2010 | 5:00pm

Share 0    Tweet 0    Share 0

Diplo, Phoenix and Spike Jonze are just a few of the artists already featured on the website for The Creators Project (via Pitchfork), an Intel/Vice collaboration that "aims at being nothing less than the first spark of creativity that gives life to the hopes and aspirations of the Twenty-First Century."

The series of videos, festivals and exhibitions the global project plans to produce will illustrate connections between art and technology and encourage collaborations among filmmakers, musicians and digital gurus alike. In addition to displays from graphic designers and photographers, the project's unveiling at Milk Studios in New York City June 26 will also be highlighted by performances from Interpol, Sleigh Bells, Salem, N.A.S.A., Mark Ronson, Die Antwoord and Gang Gang Dance.

The Creators Project festival series will also come to London, Sao Paulo and Seoul this summer and, come September, a three-day exhibition in Beijing will round up the best of the artistic partnerships.

**Tags**   diplo   intel   phoenix   spike jonze   the creators project   vice

**0 Comments**   **Paste Magazine**                                                                  💬 Login ▾

Sort by Best ▾                                                                         Share ↗  Favorite ★

Start the discussion…

Be the first to comment.

**ALSO ON PASTE MAGAZINE**                                                              **WHAT'S THIS?**

**8 Games That Capture the Infinite Potential of Space**     **In Defense of Sam Adams Boston Lager :: Drink ::**
6 comments • 12 hours ago                                    **Features :: Paste**
                                                             28 comments • 14 hours ago
Locke42 — Elon Musk plays Kerbal Space Program.He is one of us.
                                                             therealMachoman — still the best beer out there.

**8Tracks Streaming Service Picks the 'Feel Good' Artists and**  **The Open Space and Hissing Wastes of Dragon Age:**
**Songs of …**                                                   **Inquisition**
1 comment • a day ago                                        55 comments • 2 days ago

deacon If — What! I can't actually see what the top tracks were??? I   Frank Black — Back in MY day, we didn't have any fancy Icons or
HAVE to LISTEN?!?!                                                      mini-maps to tell you where you were all …

✉ Subscribe    🅳 Add Disqus to your site    ▷ Privacy

## Related



**BOOKS | FEATURES**
An Interview With
Karen O of the
Yeah Yeah Yeahs

© 2014 Paste Media Group. All Rights Reserved

Advertisement

[SPANX ad]

**HOME  JOBS  EVENTS  TALENT GALLERY  SUBSCRIBE TO ADWEEK  NEWSLETTERS**    Follow FOLLOW @ADWEEK

# ADWEEK

 **Live From Las Vegas** News updates from CES 2015, presented by SMG/MediaLink

 **Iconic Sports Moments** Gatorade celebrates 50 years with impressive highlight reel

 

 **The Hottest Beer Around?** Adweek's staff gets a kick out of taste-testing Rogue's sriracha stout

Search

**Headlines:** Press: The New Republic Makes First H…  TV: TV Apps Were Supposed to Keep …  Tech: 65% of Facebook's Video Views …  Ads & Brands: 24 Hours in Advertising: Thurs…

# Intel Inside Creators Project Targeting Global Music Fans By Cortney Harding

May 23, 2010, 12:00 AM EDT   |   Advertising & Branding




Advertisement

Partnerships between musicians and brands are now an established practice, but a new initiative from Intel and Vice aims to take the trend to a global level.

Last week, the technology company and the media agency announced the launch of the Creators Project, a multiyear, multidiscipline, multicountry campaign to expose new artists and facilitate collaborations—as well as build Intel's consumer brand recognition.

The online component of the project has already launched, with a Web site (thecreatorsproject.com) hosting a series of video discussions with acts Richie Hawtin, Diplo and Phoenix, as well as innovators in art, design, film and architecture. The site will eventually host 84 videos, one for each of the "creators" chosen from seven countries.

In addition to the Web component, Vice and Intel will host a summer series of Creators Conferences in five cities: New York, London, São Paulo, Seoul and Beijing. The conferences include concerts, art exhibits, movie screenings and panels. The first event, which is June 26 at New York's Milk Studios, will feature performances by Interpol, Sleigh Bells and Gang GangDance, among others. Alan Palomo, who performs as Neon Indian, says he wants to use the connections he makes to bring new, interactive elements to his live show.

"There are all sorts of possibilities," he said. "I've been thinking about doing something where I take a series of theremins and rig it so they could read data and then convert it to MIDI data, or maybe something with biofeedback loops…If the timing works out, it would be amazing."

For Intel, the chance to act as a patron of the arts is a nice perk, but the opportunity to grow its consumer brand in emerging markets was what sealed the deal.

"Millennials, who this campaign reaches, don't want to be shouted at," chief marketing officer Deborah Conrad said. "They want something authentic and generated by word-of-

mouth."

CONTINUE TO NEXT PAGE →

1  2

### Latest News

- TV Apps Were Supposed to Keep People Subscribed to Cable, But They're Creating Confusion Instead
- The New Republic Makes First Hires Following Staff Walkout
- 65% of Facebook's Video Views Are Now on Mobile Devices
- 24 Hours in Advertising: Thursday, Jan. 8, 2015
- NBC Has Sold 95% of Super Bowl Ads and Says $4.5 Million Per :30 'Is a Steal'
- 8 Gadgets That Are Mesmerizing the Crowds at CES This Year
- Take a Peek Inside Sony's Home of the Future in This Virtual Tour
- American Cancer Society Exec Hires a Shop She Worked With at Wrigley

### Popular Now

- Justin Bieber's Calvin Klein Ads Make Everyone Everywhere Question Everything
- Your First Ikea Commercial of 2015 Is Strange, Soaring and Really Quite Lovely
- Young Boys Are Told to Slap a Girl in This Remarkable PSA About Domestic Violence
- Newcastle Begins Ambush of This Year's Super Bowl by Crashing the Doritos Campaign
- It's 2015. And Yes, It Looks Like We'll Finally Get the Nike MAGs From Back to the Future II
- 8 Gadgets That Are Mesmerizing the Crowds at CES This Year
- Watch a Designer Who Really Knows What He's Doing Create a Logo From Scratch
- The 10 Best Ads of 2014

**Topics:** Digital

**Subscribe to Adweek today. Now on the iPad!**

### About the Author

**Cortney Harding**

### Comments

0 Comments    Adweek    Login ▼

Sort by Best ▼    Share    Favorite ★

Start the discussion…

Be the first to comment.

✉ Subscribe    Add Disqus to your site    Privacy

Advertisement



©2015 Adweek
All Rights Reserved
Terms of use | Privacy Policy

**About**
About / Contact Us
Advertising
Editorial Calendar
Special Advertising Sections

**Subscribe to Adweek**
Subscription Options
iPad app
Newsletters
Reprints

**Our Partners**
Billboard
Back Stage
The Hollywood Reporter
Film Expo Group