RSS

Back Issues
Customer Service

CLIO Awards

**WWD.com**/*fashion-news/fashion-scoops/milk-links-with-intel-7857683*

September 3, 2014

# Milk Studios Launching Lab Workshops With Intel

By RACHEL STRUGATZ

**MILK LINKS WITH INTEL:** Milk wants to meld the worlds of culture and technology through Muzse, a new multiworkshop initiative founded in collaboration with Intel Corp. Milk — which now includes Legs Media, Milk Gallery, Made Fashion Week and milkmade.com — will launch its series of lab workshops with the tech company on Sept. 24. "We always looked at Milk as a hub of culture, rather than just fashion. That's our goal, and that's how we approach it," said **Mazdack Rassi**, creative director of Milk Studios.

The program will present ideas that push the boundaries in technology, from wearables to 3-D printables to tech products aimed at optimizing retail experiences and lifestyle monitoring devices. "If we can connect the dots between things coming out in the near future and take some of the advancements coming out of Intel and utilize those in meaningful ways across culture, that will be the win," said **Adam Joseph**, managing director of Milk's experiential and content division, Legs Media, and cofounder of Muzse, of the invite-only labs that will host 30 to 40 guests.

**WWD**      Copyright © 2014 Fairchild Fashion Media. All rights reserved.