# EXHIBIT J

# United States of America
### United States Patent and Trademark Office

# MILK

**Reg. No. 3,312,318**  MILK STUDIOS, LLC (DELAWARE LIMITED LIABILITY COMPANY)
450 WEST 15TH STREET
**Registered Oct. 16, 2007** NEW YORK, NY 10011

**Corrected Dec. 3, 2013**  FOR: GALLERY FOR ART EXHIBITS; CONDUCTING AND PROVIDING FACILITIES FOR TRADE SHOW EXHIBITIONS AND FOR LAUNCHING NEW PRODUCTS FOR OTHERS IN THE FIELDS OF ART, PHOTOGRAPHY, BEAUTY PRODUCTS, PRINT PUBLICATIONS, AUTOMOBILES, ELECTRONICS, FILMS, MUSIC, AND FASHIONS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

**Int. Cls.: 35 and 41**

**SERVICE MARK**

FIRST USE 4-1-1996; IN COMMERCE 1-1-2004.

**PRINCIPAL REGISTER**

FOR: PHOTOGRAPHY STUDIO; RENTAL OF PHOTOGRAPHIC EQUIPMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-1-1996; IN COMMERCE 4-1-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-906,894, FILED 6-13-2006.



Commissioner for Trademarks of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

  *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

  *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
  *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# MILK MADE

**Reg. No. 4,446,172**  
**Registered Dec. 10, 2013**

**Int. Cls.: 41, 44 and 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MILK STUDIOS, LLC (DELAWARE LIMITED LIABILITY COMPANY)  
450 WEST 15TH STREET  
NEW YORK, NY 10011

FOR: PROVIDING A WEBSITE FEATURING NEWS, COMMENTARY, NON-DOWNLOADABLE VIDEOS AND PHOTOGRAPHS IN THE FIELDS OF MUSIC, ENTERTAINMENT AND ART; ONLINE JOURNALS, NAMELY, BLOGS AND ONLINE COLUMNS IN THE FIELDS OF FASHION, BEAUTY, MUSIC, ENTERTAINMENT AND ART, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-0-2010; IN COMMERCE 9-0-2010.

FOR: PROVIDING A WEBSITE FEATURING NEWS, COMMENTARY, NON-DOWNLOADABLE VIDEOS AND PHOTOGRAPHS IN THE FIELD OF BEAUTY, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 9-0-2010; IN COMMERCE 9-0-2010.

FOR: PROVIDING A WEBSITE FEATURING NEWS, COMMENTARY, NON-DOWNLOADABLE VIDEOS AND PHOTOGRAPHS IN THE FIELD OF FASHION, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 9-0-2010; IN COMMERCE 9-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,307,081, 3,324,347 AND OTHERS.

SER. NO. 85-733,649, FILED 9-20-2012.

LUCY ARANT, EXAMINING ATTORNEY

Commissioner for Trademarks of the  
United States Patent and Trademark Office