| | | | |
|---|---|---|---|
| **Attorney Primary Email Address:** | pto@fkks.com | **Attorney Email Authorized:** | Yes |

| Correspondent |
|---|

| | |
|---|---|
| **Correspondent Name/Address:** | MARY SOTIS<br>FRANKFURT KURNIT KLEIN & SELZ PC<br>488 MADISON AVE FL 10<br>NEW YORK, NEW YORK 10022-5754<br>UNITED STATES |
| **Phone:** 212-980-0120 | **Fax:** 212-593-9175 |
| **Correspondent e-mail:** pto@fkks.com | **Correspondent e-mail Authorized:** Yes |

| Domestic Representative - Not Found |
|---|

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 23, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 23, 2014 | PUBLISHED FOR OPPOSITION | |
| Dec. 03, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 13, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 06, 2014 | ASSIGNED TO EXAMINER | 76638 |
| Aug. 07, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 28, 2014 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

| TM Staff Information | |
|---|---|
| **TM Attorney:** PINO, BRIAN J | **Law Office Assigned:** LAW OFFICE 114 |

| File Location | |
|---|---|
| **Current Location:** PUBLICATION AND ISSUE SECTION | **Date in Location:** Nov. 17, 2014 |