# EXHIBIT L



MilkMade

- Fashion
- Beauty
- Music
- Art
- Tech
- Video
- Tumblr
- Shop
- Search



Case 1:14-cv-09362-PAC   Document 20-49   Filed 01/08/15   Page 4 of 4



