



Case 1:14-cv-09362-PAC   Document 20-50   Filed 01/08/15   Page 2 of 4





Case 1:14-cv-09362-PAC   Document 20-50   Filed 01/08/15   Page 3 of 4



Case 1:14-cv-09362-PAC   Document 20-50   Filed 01/08/15   Page 4 of 4



