SAMSUNG  
NICOLAS MOORE

VOGUE PROMOTIONS

### SAMSUNG PRESENTED BY VOGUE STUDIO

PRE PRO/FITTING DAY: SEPTEMBER 21, 2014  
Location: Milk Studio 1

SHOOT DAY1: SEPTEMBER 22, 2014  
Location: Milk Studio 1

SHOOT DAY 2- STILL LIFE: SEPTEMBER 23, 2014  
Location: Milk Loft

MILK STUDIOS  
450 W 15th St. New York, NY 10011  
CONTACT: DANIELLE RAFANAN  
212.645.2797

**SAMSUNG**   *VOGUE*

SAMSUNG BY VOGUE  
NICOLAS MOORE



PAGE 1

## CONTENTS

- SCHEDULE: PRE PRO DAY – SEPTEMBER 21, 2014
- SCHEDULE: SHOOT DAY 1 – SEPTEMBER 22, 2014
- SCHEDULE: SHOOT DAY 2 - STILL LIFE– SEPTEMBER 23, 2014
- CONTACTS
- TALENT
- COMPS/LAYOUTS
- MAKEUP AND HAIR REFERENCES
- SHOT LIST

SAMSUNG BY VOGUE
NICOLAS MOORE

BRIDGE

# PRE PRO/FITTING SCHEDULE

SUNDAY SEPTEMBER 21, 2014
MILK STUDIO 1: 450 W 15TH ST. NEW YORK, NY 10011
TELEPHONE: 212.645.2797

| Time | Activity |
|---|---|
| 10:00AM | PROP STYLIST- SHAWN PATRICK ANDERSON + ASSISTANTS LOAD IN |
| 2:45PM | CATERING SET UP- LIGHT SNACKS |
| 3:00PM | PRE PRO MEETING WITH NICOLAS, VOGUE, SAMSUNG, SARAH + SHAWN PATRICK AND PRODUCTION |
| 4:00PM | CALL TIME FOR SEAMSTRESS |
| 4:00PM | FITTING TIME FOR PAUL |
| 4:30PM | FITTING TIME FOR SIRI |

## SHOOT DAY 1 - SCHEDULE

MONDAY SEPTEMBER 22, 2014
MILK STUDIO 1: 450 W 15TH ST. NEW YORK, NY 10011
TELEPHONE: 212.645.2797

| | | | |
|---|---|---|---|
| 7:45AM | CALL TIME – PHOTO CREW, PRODUCTION, WARDROBE, PROPS, HAIR, MAKEUP, MANICURIST, PAUL AND SIRI | 2:15PM | SHOT 5 – VOGUE – SIRI – COVER + CINEMAGRAPH |
| | | 3:30PM | CATERING SET UP – LIGHT SNACK |
| 7:45AM | CATERING SET UP - BREAKFAST | 3:30PM | SHOT 6 – GQ – PAUL |
| 8:00AM | VOGUE + SAMSUNG ARRIVE | 4:30PM | SHOT 7 – VOGUE – SIRI |
| 9:00AM | CALL TIME – VIDEO/ CINEMAGRAPH CREW | 5:30PM | SHOT 8 – GQ – PAUL |
| 9:30AM | SHOT 1 – GQ – PAUL | 6:30PM | SHOT 9 – VOGUE – SIRI |
| 10:30AM | SHOT 2 – GQ – PAUL | 7:15PM | CATERING SET UP – DINNER |
| 11:30AM | SHOT 3 – VOGUE – SIRI | 7:30PM | BREAK FOR DINNER |
| 12:15PM | CATERING SET UP – LUNCH | 8:00PM | SHOT 10 – VOGUE – SIRI |
| 12:30PM | BREAK FOR LUNCH | 8:45PM | WRAP |
| 1:15PM | SHOT 4 – GQ – PAUL – COVER + CINEMAGRAPH | | |



BRIDGE