# SHOOT DAY 2 - STILL LIFE
# SCHEDULE

TUESDAY SEPTEMBER 23, 2014
MILK STUDIO LOFT: 450 W 15TH ST. NEW YORK, NY 10011
TELEPHONE: 212.645.2797

| Time | Activity |
|---|---|
| 8:00AM | CALL TIME – PHOTO CREW, PRODUCTION, WARDROBE AND STILL LIFE PROP STYLIST |
| 8:00AM | CATERING SET UP - BREAKFAST |
| 8:30AM | VOGUE + SAMSUNG ARRIVE |

SHOT SCHEDULE TBD BY LIONEL

| | |
|---|---|
| 12:30PM | CATERING SET UP – LUNCH |
| 3:30PM | CATERING SET UP – LIGHT SNACKS |
| 6:00PM | WRAP |

BRIDGE

## CLIENT CONTACTS

**VOGUE STUDIO:**

DELPHINE GESQUIERE, Creative Director

SCOTT ASHWELL, Director

AMELIA TUBB, Senior Art Director

ALESSIA ELYSEE, Art Director

KIM FASTING BERG, Associate Publisher

**SAMSUNG:**

GABRIEL MAS

LEO CARLSON

SHIN AE KIM

BRUCE SUNG

**STARCOM:**

JESSY VASQUEZ

SAMSUNG BY VOGUE
NICOLAS MOORE

BRIDGE

## PHOTOGRAPHER & PRODUCTION CONTACTS - SEPTEMBER 22, 2014

| | | |
|---|---|---|
| PHOTOGRAPHER | NICOLAS MOORE | |
| DIGITAL TECH | JASON WANG<br>Jasonwangdigital@gmail.com | 405.642.6093 (C) |
| 1ST PHOTO ASSISTANT | NEAL FRANK<br>nealfrank@gmail.com | 917.213.1547 (C) |
| 2ND PHOTO ASSITANT | DAVID CHOW<br>davetchow@gmail.com | 917-376-6218 (C) |
| 3RD PHOTO ASSISTANT | J BARBANEL<br>jbarbanel531@gmail.com | 339.223.0979 (C) |
| PRODUCER | DANA BROCKMAN<br>dana@viewfinders.us | 917.974.4111 (C) |
| PRODUCTION ASSISTANT | KINSEY WEST<br>kinsey@viewfinders.us | 850.502.0110 (C) |
| PRODUCTION COORDINATOR | JAMIE IRVING<br>jameslymanirving@gmail.com | 607.435.8942 (C) |
| PRODUCTION/BRIDGE | KATRINA DALTON (NOT ON SET)<br>katrina@bridgeartists.com | 212.313.9820 (T) |

SAMSUNG BY VOGUE
NICOLAS MOORE

BRIDGE

## VIDEO/CINEMAGRAPH CONTACTS – SEPTEMBER 22, 2014

| | | |
|---|---|---|
| DP | BRENT MATA<br>bmata@industrialcolor.com | 810.814.6388 (C) |
| AC | DAISUKE YOSHIDA<br>dai@industrialcolor.com | 646.872.9288 (C) |
| DIT | YUNUS SHAHUL<br>yunus.hsb@gmail.com | 917.513.3582 (C) |
| GAFF | WAYNE MCELROY<br>mcelroywayne@gmail.com | 314.477.1342 (C) |
| GRIP | DAVID BRYANT<br>lovetojuice@aol.com | 917.378.9320 (C) |
| OFF SITE CONTACT | SARA KINNEY<br>skinney@industrialcolor.com | 718.909.2889 (C) |

SAMSUNG BY VOGUE
NICOLAS MOORE

BRIDGE