# TALENT & WARDROBE CONTACTS – SEPTEMBER 22, 2014

| | | |
|---|---|---|
| TALENT | PAUL KELLY<br>JAGA GAJEWSKA @ WILHELMINA MEN<br>jaga@wilhelmina.com | 212.473.2198 (T) |
| TALENT | SIRI TOLLEROD<br>MARGUERITE FRANKLIN-BELTRANO @DNA<br>marguerite.women@dnamodels.com | 212.226.0080 Ext 1767 (T) |
| WARDROBE STYLIST | SARAH GORE REEVES<br>BRIDGET @ BRIDGE ARTISTS<br>bridget@bridgeartists.com | 212.313.9820 (T) |
| WARDROBE ASSISTANTS | SEPPE TIRABASSI<br>seppetirabassi@gmail.com | 207.332.1462 (C) |
| | KATRINA ATHANASIOU<br>katrina.athanasiou@gmail.com | 562.309.3166 (C) |
| SEAMSTRESS | CHELSEA MCCARROLL<br>annie@alteredagency.com | 917.860.0809 (C) |

SAMSUNG BY VOGUE
NICOLAS MOORE

BRIDGE

# BEAUTY, PROPS/SETS + VENDOR CONTACTS – SEPTEMBER 22, 2014

| | | |
|---|---|---|
| MAKEUP ARTIST | TYRON MACHHAUSEN<br>BRIDGET @ BRIDGE ARTISTS<br>bridget@bridgeartists.com | 212.313.9820 (T) |
| MAKEUP ARTIST ASSISTANT | LUCIE NGUYEN<br>luciemua@mac.com | 646.808.9789 (C) |
| HAIR STYLIST | ESTHER LANGAHAM<br>TAHRA COLLINS @ ART + COMMERCE<br>TCollins@artandcommerce.com<br>TDelucia@artandcommerce.com | 212.206.0737 (T) |
| HAIR STYLST ASSISTANT | DAVID COLVIN<br>davidcolvinjr@mac.com | 404.226.6327 (C) |
| MANICURIST | SHERIL BAILEY<br>RACHEL PEARCE<br>rachelp@jedroot.com | 516.382.3149 (C)<br>212.226.6600 (T) |
| PROP STYLIST | SHAWN PATRICK ANDERSON<br>BRIDGET @ BRIDGE ARTISTS<br>bridget@bridgeartists.com | 212.313.9820 (T) |
| PROP STYLIST ASSISTANTS | ERIK LARSON<br>larsenitis@gmail.com<br><br>TBD | 614.406.0417 (C) |
| CATERING | THE SMILE<br>ANAHITA TAJMAHER<br>anahita@thesmilenyc.com | |

SAMSUNG BY VOGUE
NICOLAS MOORE

BRIDGE

Case 1:14-cv-09362-PAC   Document 20-54   Filed 01/08/15   Page 3 of 4

## STILL LIFE SHOOT PHOTOGRAPHER & PRODUCTION CONTACTS - SEPTEMBER 23, 2014

| | | |
|---|---|---|
| PHOTOGRAPHER | LIONEL KORETZKY<br>Lionelkoretzky@gmail.com | 917.892.4206 (C) |
| DIGITAL TECH | SALLY GRIFFITHS<br>rkokoszka@milkstudios.com | 212.645.2797 (C) |
| PHOTO ASSISTANTS | FELIX MAILLOT<br>felixdolmaillot@gmail.com | 917.744.6747 (C) |
| | ANDY BEARDWORTH<br>andbeards@gmail.com | 917.345.0492 (C) |
| PRODUCTION COORDINATOR | JAMIE IRVING<br>jameslymanirving@gmail.com | 607.435.8942 (C) |
| PRODUCTION/BRIDGE | KATRINA DALTON (NOT ON SET)<br>katrina@bridgeartists.com | 212.313.9820 (C) |



BRIDGE

SAMSUNG BY VOGUE

## STILL LIFE SHOOT WARDROBE, PROPS/SETS + VENDOR CONTACTS – SEPTEMBER 23, 2014

| | | |
|---|---|---|
| WARDROBE STYLIST | SARAH GORE REEVES<br>BRIDGET @ BRIDGE ARTISTS<br>bridget@bridgeartists.com | 212.313.9820 (T) |
| WARDROBE ASSISTANTS | SEPPE TIRABASSI<br>seppetirabassi@gmail.com | 207.332.1462 (C) |
| | KATRINA ATHANASIOU<br>katrina.athanasiou@gmail.com | 562.309.3166 (C) |
| PROP STYLIST | REBECCA DONNELLY<br>rebeccadonnelly@gmail.com | 646.246.7069 (C) |
| | REPRESENTED BY:<br>BERNSTEIN & ANDRIULLI<br>STYLIST DIVISION | 212.682.1490 (C) |
| CATERING | THE SMILE<br>ANAHITA TAJMAHER<br>anahita@thesmilenyc.com | |

BRIDGE

SAMSUNG BY VOGUE