## TALENT

**PAUL KELLY**



**SIRI TOLLEROD**



SAMSUNG BY VOGUE
NICOLAS MOORE

BRIDGE

PAGE 13



PAGE 14



# Siri Tollerød **Makeup**



SAMSUNG BY VOGUE
NICOLAS MOORE

BRIDGE

16