## Siri Tollerød **Hair look 1**



SAMSUNG BY VOGUE
NICOLAS MOORE

BRIDGE

17

## Siri Tollerød **Hair look 2**



SAMSUNG BY VOGUE
NICOLAS MOORE

BRIDGE

18

# Paul Kelly **Hair look and feel**



SAMSUNG BY VOGUE
NICOLAS MOORE

BRIDGE

19

# Shot list GQ

**MONDAY, SEPTEMBER 22**

| SHOT | | PAGE | PRODUCT(S) FEATURED | ANGLE | |
|---|---|---|---|---|---|
| 1 | | 1 | HERO: TAB S 8.4 | | |
| 2 | | 2 | HERO: LEVEL HEADPHONES<br>SECONDARY: GEAR S | | |
| 3 | | 4 | HERO: NOTE 4 WITH S PEN | SHOOT FROM ABOVE<br>SHOW SCREEN & PEN<br>MODEL SHOULD BE LOOKING AT SCREEN | |

**ADDITIONAL SHOTS**

| SHOT | | PAGE | PRODUCT(S) FEATURED | ANGLE | |
|---|---|---|---|---|---|
| 4 | | 0 | MONT BLANC | TBD | |
| 5 | DIESEL | 0 | DIESEL<br>HERO: TBD<br>SECONDARY: | | |

SAMSUNG BY VOGUE
NICOLAS MOORE

BRIDGE