# Shot list VOGUE

**MONDAY, SEPTEMBER 22**

| SHOT | PAGE | PRODUCT(S) FEATURED | ANGLE |
|---|---|---|---|
| 6 | 1 | **HERO: LEVEL HEADPHONES**<br>SECONDARY: GEAR S | VARIATIONS SHOT FROM ABOVE TO SHOW LEVEL LOGO |
| 7 | 2 | **HERO: NOTE 4**<br>SECONDARY: SWAROVSKI GEAR S | SHOOT FROM ABOVE SHOW SCREEN & PEN. SHOW ACTION/USING PEN |
| 8 | 4 | **HERO: TAB S 8.4** | SHOOT FROM ABOVE AND HOLD IN ONE HAND CENTRAL IN PHOTO |

**ADDITIONAL SHOTS**

| SHOT | PAGE | PRODUCT(S) FEATURED | ANGLE |
|---|---|---|---|
| 9 | 0 | **SWAROVSKI**<br>HERO: TBD | TBD |
| 10 | 0 | **MONT BLANC**<br>HERO: TBD<br>SECONDARY: | |

SAMSUNG BY VOGUE
NICOLAS MOORE

BRIDGE

21

# Shot list VOGUE & GQ

**20 SHOTS**

**TUESDAY, SEPTEMBER 23**

| SHOT | PAGE | PRODUCT(S) FEATURED |
|---|---|---|
| VOGUE | 3 | LEVEL BOX MINI (X2 BLUE AND RED)<br>NOTE 4 WITH S PEN<br>NOTE 4 WITH SWAROVSKI CASE<br>GEAR S<br>RIBBON<br>VOGUE GIFT #1<br>VOGUE GIFT #2<br>VOGUE GIFT #3<br>VOGUE GIFT #4 |
| GQ<br>ALT WITH VR | 3 | TAB S + KEYBOARD ACCESSORY<br>GEAR S<br>VR (ALT)<br>GQ GIFT #1<br>GQ GIFT #2<br>GQ GIFT #3<br>GQ GIFT #4<br>GQ GIFT #5<br>GQ GIFT #6<br>GQ GIFT #7 |

SAMSUNG BY VOGUE
NICOLAS MOORE

BRIDGE

22