



- Home
- Biography
- Discography
- Videography
- Artists
- Site
- Forum

  

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

**barbershopconnect**- Skin fade haircut (Blog)

**egotripland**- Action Bronson – "Actin' Crazy" (AUDIO)

SHARE            EDITOR'S PICK



## Tag Archives: milk studios

### Pictures: Nicki Minaj Performs At The Samsung Infuse 4G Launch Party

May 16, 2011 by Danny M

9 Comments

Pictures Of Nicki Minaj Performing At The Samsung Infuse 4G Launch Party

**Nicki Minaj** attended the Samsung Infuse 4G Launch Party at Milk Studios on May 12, 2011 in Los Angeles, California, and also performed for the crowd. You can check out some photos from **Nicki**'s performance after the jump below:

(more…)

Continue reading...

### Pictures: Nicki Minaj Attends The Samsung Infuse 4G Launch Party

May 15, 2011 by Danny M

7 Comments

Pictures of Nicki Minaj Attending The Samsung Infuse 4G Launch Party

Here are some photos of **Nicki Minaj** arriving and attending the Samsung Infuse 4G Launch Party at Milk Studios on May 12, 2011 in Los Angeles, California. You can view more pics after the jump below!

(more…)

Continue reading...



## Search

[Enter keywords...] [Search]

- Categories
- Latest
- Comments
- Tags

barbershopconnect  Skin fade haircut (Blog)

egotripland  Action Bronson – "Actin' Crazy" (AUDIO)

SHARE        EDITOR'S PICK