- Exclusives
- Interviews
- Latest News
- Mixtapes
- Music Videos
- New Music
- Other
- Pictures

**Archives**

- January 2015
- December 2014
- November 2014
- October 2014
- September 2014
- August 2014
- July 2014
- June 2014
- May 2014
- April 2014
- March 2014
- February 2014
- January 2014
- December 2013
- November 2013
- October 2013
- September 2013
- August 2013
- July 2013
- June 2013
- May 2013
- April 2013
- March 2013

- February 2013
- January 2013
- December 2012
- November 2012
- October 2012
- September 2012
- August 2012
- July 2012
- June 2012
- May 2012
- April 2012
- March 2012
- February 2012
- January 2012
- December 2011
- November 2011
- October 2011
- September 2011
- August 2011
- July 2011
- June 2011
- May 2011
- April 2011

- March 2011
- February 2011
- January 2011
- December 2010
- November 2010
- October 2010
- September 2010
- August 2010
- July 2010
- June 2010
- May 2010
- April 2010
- March 2010
- February 2010
- January 2010
- December 2009
- November 2009
- October 2009
- September 2009
- August 2009
- July 2009

**The McCarter & English Internet use policy restricts access to this web page at this time. If you need access to this site for business reasons**

**Options:** Click more information to learn more about your access policy.

Click **Go Back** or use the browser's Back button to return to the

**Subscribe**

[          ] Submit

Enter your e-mail address above to get YoungMoneyHQ updates sent to you via e-mail.

**Rate Nicki Minaj's "The Pinkprint" Album**

○ 5 out of 5
○ 4 out of 5
○ 3 out of 5
○ 2 out of 5
○ 1 out of 5

barbershopconnect Skin fade haircut (Blog)

agatripland Action Bronson – "Actin' Crazy" (AUDIO)

SHARE                    EDITOR'S PICK

| Vote | View Results Polldaddy.com |

© 2009 - 2015 YoungMoneyHQ.com | All Rights Reserved. Created by Daniel Mousdell | Powered by Wordpress

**barbershopconnect** Skin fade haircut (Blog)

**agetripland** Action Bronson – "Actin' Crazy" (AUDIO)

SHARE          EDITOR'S PICK

Case 1:14-cv-09362-PAC   Document 20-62   Filed 01/08/15   Page 3 of 3



# boy sheet.com
art. entertainment. fashion. life.

| Home | Artist Words | PHOTOS: My Life via TwitPic | Personally Schubert | About | Contact |

**Friday, May 13, 2011**

## Nicki Minaj Rocks Samsung Infuse 4G Launch At Milk Studios

*Entertainment, Happenin' Event:*



**Search Boy Sheet**    Search

**Sign Up For The Latest Updates!**    Submit

**Subscribe To Schubert Says!**
- Posts
- Comments

Last night (May 12th), **Samsung** and **AT&T** rolled out their blue carpet at Milk Studios in Los Angeles to debut the new Samsung Infuse 4G.

Exciting about the new phone, but the hype was really all about one thing: **Nicki Minaj**.

Despite the fact that AT&T is dreadful as a wireless provider, celebs mobbed out to the *Wahoo's* sponsored event for chance to catch **Minaj** live before she hits the road with **Britney** this summer.

**Labels**

Advice (5)   Alexander McQueen (5)   aMUSE Me (143)   Angelina Jolie (7)   Anna Wintour (6)   Art