


Smart and sexy: Kelly Rowland and Ciara came to support their friend at the event

Complete with a chocolate bar, sweet bar and booze bar on every wall, artists like **Kelly Rowland, Ciara, Frankie Finch** and **Kat Graham** came out for the hype event of the week. Other talent included **David Arquette, Caroline D'Amore, Perez Hilton** and **Alessandra Torresani**.

MORE: The Feud Between Nicki Minaj & Lil' Kim Heats Up

Being that this was our first time seeing Minaj-atwa perform live and being that we're already big fans, the girl did not disappoint. And we had high expectations!



Appreciation (68) **Artist (148)** Barack Obama (6) Bargain or Bust (1) Blake Lively (4) Boys Will Be Boys (19) Britney Spears (13) Brittany Murphy (4) **Chad Schubert (33)** Chanel (11) Contest (2) Cool (4) David Beckham (8) Drama (6) Elisa Victoria (13) **Entertainment (214)** Fall (6) Fall/Winter (11) **Fashion (207)** Fashion Week (19) Fitness (9) Friday Fox (5) From The Editor (1) Fun Finds (10) Gift Guide (1) Gisele Bundchen (4) **Happenin' Event (32)** Happenin' Event (5) Hear Me... (3) Horoscope (1) **Icon (51) Interesting (51)** Interview (12) Justin Bieber (4) Karina Kurani (4) Karl Lagerfeld (9) Kate Middleton (8) Kate Moss (10) Kim Kardashian (6) Lady Gaga (6) Lady Like (14) **Life (123)** Lindsay Lohan (11) **Love It (124)** Luke Worrall (4) Make A Difference (12) Marc Jacobs (6) Marilyn Monroe (4) Muse of the Moment (2) **Music (67)** Music Must (25) Must Watch (4) **News (77)** Olsen (17) Outfit Obsession (1) Photo of the Day (7) **Photography (35) Photos (41)** Prince William (5) Princess Diana (3) Quote of the Day (13) R.I.P. (10) Random (13) Review (3) Rihanna (4) River Viiperi (5) Ryan Gosling (4) Sad (5) Sebastian Suave (7) **Sightings (35) Spring/Summer (35)** Street Style (9) Style Swagger (4) Terry Richardson (8) The Veronicas (8) Thoughts (4) Tips (2) **Trends (19)** Trevor Page (6) USA (3) Victoria Beckham (16) Video Fun (6) Vintage (1) Web it (13) Zac Efron (3)

Most Read!



The Tragic Death of Actor Tom Bridegroom Leaves Hollywood Speechless
  Life, Entertainment, News:  The tragic and sudden passing of actor  Tom Bridegroom  has left many in Hollywood  shocked. The actor and pers...



Studio 54 by David Dunan
Vogue  Hommes  International  paid tribute to  Studio 54  in an  a MUSE ing  Spring/Summer 2010 issue with a "bringing it back" editorial. Br...



Fashion Blogger Allie Wood for Sunglass Hut's 'Full Time Fabulous Blogger' Gig
Fashion darling and creator of StyleFileDaily.com ,  Allie Wood , is up for the ultimate  blogger challenge: competing in a "Blog Off&...

Adam Levine Poses Naked For Men





Recommend this on Google

Labels: Artist, Chad Schubert, Entertainment, Happenin' Event, Music

## 3 comments:

**Anonymous said...**

Cute! I hear shes a great performer live.

May 16, 2011 at 9:55 AM

**Anonymous said...**

id like this event if stupid AT&A wasn't involved. that service fucking sucks and i think they should disappear.

May 17, 2011 at 8:50 PM

**Dawood Khan said...**

Thanks for this blog I liked it. 3 mobile

March 6, 2014 at 10:37 PM

## Post a Comment

Comment as: Select profile...

Publish Preview

Newer Post Home Older Post

Subscribe to: Post Comments (Atom)

Entertainment, Life: Men's health that is. Musician Adam Levine gets bare and bold in the February issue of Cosmopolitan Magazine. Th...

Attitude Magazine's 'The Sex Issue'

Photos, Muse: Okay, we've got to admit. We just love anytime a culture magazine rolls out a new 'Sex Issue.' Smart way to b...

© 2010 SchubertSays.com. All rights Reserved. Powered by Blogger.

- ⇒ Trending ›
- 
- Henry Cavill »
- Adam Lambert »
- Matt Bomer »
- Shirtless Pics »
- Zac Efron »
- Cristiano Ronaldo »
- Tom Daley »
- Adam Levine »
- Male Model »
- Kate Middleton »
- Katy Perry »

Socialite Life
Sign In | Join

- News
- Photos
- Skin
- Red Carpet
- TV & Film
- Music
- Contact

- FOLLOW:
- 
- 
- 
- 

Search    SUBMIT QUERY



### David Gandy Gets Shirtless For 'Out' Magazine, Is Totally Okay Using



### WATCH: Disney World's Gaston Gets Challenged To A Push-Up Con