

# Socialite Life's 10 Most Viewed Galleries Of 2014!Joe Manganiello And

 

# Francesco Brunetti – Male Model MondayBen McKenzie's Instagram,

### Nicki Minaj Performs At Samsung Infuse 4G Launch

May 13th, 2011 // Leave a Comment

Tweet



 
 
 
 

**Nicki Minaj** hit the red carpet at the Samsung Infuse 4G launch at Milk Studios in Hollywood last night before treating famous fans like **Olivia Munn** and **David Arquette** to a 20-minute set inside. When not jamming to "Moment 4 Life" and "Super Bass," fans roamed over to an interactive room devoted to the highly-addictive game, Angry Birds.

Other stars included **Ciara, Kelly Rowland, Katerina Graham, Dania Ramirez, Ron

View the Gallery / 46 Photos »

Artest, Tristan Wilds, Mateo, Dmitry Chaplin, Damian Whitewood, Camilla Luddington, Ariel Winter, Shanae Grimes, Daren Kagasoff, Michael Steger, Sasha Pieterse, Celestina, Jennifer Gimenez, Samaire Armstrong, David Gallagher, Dennis L.A. White, Cara Santana, Carla Ortiz, Pia Toscano, Paul Iacono, Dana Workman**, and **Yolanda Cabo**.

By [Kelly Lynch](#)

- Share:
- 
- 
- 
- 

Posted Under: [Ariel Winter](#), [Camilla Luddington](#), [Ciara](#), [Damian Whitewood](#), [Dania Ramirez](#), [Daren Kagasoff](#), [David Arquette](#), [David Gallagher](#), [Dmitry Chaplin](#), [Events](#), [Jennifer Gimenez](#), [Katerina Graham](#), [Kelly Rowland](#), [Michael Steger](#), [Nicki Minaj](#), [Olivia Munn](#), [Paul Iacono](#), [Performances](#), [Pia Toscano](#), [Red Carpet](#), [Ron Artest](#), [Samaire Armstrong](#), [Shanae Grimes](#), [Songs](#), [Tristan Wilds](#)

**From the Web**                                                              Sponsored Links by Taboola



**Outrageous Reasons Why Having The Right Credit Card In 2015 Makes a Difference**
Next Advisor



**Silicon Valley financial adviser out for young bucks**
NYPost | Wealthfront



**Be Careful What You Fish For.....this is just incredible!**
Outdoor Grind



**Does LeBron James Make More Money than Kobe Bryant?**
FORBES



**Did Apple Just Show Us The Future?**
The Motley Fool



**10 Celebs of Puerto Rican Heritage**
Ancestry

YOU'LL ...

## **BUZZ**WORTHY



**The New Bachelor is One Hunky Guy** - Celeb Dirty Laundry

Andy Dwyer Has A Lot More Going For Him Than Just Being Sexy - The Berry

Hilarious Thoughts That Go Through Every Guys Mind - The Berry

Joe Jonas Is Finally Back On The Market Guys - Celeb Dirty Laundry

Details Revealed About Ryan Gosling In Bed! - Evil Beet Gossip

These Guys Are Hot Enough To Make Anyone's Day - The Berry





**Leave A Comment**

Commenting as a Guest. **Sign in** or **Join**.    Use Facebook:    Log In

Name (Visible)    Email (Required, Not Visible)

SUBMIT

## Get the Scoop

Sign up for the daily Newsletter and stay in the know.

Enter email address    SIGN UP