Case 1:14-cv-09362-PAC   Document 20-65   Filed 01/08/15   Page 1 of 3



**Find us on Facebook**



**Hot Photos**



### [Celebrity Bikini Bodies: Guess Who?](#)



### [Celebrity Bikinis: Best of 2012](#)



### [Celebrating Celebrity Six Packs](#)



### [Kate Upton: Bikini Madness](#)



### [Justin Bieber & Selena Gomez Vacation](#)



### [Katy Perry's Best Photos](#)



### [Justin Bieber Wears Boxers](#)



### [Megan Fox: Top Bikini Photos](#)



### [Ryan Reynolds: The Best Of The Best](#)



**Olivia Wilde: Top Photos**



**Celebrities Get Tipsy**



**Sofia Vergara Bikini Photos**



**'Glee' Guys Flex**



**Amber Rose's Best Looks**



**Cam Cigandet's Beefy Photos**

See More »

- MOST VIEWED
- MOST COMMENTED

Alessio Pozzi - Male Model Monday  Leave a Comment

The Best Shirtless Celebrities Of 2014  Leave a Comment

Ian Somerhalder Does Some Shopping Without Nikki Reed As Engagement Ru …  Leave a Comment

Shia LaBeouf And Maddie Ziegler Show A Complicated Father/Daughter Rel …  Leave a Comment

Paul Wesley's Instagram Will Get Your Blood Pumping  Leave a Comment

**Top Celeb Photos**



**Zac Efron: Top Photos**



**JWoww: Top Photos**



**Miley Cyrus: Top Photos**