



[**Sofia Vergara: Top Photos**](#)   [**Ryan Gosling: Top Photos**](#)   [**Courtney Stodden: Top Photos**](#)





[**Kate Middleton: Top Photos**](#)   [**Brooklyn Decker: Top Photos**](#)   [**Scarlett Johansson: Top Photos**](#)





[**Katy Perry: Top Photos**](#)   [**Amber Rose: Top Photos**](#)   [**Natalie Portman: Top Photos**](#)

See More »



About & Contact / Archives / Terms & Conditions / Privacy Policy

Socialite Life, part of Celebuzz, is a member of Spin Entertainment, a division of SpinMedia
About SpinMedia | Advertise | Contact | Privacy Policy | Copyright

SpinMedia Publishers: AbsolutePunk I PinkIsTheNewBlog I Buzznet I Celebslam I Celebuzz I ConcreteLoop I OKMagazine.com I GoFugYourself I Idolator I JustJared I JustJaredJr. I KimKardashian I KhloeKardashian I KourtneyKardashian I RADAR Online I PacificCoastNewsOnline I SocialiteLife I Brooklyn Vegan I Stereogum I TheSuperficial I WWTDD I WhitneyPort I Videogum I More...




| Home | News | Videos | Music | Photos | Lyrics | Contact Us | Advertise |



Celebrity / Photos

# Nicki Minaj Roll Out The Stars At Samsung Infuse 4G Launch [Photo]

by Island Yute — May 17, 2011

Tweet



Nicki Minaj put on a show for the stars at the much hyped Samsung Infuse 4G for AT&T at Milk Studios in Los Angeles on Thursday (May 12).

Jennifer Hudson, Ciara and Kelly Rowland were among celebs who caught a glimpse of the show. The ladies shared their admiration for one another with Nicki previously tweeting, "Jennifer Hudson is nothing short of the TRUTH."





Search

Birdman's $1,000,000 Miami Woe Exposed

Rich Homie Quan Responds To Rumors Concerning Young Thug's Sexuality

Victim Of 1999 Shooting Involving Diddy & Shyne Opens Up

The Hottest R&B Albums Of 2014

FKA Twigs Stuns On The Cover of V Magazine

50 Cent Blasts Jimmy Henchman On Instagram For Being A...

**Popular On Urban Islandz**