

**Rumor Control: Birdman Did Not Sell Lil Wayne Contract To Jay Z**

Earlier in the evening, Nicki was honored as NARM's "Breakthrough Artist of the Year" at the 2011 NARM Music Business Convention Awards dinner <u>finale</u>. She will present at the 2011 MTV Movie Awards, airing live on June 5.

See images from the show below.

  



**Vybz Kartel Celebrates His 39 Birthday Today In Prison**





**Chris Brown Reached Out To Rihanna On New Year's Day**



**Foxy Brown Dissing Ashanti Over Spragga Benz**

**From The Web**          Sponsored Links by Taboola

Please Don't Retire At 62. Here's Why.
The Motley Fool

87 Yr Old Trainer Shares Secret To Losing Weight
Athletic Greens



**Gully Bop Fiancée Shauna Chin Exposed, Says She Loves Him**

Paulina Gretzky Shares All Behind The Scenes Of Her Cover Shoot
Golf Digest

What Your Last Name Means?
Ancestry

The 3 Biggest Lies Employers Tell Their Workers
Monster

Assembling A Timeless Wardrobe
The Line

**You might also like**


Shauna Chin Kissing Gully Bop, Couple Now Engagement


I-Octane - Ride And Wine [New Music]


Amber Rose Twerking On Chris Brown Angers Karrueche Tran



Topics: 4G / AT&T / Ciara / Jennifer Hudson / Kelly Rowland / Los Angeles / Milk Studios / Music / Nicki Minaj / Photo / Samsung

## Join The Conversation

### Recent Stories

Ludacris And Eudoxie Got Married Same Day He Proposed

Lil Wayne Ex Toya Wright And Husband Memphitz Split And Heading For Divorce

Rita Ora Channels Beyonce In "7/11" Music Video

Kanye West Ft. Paul McCartney – Only One [New Music]

VIDEO: Vybz Kartel Feat. Toian – Ice Queen

Beenie Man, Bounty Killer Performing Live At GT Taylor Extravaganza

### Hot New Music

Zamunda – Come To Me [New Music]

Cecile – Ruff You Up (Tonight) [New Music]

Vybz Kartel – Hello [New Music]

Delly Ranx – Raging Fire [New Music]

Exco Levi & Iba Mahr – Sweet Mama Africa [New Music]

Gappy Ranx – Grow Your Natty [New Music]

Home | About Us | Contact Us | Privacy Policy | Legal | Advertise | Submit Tip

Copyright © 2015 Urban Islandz. All Rights Reserved.




**Last Night**

## Nicki Minaj Shakes Her Jelly for a Celly, The Kills Te-Kill-Ya

By Lina Lecaro
Mon, May 16, 2011 at 9:55 AM
Categories: Last Night, Nightranger

**Nicki Minaj** for cell phones, **The Kills** for tequila ... it was another winning week on the Hollywood party circuit. If you read Nightranger posts regularly you know we rarely miss an opportunity to cover LA's money bags-backed promotional bashes. And who woudn't? It's as if the recession never happened at these haps: copious cocktail and food spreads, bodacious crowds, and best of all, the chance to see top music artists perform in intimate venues. Minaj, who also made an appearance at an *America's Top Model* event at Nokia, rocked the house at **Milk Studios** for Samsung's new 4G Infuse last week, while The Kills treated friends and DeLeon Tequila drinking tastemakers to a mini-set in the living room-ish lobby of **Chateau Marmont** last night.



Lina Lecaro
**Darling Nicki sung for Samsung.**

Often, the product gets lost in the shuffle of these shamelessy hedonistic, sensory overloaded soirees, but the marketing minds behind these two made sure their products were part of the experience. At Milk, Samsung provided a graffiti wall where patrons could tag and rag virtually via the new phones touchpad, and there was an ice cream bar equipped with phones on which to create your own sundae. There was even an Angry Birds booth where you could play the wildly popular web game.



Lina Lecaro
**Minaj menagerie.**

Even with all the amusements, Minaj was the center of attention. She may not have been wearing one of her clownish, hip-hop club kid get-ups, but she proved she didn't really need the embellishments. Dressed in a blonde bob wig and cute little sweater set that showed off her insane proportions, Minaj tackled the stage and spewed hits from her debut *Pink Friday*. She's got really good backup dancers, but it was her singular cuteness and charismatic flow that kept the crowd (**Jennifer Hudson** and **Kelly Rowland** included) enraptured. Having never seen her live before, we are now converted fans.

After twittering pictures of the rapper, we realized not everybody is, though. Apparently the beef between Minaj and Lil Kim was reignited on Friday, the 13th. Check out **this video** Kim's followers tweeted us.

**DeLeon Tequila** has been positioning itself as a rock n' roll spirit for some time (the bottle cap looks like ornate, biker-style jewelry) and it's had a presence at everything from rock photo exhibits to clothing store shindigs. Last night, the brand took it to a new level for its 2nd anniversary with The Kills, providing tequila bars and tastings and great rock DJ **Elle D** from NYC (in front of her, a cool guitar case giftset full of tequila was displayed).

