

Lina lecaro

Hair flies, riffs kill.

Can't imagine a better venue to have seen visceral duo. The Chateau may be known for its celeb patrons, but its vintage atmosphere is seductive whoever happens to be hanging. It took on an almost goth feel, its church-like windows and candelabras surrounding the band as they offered their possessed music for attendees that included an odd assortment ranging from **Marilyn Manson** to **Lindsay Lohan** (apparently the ban from Chateau has been lifted now that she's clean). In the spirit of The Kills ever-messy tressed, tight, black garb, the crowd was refreshingly casual, with clusters of faded tees, vintage frocks, skinny jeans, shorts with tights (over this one already!), all glammed up by pricey designer bags and shoes. As Dolly Parton once said, "It takes a lot of money to look this cheap."

No surprise, this party gig was as rapid and raw as we hear The Kills' show at **The Music Box** was. **Alison Mosshart** has one of the best headbangin' howls in rock and **Jamie Hince**'s guitar work is utterly hypnotic when you can take your eyes away from his bandmate (which is hard to do). The rhythms that drive the band's new release, *Blood Pressures*, are complex and infectious, but they never out-ravage the duo's contributions on stage or record.

Lina Lecaro

VV vamps at the crowd.

Check out the free remix they released of the track Satellite on SoundCloud **here**.

See Tim Norris' photos of the The Kills Music Box show **here**.

Follow Lina Lecaro on Twitter at **@L_in_A**

## You Might Also Like

Promoted

Did Kylie Jenner Outshine Kendall With This Sexy…
OK Magazine

Your Weekly Movie To-Do List: Mulholland…

Why Is There a Huge Masturbation…

Want to Go Back in Time and Fly First Class in a…

Recommended by

*RELATED*

**Last Night**
**Nicki Minaj**
**Chateau Marmont**
**Business**

**Nightranger**
**The Kills (Band)**
**Arts, Entertainment, and Media**





 Hayden Panettiere & Wladimir Klitschko Take Selfie with Daughter Kaya!

Jeremy Renner Shares an Adorable Pic of His Daughter Following Divorce News

Thom Evans Talks About His 'Fifty Shades of Grey' Audition

Meet Will Arnett's Rumored New Girlfriend!

Older Newer

SUN, 15 MAY 2011 AT 9:45 AM +1 Tweet

# Nicki Minaj & Jennifer Hudson: Samsung Launch Ladies

**Nicki Minaj** and **Jennifer Hudson** meet up at the ***Samsung Infuse 4G for AT&T Launch Event*** on Thursday (May 12) at Milk Studios in Hollywood.

**Jennifer** stood and danced as **Nicki** treated party goers to a special performance.

Also attending the bash: **Mark Salling**, who met up with *Modern Family*'s **Ariel Winter**, **Olivia Munn**, *Shameless* star **Laura Slade Wiggins** with actor **James Preston**, **David Arquette**, and **Shenae Grimes**.

FYI: **Olivia** is wearing a *Tucker* tank, *J Brand* jeans, an *H&M* belt, *Coach* clutch, *Damiani* earrings, and a "Say It Fight It Cure It" bracelet for brain cancer awareness. **Nicki** is wearing rough cuff bracelets, a concentric square ring and matching stretch bracelet, a cone cuff bracelet, and a cluster ring all by *lia sophia*!

15+ pictures inside of celebs at the ***Samsung*** party…

Like Just Jared on Facebook

**Olivia Holt & Leo Howard Reunited For A Hike & The Best...**
Olivia Holt and Leo Howard both snapped pics of each other during their lunch date at Paty's...

**Peyton List Has Purple Hair In New 'Jessie' Promo!**
Whoa — check out Peyton List with purple hair in a new season preview promo for Jessie! While...

**Bella Thorne Joins Radio City's Spring Spectacular as Alice...**
Bella Thorne just announced some exciting news on Twitter! The 17-year-old DUFF actress shared with...

**Read more on Just Jared Jr! »**

#NOKIDSPOLICY what's this? click here

blog advertising by Blogads

TOP CELEBS

Nicki Minaj & Jennifer Hudson: Samsung Launch Ladies | Ariel Winter, David Arquette, ... Page 2 of 4

Angelina Jolie
Brad Pitt
Jennifer
Miley Cyrus
Leonardo DiCaprio
Bikini Celebs
Jennifer Aniston
Kristen Stewart
Kim Kardashian
Zac Efron
Gerard Butler
Robert Pattinson
Vanessa Hudgens
Katie Holmes
Rihanna
More Top Celebs..
JUST JARED ARCHIVES
Jan 8 2015 Go
FROM THE WEB
The Most Extreme Celebrity Transformations of All Time
12 Most Controversial Magazine Covers of All Time
The Truth You Should Know About Reality TV
Melissa McCarthy Reveals a New Slimmed-Down Look
powered by ZergNet

Credit: David Livingston, John Sciulli; Photos: Getty, Wire Image

Posted to: Ariel Winter, David Arquette, James Preston, Jennifer Hudson, Laura Slade Wiggins, Mark Salling, Nicki Minaj, Olivia Munn, Shenae Grimes

**FROM THE WEB**

**Please Don't Retire At 62. Here's Why.**
The Motley Fool

**87 Yr Old Trainer Shares Secret To Losing Weight**
Athletic Greens

**Paulina Gretzky Shares All Behind The Scenes Of Her Cover Shoot**
Golf Digest

Sponsored Links by Taboola

**ALSO ON JUST JARED**

Chord Overstreet: Shirtless for 'Dreamers' Photography Book!

Will.i.am's Clothing Line Taps James Preston As New Face

James Preston: Abercrombie's New Face!

http://www.justjared.com/2011/05/15/nicki-minaj-jennifer-hudson-samung-launch-ladies/ 1/8/2015