


JJ LINKS AROUND THE WEB                                              Getty



- Meet **Will Arnett**'s new girlfriend **Arielle Vandenberg**- US Weekly
- *The Voice* contestant records love letter to **Kim Jong-un**- TMZ
- Watch **Brian McKnight** sing amazing National Anthem before NFL game- Gossip Cop
- Catch **Victoria Justice** in a new *Eye Candy* clip before the premiere- Just Jared Jr
- Fact checking the film *Selma*- Entertainment Weekly
- Five of this year's most controversial TV episodes - Huffington Post
- **Tom Hardy** looks so hot in this new spread- Lainey Gossip
- **Kevin Costner** explains why he spent $9 million of his own money to make *Black or White*- The Hollywood Reporter

**9 Responses to "Nicki Minaj & Jennifer Hudson: Samsung Launch Ladies"**

1
*tenessee* Says:
May 15th, 2011 at 9:50 am

They could be part of the same family. They kinda look alike.

2
*kaaaa aa simply Amazing!!!!!!!* Says:
May 15th, 2011 at 9:51 am

where ice-cream or cream

3
*kaaaa aa simply Amazing!!!!!!!* Says:
May 15th, 2011 at 9:52 am

they forgot cake cream color

4
*Wes* Says:
May 15th, 2011 at 10:05 am

Shenae looks cute!

5
*hh* Says:
May 15th, 2011 at 10:33 am

jennifer looks great…. but her face was better before,more beautiful, those wrinkles near her lips are not cute

6
*vanessa* Says:
May 15th, 2011 at 10:40 am

it's samsung

7
*Mickey* Says:
May 15th, 2011 at 11:17 am

Jennifer Hudson is man-tall.

8
*um* Says:
May 15th, 2011 at 1:26 pm

I think the lady is JHud not Nicki

9
*Halfu* Says:
May 15th, 2011 at 4:56 pm

Pig face Olivia munn can't dress at all.



1. 'Hobbit' is No. 1 at box office again: $21.9M
2. Stuart Scott, ESPN 'SportsCenter' anchor, dies at 49
3. 'Agent Carter' fights the good fight vs. bad guys and '40s...



1. 'CSI's' Mark Valley: Daniel "Has a Mission to...
2. Howard G. Barnes, Exec Producer of Famed Aussie Film...
3. U.K. 2014 in Review: Oscar Glory, 'Star Wars' and Benedict...



1. Jennifer Aniston Talks Brad Pitt Divorce: "I Don't...
2. Jim Rome Mocks Marching Bands as "Dorks," Later...
3. Hayden Panettiere Grins With Baby Daughter Kaya in Candid...



1. Hayden Panettiere Smiles With Baby Daughter In New Snap
2. Kaley Cuoco Says Her Comments On Feminism Were 'Taken Out...
3. Benedict Cumberbatch Says Wedding Planning Not A Priority



1. POPSUGAR Shout Out: January Must Haves
2. Look Back at the Very Best of 2014
3. The Newsroom's Alison Pill Is Engaged - See Her Ring!



1. The Hobbit: The Battle of the Five Armies Soldiers To Top...
2. Kim Kardashian Kisses Sleeping Kanye, Tara Reid Goes Nude...
3. Drake Bell: I "Shattered My Wrist" And Will "Never...

 **JJ: LATEST POSTS**

1. Rosamund Pike & Julianne Moore Get...
2. Marc Jacobs & Boyfriend Lorenzo...
3. Ian Somerhalder Flaunts Buff Biceps...
4. Seth Rogen Starts 2015 With a Weird...
5. Melissa McCarthy Spends Time with Her...
6. Keri Russell & Matthew Rhys Couple...
7. Hayden Panettiere & Wladimir...

 **JJ: PAGE 2**

1. 'Downton Abbey' Season 5 Premieres...
2. Laura Prepon Received Some Socks with...
3. Chrissy Teigen & John Legend Had a...
4. Heidi Klum Splashes Around In Her...
5. Olivia Newton-John & Didi Conn...
6. Newlyweds Elton John & David...
7. 'The Hobbit' Kicks Off 2015 with Third...

 **JUST JARED JR.**

1. Olivia Holt & Leo Howard Reunited...
2. Peyton List Has Purple Hair In New...
3. Bella Thorne Joins Radio City's Spring...
4. Drake Bell Shatters Wrist & May...
5. Bridgit Mendler & Shane Harper...
6. Every Witch Way's Paris Smith Is...
7. Union J's George Shelley &...

© 2005-2015  just jared, inc.  ||   main    about us    advertise with us    faq    contact    terms    privacy policy

**A Member of Townsquare Entertainment News** | Advertise here

**SAMSUNG AND AT&T INVITE YOU TO INFUSE YOUR IMAGINATION**

At the launch of the

**Samsung INFUSE™ 4G**

exclusively at AT&T

FEATURING A SPECIAL PERFORMANCE BY

**Nicki Minaj**

Thursday, May 12th
8PM

Music by **DJ Zen Freeman**

**MILK STUDIOS**
844 Cole Ave
Los Angeles, CA 90038

Please RSVP to
SamsungInfuse4GRSVP@live.com

Invitation is Non-Transferrable