# EXHIBIT M



**SAMSUNG**

## Samsung USA retweeted

Got all our friends cc @intel #MUZSE
pic.twitter.com/67JYdhKZ4o



**SAMSUNG**

## Samsung USA retweeted

Got all our friends cc @intel #MUZSE
pic.twitter.com/67JYdhKZ4o

