phrases that every parent should know (http://coolmomtech.com/2014/07/texting-acronyms-and-phrases-parents-should-know/)

 (http://coolmomtech.com/2015/01/4moms-mamaroo-infant-seat-and-swing/) The new, tech-savvier 4moms mamaRoo infant seat: Prepare for more naps in your future, new parents. (http://coolmomtech.com/2015/01/4moms-mamaroo-infant-seat-and-swing/)







**Advertise with us
(mailto:lisa@coolmompicks.com)**

## WHAT'S ON YOUR PHONE?



*The coolest apps from the coolest people!*

Nigel Barker
(http://www.coolmomtech.com/2012/12/nigel-barker-favorite-photography-app)

Maya Rudolph
(http://www.coolmomtech.com/2012/10/maya-rudolph-favorite-app)

Andre Agassi
(http://www.coolmomtech.com/2013/10/andre-agassi-favorite-app-over-40)

Andy Cohen
(http://www.coolmomtech.com/2012/07/oh-appy-day-featuring-andy-cohen)

Katie Couric
(http://www.coolmomtech.com/2011/04/katie-couric-loves-scrabble-app)

Jessica Alba
(http://www.coolmomtech.com/2012/01/oh-appy-day-featuring-jessica)

Ted Danson
(http://www.coolmomtech.com/2012/01/oh-appy-day-featuring-ted-dans)

Anna Quindlen
(http://www.coolmomtech.com/2011/04/oh-appy-day-anna-quindlen)

Gretchen Rubin
(http://www.coolmomtech.com/2011/06/oh-appy-day-gretchen-rubin)

Jessica Seinfeld
(http://www.coolmomtech.com/2011/05/oh-appy-day-jessica-seinfeld)

Mo Willems
(http://www.coolmomtech.com/2012/03/oh-appy-day-featuring-mo-willems)

And more …
(http://coolmomtech.com/category/oh_appy_day/)

## HEY, WE'RE ON PINTEREST!


(https://www.pinterest.com/pin/93731235971075697/)


(https://www.pinterest.com/pin/93731235971075692/)


(https://www.pinterest.com/pin/93731235971075688/)


(https://www.pinterest.com/pin/93731235971075684/)

(http://pinterest.com/coolmomtech/)

## TOP TECH TIPS + TRICKS

5 smart reasons you should be using Facetime Audio (http://coolmomtech.com/2014/10/smart-reasons-to-use-facetime-audio)

Comparing the best of the Instagram collage apps(http://coolmomtech.com/2014/04/best-instagram-collage-apps-ios-android/)

Google Maps vs. Waze: Which is the best navigational app? (http://coolmomtech.com/2014/02/google-maps-vs-waze-navigation-app-smackdown/)

The best time-saving feature of Gmail you should be using (http://coolmomtech.com/2014/09/gmail-auto-advance-how-to-use/)

8 smart ways iPhone Control Center can make life easier (http://coolmomtech.com/2014/10/how-to-use-the-iphone-control-center/)

Top tips for fixing iPhone battery drain (http://coolmomtech.com/2014/04/how-to-fix-iphone-battery-issues-ios-7/)

99 texting acronyms parents should know (http://coolmomtech.com/2014/07/texting-acronyms-and-phrases-parents-should-know/)

How to borrow Kindle ebooks for free (http://coolmomtech.com/2014/02/how-to-borrow-free-kindle-books/)

8 tips for getting the best selfie with kids (http://coolmomtech.com/2014/03/tips-for-taking-a-selfie-with-kids-photography-tips/)

How to manage screen time for your kids (http://coolmomtech.com/2014/06/how-to-manage-screen-time-over-the-summer/)

Unexpected ways to your smartphone camera to make life easier (http://coolmomtech.com/2014/02/smartphone-camera-tips-unexpected-ways-to-use-it/)

How to make sure your Facebook groups really are private (http://coolmomtech.com/2014/05/secret-facebook-groups-privacy-vs-closed-facebook-groups/)

9 cool features in Google Maps that you may not know about (http://coolmomtech.com/2014/05/cool-new-features-google-maps/)

10 cool things Siri can do for you (http://coolmomtech.com/2014/09/cool-things-siri-can-do-for-you/)

Apple TV vs Roku vs Amazon Fire TV: Which streaming media service is right for you? (http://coolmomtech.com/2014/07/apple-tv-vs-roku-vs-amazon-fire-tv-streaming-media-device-smackdown/)

6 great tips for getting the best Instagram photos of your kids (http://coolmomtech.com/2014/06/great-tips-for-best-instagram-photos-of-kids/)

How to be prepared if your smart phone battery dies

(http://coolmomtech.com/2014/06/prepared-smart-phone-battery-dies-4-simple-tips/)

How to remove your personal info from sites like Spokeo(http://coolmomtech.com/2013/09/how-to-remove-info-spokeo-search-sites-privacy/)

How to watermark your photos for free (http://coolmomtech.com/2013/02/how-do-i-watermark-my-photos-for-free/)

The best online tutorials for taking great holiday photos (http://coolmomtech.com/2013/12/how-to-take-better-pictures-6-online-photo-tutorials/)

## THE LATEST ON COOL MOM PICKS



(http://coolmompicks.com/)

 What's our angle? These cool origami-inspired stained glass necklaces.

(http://coolmompicks.com/blog/2015/01/07/stained-glass-necklaces-here-and-now/)

 CupCake washable nursing pads: an organic treat for breastfeeding moms

(http://coolmompicks.com/blog/2015/01/07/cupcake-organic-washable-nursing-pads/)



How to make a smoothie deliciously sweet without tons of added sugar.

(http://coolmompicks.com/blog/2015/01/07/how-to-make-a-smoothie-without-tons-of-added-sugar/)

## ARCHIVES

Select Month

## CATEGORIES

Select Category

(https://advertisers.federatedmedia.net/explore/view/coolmomtech)

## WHO'S WHO: A COOL MOM TECH PRIMER

Editor tips:
info@coolmomtech.com
(mailto:info@coolmomtech.com)

Editor in Chief/Publisher
Liz Gumbinner
bio
(http://yoururlhere.com/about/team/#liz)
| @coolmomtech
(http://twitter.com/coolmomtech)

CEO/Publisher/Editor
Kristen Chase
bio
(http://yoururlhere.com/about/team/#kristen)
| @coolmomtech
(http://twitter.com/coolmomtech)

Senior Tech Editor
Julie Marsh
bio
(http://yoururlhere.com/about/team/#julie)
| @thejuliemarsh
(http://twitter.com/thejuliemarsh)

Senior Associate Editor
Christina Refford
bio
(http://yoururlhere.com/about/team/#christina)
|
@fairlyoddmother
(http://twitter.com/fairlyoddmother)

Associate Editor
Delilah Dawson
bio
(http://yoururlhere.com/about/team/#delilah)
|
@delilahsdawson
(http://twitter.com/delilahsdawson)

Associate Editor
Jeana Lee Tahnk
bio
(http://yoururlhere.com/about/team/#jeana)

| @jeanatahnk (http://twitter.com/jeanatahnk)

Associate Editor
Kate Etue
bio (http://yoururlhere.com/about/team/#kate)
| @mrsetue (http://twitter.com/mrsetue)

Associate Editor
Nicole Blades
bio (http://yoururlhere.com/about/team/#nicole)
| @NicoleBlades (http://twitter.com/NicoleBlades)

Stephanie Slate
bio (http://yoururlhere.com/about/team/#stephanie)
| @skslate (http://twitter.com/skslate)

Stephanie Mayers
bio (http://yoururlhere.com/about/team/#stephaniem)
| @stephallyn (http://twitter.com/stephallyn)

Content Editor
Laurie White
@lauriewrites (https://twitter.com/lauriewrites)

Director, Ad Sales
Lisa Barnes
lisa@coolmompicks.com (mailto:lisa@coolmompicks.com)

Social Media Manager
Titania Jordan
bio (http://yoururlhere.com/about/team/#titania)
| @titaniajordan (http://twitter.com/titaniajordan)

Tech Maven
Kari Dahlen
[bio (http://yoururlhere.com/about/team/#kari)](http://yoururlhere.com/about/team/#kari)
 | [@karidahlen (http://twitter.com/karidahlen)](http://twitter.com/karidahlen)

...................................................

# IMPORTANT PLACES ON OUR SITE

[ABOUT COOL MOM TECH (HTTP://COOLMOMTECH.COM/ABOUT/)](http://coolmomtech.com/about/)

[MEET OUR TEAM (HTTP://COOLMOMTECH.COM/ABOUT/TEAM/)](http://coolmomtech.com/about/team/)

[ADVERTISE (HTTP://COOLMOMTECH.COM/ADVERTISE/)](http://coolmomtech.com/advertise/)

[COOL MOM TECH - THE COOLEST APPS, GEAR, GAMES, MUSIC, TECH TOYS AND MORE. (HTTP://COOLMOMTECH.COM/)](http://coolmomtech.com/)

[PRESS (HTTP://COOLMOMTECH.COM/PRESS/)](http://coolmomtech.com/press/)

[SUBSCRIBE (HTTP://COOLMOMTECH.COM/SUBSCRIBE/)](http://coolmomtech.com/subscribe/)

...................................................

# SITES WE LOVE

swiss miss (http://www.swiss-miss.com/)

apartment therapy tech (http://www.apartmenttherapy.com/tech)

techlicious (http://www.techlicious.com/)

geek sugar (http://www.geeksugar.com/)

photojojo (http://tumblr.photojojo.com/)

moms with apps (http://momswithapps.com/)

ars technica (http://arstechnica.com/)

nyt personal tech (http://www.nytimes.com/pages/technology/personaltech/index.html)

the online mom (http://www.theonlinemom.com/)

gizmodo (http://gizmodo.com/)

cool hunting (http://www.coolhunting.com/)

# HOT TOPICS

Android apps (http://coolmomtech.com/tag/android-apps/)

apps for kids (http://coolmomtech.com/tag/apps-for-kids/)

apps for parents (http://coolmomtech.com/tag/apps-for-parents/)

cameras (http://coolmomtech.com/tag/cameras/)

chargers (http://coolmomtech.com/tag/chargers/)

cool websites (http://coolmomtech.com/tag/cool-websites/)

deals and discount codes (http://coolmomtech.com/tag/deals-discount-codes/)

- educational (http://coolmomtech.com/tag/educational/)
- educational kids' apps (http://coolmomtech.com/tag/educational-kids-apps/)
- etsy(http://coolmomtech.com/tag/etsy/)
- Facebook(http://coolmomtech.com/tag/facebook/)
- free or close to it (http://coolmomtech.com/tag/free_or_close_to_it/)
- games(http://coolmomtech.com/tag/games-2/)
- games for kids (http://coolmomtech.com/tag/games-for-kids/)
- geek chic(http://coolmomtech.com/tag/geek-chic/)
- gifts for geeks(http://coolmomtech.com/tag/gifts-for-geeks/)
- helpful services (http://coolmomtech.com/tag/helpful-services/)
- holiday gift ideas (http://coolmomtech.com/tag/holiday-gift-ideas/)
- holidays(http://coolmomtech.com/tag/holidays/)
- iOS apps(http://coolmomtech.com/tag/ios-apps/)
- iPad accessories (http://coolmomtech.com/tag/ipad-accessories/)
- iPad apps(http://coolmomtech.com/tag/ipad-apps/)
- iPhone accessories (http://coolmomtech.com/tag/iphone-accessories/)
- iPhone apps (http://coolmomtech.com/tag/iphone-apps/)
- iPhone cases (http://coolmomtech.com/tag/iphone-cases/)
- kids' music(http://coolmomtech.com/tag/kids-music/)
- mobile phone accessories (http://coolmomtech.com/tag/mobile-phone-accessories/)

- mobile phones (http://coolmomtech.com/tag/mobile-phones/)
- music(http://coolmomtech.com/tag/music/)
- new technology (http://coolmomtech.com/tag/new-technology/)
- organization (http://coolmomtech.com/tag/organization/)
- photo editing (http://coolmomtech.com/tag/photo-editing/)
- photography (http://coolmomtech.com/tag/photography/)
- photography apps (http://coolmomtech.com/tag/photography-apps/)
- photo sharing (http://coolmomtech.com/tag/photo-sharing/)
- preschool apps (http://coolmomtech.com/tag/preschool-apps/)
- Preschoolers and Little Kids (http://coolmomtech.com/tag/preschoolers_and_little_kids/)
- retro(http://coolmomtech.com/tag/retro/)
- social media(http://coolmomtech.com/tag/social-media/)
- tech accessories (http://coolmomtech.com/tag/tech-accessories/)
- tech fashion(http://coolmomtech.com/tag/tech-fashion/)
- tips and tricks(http://coolmomtech.com/tag/tips-and-tricks/)
- travel tech(http://coolmomtech.com/tag/travel-tech/)
- Tweens + Big Kids (http://coolmomtech.com/tag/tweens_big_kids/)
- websites for parents (http://coolmomtech.com/tag/websites-for-parents/)

## CREDITS

Design/customization by Jon Armstrong

Logo by LEAP Design

Our trademarks, copyrights and ideas are aggressively protected by the law firm Traverse Legal, PLC

© COOL MOM NETWORK. ALL RIGHTS RESERVED.

BACK TO TOP ⌃ (#)

☺



News   TCTV   Events                                    Search

## INTERNATIONAL CES 2015

Live from Las Vegas, TechCrunch is obsessively covering all the gadget, hardware and startup news from CES 2015.

# Samsung Debuts Milk Music, A New Free (For Now) Streaming Radio Service For Galaxy Smartphones

Posted Mar 7, 2014 by Darrell Etherington (@drizzled)

**86**
**SHARES**                                                                              Next Story



Samsung is doing something unusual for the company – focusing on mobile software design, with a new product out today called Milk Music. It's a streaming radio app, with free (and ad-free) streaming of tracks in the U.S. that's available via Google Play to owners of Galaxy smartphones, including the Galaxy S4, Galaxy SIII, Galaxy Note 3, Galaxy Note II, Galaxy Mega and Galaxy S4 mini exclusively. It's essentially an iTunes Radio competitor for Samsung smartphone owners, really, and it'll also make its way to the Galaxy S5 when that comes out in April, too.