Milk Music differentiates itself not only with free music and a total absence of ads, but also via a unique and refreshing user interface that uses a dial control for tuning what kind of music is playing, and that puts music playback front and center, with instant playback starting at launch and no signups or logins required. The circular control allows people to tune to different genres and sub-genres, and preferences can bet tweaked further via three sliders that are called from the bottom of the interface that allow you to adjust how recently music has been released, how popular it is and how closely it aligns to your preferred track history.



You can also create your own stations using artists and albums you like, check out curated collections arranged by others, and skip up to six songs per hour, per individual station. Samsung also says that it will be working with artists to offer up "unique music programming," meaning we could see some exclusive content a la iTunes sessions come through the service.

Milk is powered by Slacker music, the Financial Times reveals, meaning Samsung didn't have to go around arranging licensing deals itself, yet it can offer a substantial library of

13 million songs out of the gate. The FT also says that while it's true that the service is free and devoid of ads for now, that's subject to change as this is a "temporary" arrangement.

This is an interesting app and a good move for Samsung and its users, but the name is truly perplexing, and the temporary nature of the pricing leaves a lot up in the air regarding how much of a value add it really is over other competing services that aren't locked to a specific set of just a few devices. Still, Samsung is showing that it has some mobile software design chops with the app, at least, and differentiating its products in a smart way that doesn't involve just slapping a slightly different UI on top of Android.

**86**  0  0  85  0  1  0
**SHARES**  f Share  Tweet  in Share  g+  

### Recommended For You

- 1. Shaquille O'Neal Helped Build A Water-Proof Floating... a day ago techcrunch.com techcrunch.com News AOL.com AOL Jordan Crook Jordan Crook TC

- 2.  Samsung Announces The T1, A Tiny Drive That Can Pack... 2 days ago techcrunch.com techcrunch.com TechCrunch.com (AOL) Alex Wilhelm Alex Wilhelm Gadgets

- 3.  Roku Will Power Connected TVs From Haier And Best... 2 days ago techcrunch.com techcrunch.com AOL Forex Ryan Lawler Ryan

ADVERTISEMENT

  

ADVERTISEMENT



The All-Electric BMW i3

See More of the BMW i3

## CrunchBase                                           +

## Newsletters                                          +

## Related Videos                                       +

**UP NEXT**

**Senators Want In-Flight Calls Banned, Warn They Will Cause Fights**

*Posted Mar 7, 2014*

# CrunchBoard



## About

## International

- News
- TCTV
- Events
- CrunchBase

- Staff
- Contact Us
- Advertise With Us
- Send Us A Tip

- China
- Europe
- Japan

## Follow TechCrunch

## TechCrunch Apps

### Subscribe to TechCrunch Daily

Latest headlines delivered to you daily

Enter Email Address    SUBSCRIBE

© 2013-2015 AOL Inc. All rights reserved.   Aol Tech   Privacy Policy   About Our Ads   Anti Harassment Policy
Terms of Service   Powered by WordPress.com VIP   Fonts by

| TOPICS | SHOW | DEALS | TIP US | WHAT CAN WE HELP YOU F | Go |

**PREVIOUS STORY**
Tom Hanks Classic "Big" Now Free for Limited Time on Google Play

**NEXT STORY**
Pebble 2.0 With Watch Appstore Finally Released on Android



by Tim-o-tato  on Mar 7, 2014     @timotato

SHARE THIS STORY

## Samsung's Own Radio Service "Milk Music" Now Available on Google Play



A new streaming radio service from Samsung was launched onto Google Play this morning, **Milk Music**. Do we know what the name refers to? Not one bit. The service is completely ad-free, and also free of any cost, but for a limited time. Milk Music focuses heavily on customizable stations, with users able to fine-tune stations based on popularity, novelty, and favorite tracks from artists.

Powered by Slacker Radio, Milk Music has zero registration or set-up. Open up the app and go. Once you set the dialer to a genre or station you like, music will instantly play. You can also select from over 200 stations, which are curated from a library of over 13 million tracks.

The service is limited to just Galaxy devices from Samsung, so if you were hoping to get in on the musical fun on any other OEM's device, you are out of luck.

With so many services available, we will get some time with Milk Music, and then report back on how good we think it is. To check it out for yourself, follow the link below.



### Features
o

Stumble across new hits and old favorites with a turn of the dial.
- Music plays instantly, as you scan through stations.
- No registration or set-up required.
- Customize the dial to show only genres and stations you like.
- "My Stations" collects all the stations you love and those you create into a single station that's easily accessible on the dial.
- Fine-tune stations based on popularity, novelty and song favorites.
- Listen to over 200 genre stations, curated from a music library of over 13 million songs.
- "Spotlight" offers a curated selection handpicked by music tastemakers and influencers.

Play Link



**PREVIOUS STORY**
Tom Hanks Classic "Big" Now Free for Limited Time on Google Play

**NEXT STORY**
Pebble 2.0 With Watch Appstore Finally Released on Android



Comments for this thread are now closed.                                                                                           ✕

**95 Comments**   Droid Life: An Intense Android News Community                                                               💬 Login

Sort by Best ▾                                                                                                    Share ↗  Favorite ★

**ETR** · 10 months ago
Can I still use the app if I am lactose intolerant? There really should be a "Silk Music" alternative for those of us with weak stomachs.
19 ▲ | ▼ · Share ›

This comment was deleted.

**The Narrator** → Guest · 10 months ago
Soy has estrogen too. No no for men.
3 ▲ | ▼ · Share ›

**ETR** → ETR · 10 months ago
Funny how my joke turned into a milk debate on an Android tech site.
4 ▲ | ▼ · Share ›

**RS5God_Intellectua1 (INTJ)** → ETR · 10 months ago
I once knew a hot Vietnamese chick that was lactose intolerant.. It killed my whole vibe about her.. Gross!!!
▲ | ▼ · Share ›

This comment was deleted.

**Wolfpack93** → Guest · 10 months ago



## About Droid Life

We consider ourselves to have the greatest Android community in the world, here at Droid Life. We talk general news, feature apps, review phones, and even teach you how to hack a little. But most importantly, there is no place on the internet that has the reader participation that we do and consider ourselves to be completely community driven. If you were looking for the best place to learn about Android and talk with like-minded folks about all things tech, then Droid Life is for you.

## Follow Us

Facebook    Google+    YouTube    Twitter    Subscribe



© DRD Life Inc.   ABOUT   |   CONTACT   |   ADVERTISE   |   PRIVACY POLICY   Handcrafted by Coulee Creative.



## Milk Music Hits v1.1, Brings Improved Sound Quality And Support For The S3 Mini

**24 May**

Posted by Cameron Summerson in Applications, News

If Samsung's streaming music app has become your go-to source for all things audio, then that means two things: you're part of some exclusive club of Samsung owners that has been given access to the app because your phone is cool enough, and you actually care about Milk updates. Unfortunately, only a portion of this update concerns users who are already part of the aforementioned club:

**What's New**
- Support for S3 Mini
- Improvements in sound quality
- Bug fixes and stability improvements

For those of you already streaming with Milk (that sounds funny), you should hear an audible improvement in the quality of your tunes...hopefully, anyway.

## Hands-On With Samsung Milk: Music Made Refreshingly Simple... And Creamy [Video]

**07 Mar**   **28**

Posted by David Ruddock in Applications, Reviews, Videos

Samsung Milk is probably the most straightforward music streaming app I've ever used - and that's exactly the kind of response Samsung is looking to get from it.

Wacky name aside, Milk is an interesting, well-designed app that is set up to get you listening to music as fast as possible. No ads, the absolute minimum amount of loading time, and a music selection interface that you'll never struggle to locate.

### FOLLOW

307,214 followers | 102,045 fans | 20,235 subscribers

**Android Police**
g+ Follow   +1



### LATEST DEALS


Update: Now $350! [Deal Alert] eBay Has A Refurbished And Unlocked AT&T HTC One M8 For Just $370
Jan 7, 2015


[Deal Alert] Amazon Fire Phone 32GB On Sale Today For $189 Off Contract
Jan 7, 2015


Get A Free Year Of Netflix And Milk Music Premium When You Buy A New Galaxy S5, Note 4, Tab S, Or Any Samsung 4K TV, Starting Today
Jan 4, 2015



**[Deal Alert] Udemy Currently Has Over 9,000 Courses On Sale (Including Plenty Of Android-Related Ones) For $10 Each**
Jan 2, 2015



**Amazon Is Back With Another Bunch Of Appstore Freebies For New Year's Eve: 33 Apps And Games, $110 Value**
Dec 31, 2014



**LATEST POLL**

**Will your next car purchase be influenced by Android Auto?**

○ Yes, my next car almost definitely needs Android Auto.
○ Android Auto would be nice, but I won't hinge my decision on it.
○ It doesn't really matter to me that much.
○ No, it doesn't matter at all.
○ N/A - I don't drive / won't be buying a car any time soon.

Vote

View Results

Discuss This Poll

**RECENT DEVICE REVIEWS**



**[Wear Compare] The Strengths And Weaknesses Of All The First-Generation Android Wear Devices**
Dec 30, 2014



**Galaxy Note Edge [Very] Quick Review: I'm Sure It Looks Good In The Print Ads**
Dec 19, 2014



**Asus ZenWatch Review: The Best Value Of Any Android Wear Device So Far**
Dec 19, 2014



Kindle Fire HDX 8.9 (2014 Edition) Quick Review: Still The Best Tablet For Casual Content Junkies
Dec 18, 2014



Hands-On With The Blu Studio 7.0: Yep, This Is A 7-Inch Phone
Dec 17, 2014

## LATEST ROUNDUPS



[Bonus Round] Biz Builder Delux, Bloodbones, And Specular
Jan 3, 2015



[App Roundup] Our Top Seven Picks For The Best New Apps Of December 2014
Jan 2, 2015



[Game Roundup] Our Top Seven Picks For The Best New Games Of December 2014
Jan 2, 2015



21 Best New Android Apps And Live Wallpapers From The Last 2 Weeks (12/16/14 - 12/30/14)
Dec 30, 2014



38 Best Android Wear Apps And Watch Faces From 12/9/14—12/29/14
Dec 29, 2014

## TOPICS & FEEDS

Interested only in **specific topics**? No problem - find what you're looking for using the categories below.

You can **subscribe to RSS feeds for individual categories** and receive updates on what interests *YOU*.

**Topics**

4G
Accessories
Android OS
Apps/Games
Carriers
Contests / Giveaways
Deals
Design
Development
Device Updates
Devices By Manufacturer

Downloads
Editorials
Features
Legal
Live
News
Off-Topic
Podcast
Polls
Reviews
Roundups
Tablets
Tips & Tutorials
Videos
Wearables

**Handy Tools**

Android build number date calculator

**RECENT APPS AND GAMES**


Reddit Sync Facing Suspension From Play Store For 'Impersonation' Even Though Google Did This 2 Years Ago And Reversed Its Decision
Jan 7, 2015


Gunbrick Offers A Unique Combination Of Platforming And Puzzles (Also Guns And Bricks)
Jan 7, 2015



**Fitbit Starts Shipping The Charge HR And Surge Fitness Bands, Introduces A Few New Features For Existing Users**
Jan 7, 2015



**WordPress Android App Gets The Material Design Treatment In Version 3.5**
Jan 7, 2015



**Fliktu Aims To Be A Smarter Sharing Menu For Android**
Jan 7, 2015

### BLAST FROM THE PAST

#### 1 Year Ago Today



**[CES 2014] Sony Demonstrates PlayStation Now Streaming Game Service, Coming To Phones And Tablets Eventually**
Jan 7, 2014

#### 2 Years Ago Today



**[CES 2013] Hands-On With The Sony Xperia Z And ZL (Video)**
Jan 7, 2013

#### 3 Years Ago Today



**SoulCraft THD Open Beta Hits Android Market – Experience Apocalypse, Fight Angels, Demons, And Humans From Your Tegra-Powered Device**
Jan 7, 2012



 Fuhu Just Went Insane And Announced Some TV-Sized Tablets
Jan 7, 2015

 Google Updates Android Platform Distribution Numbers, KitKat Shows Big Gains And
Jan 7, 2015

 [Update: 5.0.2 For Nexus 7 2012] [Flash All The Things] Lollipop Nexus OTA ZIP File
Dec 23, 2014

AdChoices

News   Apps/Games   Reviews   Tips & Tutorials   Development   Videos   Podcast   Contests   About   Contact        © Illogical Robot LLC, 2009-2015

.: 78 queries :.: 0.251s :.: hive :.: Privacy Policy :.: DMCA Disclaimer :.: Android is a trademark of Google Inc. :.

# Android Jelly Bean   Everything about Google's latest mobile operating system

## How To Use Samsung's New Milk Music Streaming Service On A Non-Samsung Device (Root-Only)

March 7th, 2014 by admin                                    Leave a reply »


Milk Music Logo RGB

[http://cdn.androidpolice.com/wp-content/uploads/2014/03/nexusae0_Milk-Music-Logo-RGB1.png] Despite the silly name, Samsung's Milk Music service seems like a handy thing to have. It offers unlimited ad-free streaming of hundreds of music stations with the ability to create and refine your own stations. However, it's only for Samsung phones. If you have root access, there's a way around that and it's not even very hard.