Screenshot_2014-03-07-09-37-05

[http://cdn.androidpolice.com/wp-content/uploads/2014/03/nexusae0_Screenshot_2014-03-07-09-37-05.png]

Screenshot_2014-03-07-09-38-26

[http://cdn.androidpolice.com/wp-content/uploads/2014/03/nexusae0_Screenshot_2014-03-07-09-38-26.png]

Screenshot_2014-03-07-09-26-17

[http://cdn.androidpolice.com/wp-content/uploads/2014/03/nexusae0_Screenshot_2014-03-07-09-26-17.png]

You're going to need a capable file manager with root support. Total Commander [https://play.google.com/store/apps/details?id=com.ghisler.android.TotalCommander] is good, as is Root Explorer [https://play.google.com/store/apps/details?id=com.speedsoftware.rootexplorer] .

**Done With This Post? You Might Also Like These:**

- [Creamy] Samsung Announces Milk Music, A Free Streaming Music Service Exclusively For Samsung Phones (US Only)
- Good News, Everyone: Trick The Netflix App Into Thinking Your Rooted Device Is Supported
- Ice Cream Sandwich Leaks For AT&T's GSII Skyrocket, Here's The Download
- Samsung Galaxy S4′s Enormous 1.5GB System Dump Leaked And Ready For Download [Updated]

How To Use Samsung's New Milk Music Streaming Service On A Non-Samsung Device (Root-Only) [http://www.androidpolice.com/2014/03/07/how-to-use-samsungs-new-milk-music-streaming-service-on-a-non-samsung-device-root-only/] was written by the awesome team at Android Police [http://www.androidpolice.com] .



[http://da.feedsportal.com/r/190462148670/u/49/f/615677/c/33941/s/65a787f9/a2.htm]

- Previous Entry: [Bug Watch] Stopping Apps On Android 4.4.2 Can Silently Kill Related Background Services, A Fix Is On The Way
- Next Entry: MTV Music Meter's 3.0 Update Turns An Abominable Mess Into Something That Actually Looks Rather Nice

Posted in  android
You can follow any responses to this entry through the  RSS 2.0 Feed . Both comments and pings are currently closed.

Comments are closed.

© 2015 Android Jelly Bean · Proudly powered by WordPress & Green Park 2 by Cordobo.                                                                                                           Back to Top
Valid XHTML 1.0 Transitional | Valid CSS 3

GreenPark 2

- Home
- About
- Events
- Publishing
- Advertise
- Consulting
- Contact

Log in
Close

Username

Log in  ☑ Remember me
Lost your password?





- music
- mobile
- video
- games
- marketing
- deals
- law
- jobs
- social



Digital Entertainment World First Speakers Announcement - Feb 10-12
ANNOUNCEMENT

- Menu Item

 Search...  Search

Sign up for DMW Daily Email News Updates

Enter email address here  Subscribe

**Digital Entertainment World**



**Digital Media Wire Events and Webinars**

 Digital Entertainment World
February 10-12, 2015
Los Angeles

 LA Games Conference
May 6, 2015

Los Angeles

[DMW Week NYC](#)
September 30 - October 2, 2015
New York

[NY Games Conference](#)
September 30, 2015
New York

[DMW Video](#)
October 1, 2015
New York

[DMW Music](#)
October 2, 2015
New York

- Submit Speaker

## Submit Speaker

For speaker submissions, please click here.

**Facebook Fans**



**Options:** Click **more information** to learn more about your access policy.

Click **Go Back** or use the browser's Back button to return to the

**All Stories**

Samsung Introduces Milk Music Studio
Staff Report / March 11, 2014 4:32 pm



Hypebot reports that Samsung has launched Milk Music Studio for all Samsung Galaxy users. The new service, which includes more than 200 web radio stations and 13 million songs as well as customization options, is operated by Slacker and is currently being offered for free without any advertisements. As compared to other digital music efforts by Samsung to develop their brand, this is certainly a big move to get attention. The service allows users to skip up to seven (7) songs per hour per station. Read More



Tags: Arts, Featured, Google Play, Hypebot, Internet Radio, LegalSounds, Milk Music Studio, Music, Radio, Samsung, Samsung Galaxy, Slacker, Social, Web Radio

**Leave a Reply**

[Name (required)]
[Email (will not be published) (required)]
[Website]

[Submit Comment]

Captcha *
= 4 + 1

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

© Copyright 2014 — Privacy Policy | Terms of Use | Digital Media Wire | connecting people & knowledge. All Rights Reserved



 | NEWS | SPORTS | ENTERTAINMENT | TECH | GAMING | SOCIAL

Tech

# Samsung's Milk Music Streaming Service: 5 Fast Facts You Need to Know

Published 1:05 pm EST, March 7, 2014 | 1 Comment | By Tucker Cummings   940

Share          Tweet          Share          Email          Next article



(Samsung)



Samsung just launched a streaming service called Milk Music. What is it and why should you care? Here is what we know so far about this brand new music streaming app.



## 1. Milk Music Is Ad-Free





Follow

Milk Music, which just launched today, is an ad-free Internet radio service for Samsung Galaxy devices. You can learn more in the video above.

The Verge writes that, for now and for the immediate future, the app is ad-free. The app is powered by Slacker Radio, and uses the same 13 million songs from the Slacker library.

## 2. Milk Music Offers Exclusive Music

> Of all the names in the world, Samsung chose Milk Music? what. the.
>
> — Anthony Domanico (@ajdomanico) March 7, 2014

According to Engadget, Milk Music will offer exclusive, first looks at new music from popular artists. Engadget writes:

> "You'll be presented with a large round dial populated with nine different genre stations along with Spotlight and My Stations. Spotlight is a set of "what's trending" stations curated by Samsung and Slacker that changes on a weekly basis.
>
> According to Samsung, Spotlight is also an opportunity to deliver Milk Music exclusives and "first-listens" from collaborators like Jay-Z. My Stations, as the name suggests, are stations you create yourself based on a particular artist or song."

SHARE IT.

Share    Tweet    Share    Email

## 3. Milk Music Is Already In Use by Another Party



When you search for "Milk Music," the first thing that comes up might not be Samsung's new offering, but an existing band that goes by the same name. You can listen to one of their songs above.

Milk Music the band has been active since 2008, at least according to their Wikipedia page. Milk Music's album "Cruise Your Illusion" scored a 7.8 in a Pitchfork review.

## 4. Samsung's Milk Music Is For Galaxy Smartphones Only

> How long until LG copies Samsung's Milk music streaming service with something called Shake or Smoothie?

Follow

Follow

— Eric Z (@phonescooper) March 7, 2014

Not only is Milk Music a Samsung-only offering, but it's limited to just a few select Samsung models. Pocket Lint reports that Milk Music is only available on Galaxy S4 variants, Galaxy S3, Galaxy S4, Note 2, and Note 3. The Samsung Galaxy S5 will support the app at launch.

## 5. Tech Insiders Don't Like Milk Radio Service

I can't believe how much Samsung got wrong with this: (select) Galaxy only, limited skips, and no way to upgrade or buy tracks.

— dan (@dcseifert) March 7, 2014

Even though it just launched today, Milk Music is already drawing ire. As you can see above, Verge editor Dan Seifert has some harsh words for Milk. The fact that the app is "Galaxy-only" also seems to be upsetting some Samsung fans. Being ad-free just doesn't seem to be enough to counteract the limitations of this streaming music service, at least for some people.



**WATCH: Creepy, Bizarre LG G Flex Smartphone Commercial**

Check out this creepy, weird commercial for the LG G Flex. Some have called it the worst commercial ever.

**Click here to read more**



**Tucker Cummings** is Heavy's technology editor. Reach out to her with story tips at Tucker@heavy.com.

March 7, 2014 1:05 pm

## Listen To Radio Station Live

Listen to Free Streaming Internet Radio Now with the Radio Toolbar

Share    Tweet    Share    Email    Next article

Related Items  5 Fast Facts  Apps  Samsung  Technology

More Posts

Follow



**Chiffon Scarf Dress**
Exclusive Queen of Green Breezy chiffon, colorful as a scarf The smocked, lac...
**$69.95**
__Shop Now__

**Black Orchid Jacket Dress**
Exclusive Hooded Elegance Wear it as a jacket; wear it as a dress...
**$89.95**
__Shop Now__

**Microsuede Snap Coatdress**
Snap to It Exclusive Snap to conceal; unsnap to reveal Marvelous micros...
**$89.95**
__Shop Now__

**Dancing Colors Dress**
Exclusive Dancing Colors A dress inspired by ;satin scarfs Richly printed, it h...
**$69.95**
__Shop Now__

**Venusian Dress And Slip Set**
Exclusive 'Venus' Inspired by the goddess of love and beauty Delicate floral lac...
**$89.95**
__Shop Now__

**Cat Spirit Dress**
Exclusive Finest Feline You're a leopard You're a cheetah Cunning cat mar...
**$69.95**
__Shop Now__

**Emerald Velvet Dress**
P97682 1X
**$120**
__Shop Now__

**Smoke And Ivory Dress**
Exclusive Smoke & Ivory A dress so light and breezy, it may become your favor...
**$79.95**
__Shop Now__

pyramidcollection.com

# LEAVE A COMMENT

Enter your comment here...

## 1 comment

*Colchester zoo south Africa* says:

October 7, 20

I'm not that much of a online reader to be honest but your blogs
really nice, keep it up! I'll go ahead and bookmark your site to come back later.

Many thanks

Reply

CONTACT US TERMS OF SERVICE PRIVACY POLICY Copyright © 2015 Heavy, Inc. All rights reserved. Powered by WordPress.com VIP

Follow

**Tag Archives: samsung milk**



**DIGITAL MUSIC NEWS, DIGITAL MUSIC TRENDS**

# DMT 191: US SALES, MCNS, ARIANA GRANDE BREAKING TWITTER, TAYLOR SWIFT'S EDITORIAL, MILK, RAPGENIUS

JULY 10, 2014 | DMTANLEO | LEAVE A COMMENT

Case 1:14-cv-09362-PAC   Document 20-76   Filed 01/08/15   Page 11 of 15

This week on Digital Music Trends it was a real pleasure to welcome Theda Sandiford, VP of Digital Marketing at Republic record, and Dave Haynes, Head of Business Development at Makeshift.io, to the show.

We chat about: – The latest figures released by Nielsen Soundscan on US music sales for the first 6 months of 2014

– The evolution of MCNs and Rightster's acquisition of Base79 for £50 million
– Ariana Grande's campaign which recently drove over a billion Twitter impressions in 24 without spending any money on advertising
– Makeshift.io and Dave's interest in tech startups related to music creation
– Taylor Swift's editorial on the future of the music industry, reactions?
– Samsung pushing hard on Milk with slick advert, reveals the app reached 2 million downloads
– RapGenius closing a deal with Warner/Chappell: with all three major publishers signed, what next?



samsung milk Archives | Digital Music Trends
Page 3 of 8
Case 1:14-cv-09362-PAC   Document 20-76   Filed 01/08/15   Page 12 of 15



Thanks as always for tuning in and I hope you enjoyed the show, have a great week and 'till next time!

Andrea Leonelli
http://www.digitalmusictrends.com
http://www.twitter.com/digimusictrends

ANDREA LEONELLI    ARIANA GRANDE (CELEBRITY)    BASE79    DIGITAL MUSIC    DIGITAL MUSIC TRENDS
INTERNET RADIO    MAKESHIFT.IO    MCNS    MULTI--CHANNEL NETWORKS    MUSIC INDUSTRY
MUSIC STREAMING    MUSIC TECHNOLOGY    RAP GENIUS (WEBSITE)    RIGHTSTER    SAMSUNG MILK
TAYLOR SWIFT (CELEBRITY)    UNIVERSAL REPUBLIC



**DIGITAL MUSIC INDUSTRY, DIGITAL MUSIC NEWS, DIGITAL MUSIC TRENDS**

# DMT 180: BEATS MUSIC, SHAZAM & IOS8, RSD 2014, PRE-1972 SUIT, PREMIUM MILK, ROCK IN RIO USA

APRIL 24, 2014 | DMTANLEO | LEAVE A COMMENT

Subscribe to DMT's weekly newsletter on http://bit.ly/dmtlist

This week on Digital Music Trends two great guests: Stephen O'Reilly (CMO at Shuffler.fm) and Stuart Dredge (Journalist at Music Ally, The Guardian) as well as an appearance by Spencer Hickman (Death Waltz Records, UK Coordinator of Record Store Day).

This week on the show we talk about Beat Music's introduction of in-app payments on its iOS app and the recent articles suggesting the service hasn't had a flying start, the reports of Shazam being integrated into iOS 8 and what that would mean for both the company and Apple, the reports on Record Store Day 2014 which was very successful but raised a few criticisms from the independent label community, the new lawsuit against Pandora from majors and the RIAA as they seek to get compensated for pre-1972 recordings, Samsung announcing 380k Milk app downloads but considering a premium tier, Rock in Rio's plans for the first Las Vegas edition and much, much more. This weeks' show notes with links to all the stories are here.

samsung milk Archives | Digital Music Trends
Page 5 of 8
Case 1:14-cv-09362-PAC   Document 20-76   Filed 01/08/15   Page 14 of 15

| | |
|---|---|
| **The McCarter & English Internet use policy restricts access to this web page at this time. If you need access to this site for business reasons please contact the Support Center at X3333 or 1.800.282.1622** | |
| Reason: | This Websense category is filtered: Allow Youtube. |
| URL: | http://www.youtube.com/embed/lXfDfMbdyEI |
| Options: | Click more information to learn more about your access policy. |
| | Click **Go Back** or use the browser's Back button to return to the previous page. |
| | Go Back |



I really hope you enjoy the show, if you did subscribe to the channel or to the newsletter on bit.ly/dmtlist, have a fantastic week and 'till next time!

Andrea Leonelli

http://www.digitalmusictrends.com
http://www.twitter.com/digimusictrends



ANDREA LEONELLI    APPLE INC. (ORGANIZATION)    BEATROBO    BEATS MUSIC    BOLLYWOOD
DIGITAL MUSIC TRENDS    INDIA    IOS 8    IOS8    PANDORA    PRE-1972    RECORD STORE DAY (HOLIDAY)
ROCK IN RIO (MUSIC FESTIVAL)    SAMSUNG MILK    SHAZAM (SOFTWARE)    SONY MUSIC

Case 1:14-cv-09362-PAC   Document 20-76   Filed 01/08/15   Page 15 of 15

DMT VIDEO FEED

# DMT 180: BEATS MUSIC, SHAZAM & IOS8, RSD 2014, PRE-1972 SUIT, PREMIUM MILK, ROCK IN RIO USA

APRIL 24, 2014 | DMTANLEO | LEAVE A COMMENT

Subscribe to DMT's weekly newsletter on http://bit.ly/dmtlist

This week on Digital Music Trends two great guests: Stephen O'Reilly (CMO at Shuffler.fm) and Stuart Dredge (Journalist at Music Ally, The Guardian) as well as an appearance by Spencer Hickman (Death Waltz Records, UK Coordinator of Record Store Day).

This week on the show we talk about Beat Music's introduction of in-app payments on its iOS app and the recent articles suggesting the service hasn't had a flying start, the reports of Shazam being integrated into iOS 8 and what that would mean for both the company and Apple, the reports on Record Store Day 2014 which was very successful but raised a few criticisms from the independent label community, the new lawsuit against Pandora from majors and the RIAA as they seek to get compensated for pre-1972 recordings, Samsung announcing 380k Milk app downloads but considering a premium tier, Rock in Rio's plans for the first Las Vegas edition and much, much more. This weeks' show notes with links to all the stories are here.

I really hope you enjoy the show, if you did subscribe to the channel or to the newsletter on bit.ly/dmtlist, have a fantastic week and 'till next time!

Andrea Leonelli

http://www.digitalmusictrends.com
http://www.twitter.com/digimusictrends