Case 1:14-cv-09362-PAC    Document 20-77    Filed 01/08/15    Page 1 of 2



00:00                                                                    00:00

Podcast: Play in new window | Download

ANDREA LEONELLI      APPLE INC. (ORGANIZATION)      BEATROBO      BEATS MUSIC      BOLLYWOOD

DIGITAL MUSIC TRENDS      INDIA      IOS 8      IOS8      PANDORA      PRE-1972      RECORD STORE DAY (HOLIDAY)

ROCK IN RIO (MUSIC FESTIVAL)      SAMSUNG MILK      SHAZAM (SOFTWARE)      SONY MUSIC

---

**DMT AUDIO FEED**

# DMT 180: BEATS MUSIC, SHAZAM & IOS8, RSD 2014, PRE-1972 SUIT, PREMIUM MILK, ROCK IN RIO USA

APRIL 24, 2014 | DMTANLEO | LEAVE A COMMENT

Subscribe to DMT's weekly newsletter on http://bit.ly/dmtlist

This week on Digital Music Trends two great guests: Stephen O'Reilly (CMO at Shuffler.fm) and Stu-art Dredge (Journalist at Music Ally, The Guardian) as well as an appearance by Spencer Hickman (Death Waltz Records, UK Coordinator of Record Store Day).

This week on the show we talk about Beat Music's introduction of in-app payments on its iOS app and the recent articles suggesting the service hasn't had a flying start, the reports of Shazam being integrated into iOS 8 and what that would mean for both the company and Apple, the reports on Record Store Day 2014 which was very successful but raised a few criticisms from the independent label community, the new lawsuit against Pandora from majors and the RIAA as they seek to get compensated for pre-1972 recordings, Samsung announcing 380k Milk app downloads but consid-

ering a premium tier, Rock in Rio's plans for the first Las Vegas edition and much, much more. This weeks' show notes with links to all the stories are here.

I really hope you enjoy the show, if you did subscribe to the channel or to the newsletter on bit.ly/dmtlist, have a fantastic week and 'till next time!

Andrea Leonelli

http://www.digitalmusictrends.com
http://www.twitter.com/digimusictrends

00:00                                                                                    00:00

Podcast: Play in new window | Download



ANDREA LEONELLI    APPLE INC. (ORGANIZATION)    BEATROBO    BEATS MUSIC    BOLLYWOOD
DIGITAL MUSIC TRENDS    INDIA    IOS 8    IOS8    PANDORA    PRE-1972    RECORD STORE DAY (HOLIDAY)
ROCK IN RIO (MUSIC FESTIVAL)    SAMSUNG MILK    SHAZAM (SOFTWARE)    SONY MUSIC