

« The World's Most Valuable Brands Home | Methodology

**SEARCH**
Search by brand name

**See Also**
Retail Branding
Best Franchise Opportunities
Most Profitable Small Businesses
Marketing Strategies
Retail Business Plans
Retail Inventory Control

**OTHER LISTS**
Forbes 400 Richest Americans
World's Most Powerful Women
The World's Billionaires
Global 2000 Leading Companies
World's Most Powerful People

**LICENSING OPTIONS**
Logo Licensing
Reprints/E-Prints
Products/Plaques
Order Spreadsheet

**BROWSE THE LIST**                                      Values calculated November 2014

| Rank | Brand | Brand Value ($bil) | 1-Yr Value Change (%) | Brand Revenue ($bil) | Company Advertising ($mil) | Industry |
|---|---|---|---|---|---|---|
| 1 | Apple | 124.2 | 19 | 170.9 | 1,100 | Technology |
| 2 | Microsoft | 63.0 | 11 | 86.7 | 2,300 | Technology |
| 3 | Google | 56.6 | 19 | 51.4 | 2,848 | Technology |
| 4 | Coca-Cola | 56.1 | 2 | 23.8 | 3,266 | Beverages |
| 5 | IBM | 47.9 | -5 | 99.8 | 1,294 | Technology |
| 6 | McDonald's | 39.9 | 1 | 89.1 | 808 | Restaurants |
| 7 | General Electric | 37.1 | 9 | 126.0 | - | Diversified |
| 8 | Samsung | 35.0 | 19 | 209.6 | 3,818 | Technology |
| 9 | Toyota | 31.3 | 22 | 182.2 | 4,200 | Automotive |
| 10 | Louis Vuitton | 29.9 | 5 | 9.7 | 4,707 | Luxury |
|  |  | 28.8 | 4 | 81.3 | - | Automotive |



| Rank | Brand | Most Popular | Lists | Brand Value ($bil) | 1-Yr Value Change (%) | Brand Revenue ($bil) | Company Advertising ($mil) | Industry |
|---|---|---|---|---|---|---|---|---|
| 11 | | BMW | | | | | | |
| 12 | Cisco | Cisco | | 28.0 | 4 | 47.1 | 196 | Technology |
| 13 | intel | Intel | | 28.0 | -9 | 52.7 | 1,900 | Technology |
| 14 | Disney | Disney | | 27.4 | 19 | 23.6 | 2,600 | Leisure |
| 15 | ORACLE | Oracle | | 25.8 | -4 | 38.3 | 79 | Technology |
| 16 | at&t | AT&T | | 24.9 | 3 | 128.8 | 3,268 | Telecom |
| 17 | Mercedes-Benz | Mercedes-Benz | | 23.8 | 1 | 98.0 | - | Automotive |
| 18 | facebook | Facebook | | 23.7 | 74 | 7.8 | 117 | Technology |
| 19 | Walmart | Wal-Mart | | 23.3 | 7 | 304.4 | 2,400 | Retail |
| 20 | HONDA | Honda | | 23.2 | 10 | 115.5 | 2,979 | Automotive |
| 21 | NIKE | NIKE | | 22.1 | 22 | 26.1 | 3,031 | Apparel |
| 22 | verizon | Verizon | | 21.6 | 11 | 120.6 | 2,438 | Telecom |
| 23 | Budweiser | Budweiser | | 21.4 | 1 | 10.0 | - | Alcohol |
| 24 | amazon.com | Amazon.com | | 21.4 | 45 | 73.0 | 2,400 | Technology |
| 25 | SAP | SAP | | 20.7 | 6 | 21.1 | - | Technology |
| 26 | AMERICAN EXPRESS | American Express | | 20.7 | 15 | 34.9 | 3,043 | Financial Services |
| 27 | Gillette | Gillette | | 19.1 | 4 | 8.0 | 9,236 | Consumer Packaged Goods |



| Rank | Brand | Most Popular | Lists | Brand Value ($bil) | 1-Yr Value Change (%) | Brand Revenue ($bil) | Company Advertising ($mil) | Industry |
|---|---|---|---|---|---|---|---|---|
| 28 | Pepsi | | | 18.9 | 4 | 12.8 | 2,400 | Beverages |
| 29 | Nescafe | | | 17.8 | 0 | 10.5 | - | Beverages |
| 30 | Marlboro | | | 17.4 | 5 | 23.2 | 442 | Tobacco |
| 31 | H&M | | | 16.8 | 4 | 19.7 | - | Retail |
| 32 | L'Oréal | | | 16.6 | -1 | 11.1 | - | Consumer Packaged Goods |
| 33 | Visa | | | 16.0 | 13 | 11.8 | - | Financial Services |
| 34 | HSBC | | | 15.3 | 1 | 98.4 | - | Financial Services |
| 35 | ESPN | | | 14.8 | 15 | 10.5 | 2,600 | Media |
| 36 | Hewlett-Packard | | | 14.2 | -7 | 112.3 | 878 | Technology |
| 37 | Siemens | | | 13.0 | -5 | 101.2 | - | Diversified |
| 38 | Audi | | | 12.7 | 16 | 60.3 | - | Automotive |
| 39 | Gucci | | | 12.5 | 4 | 4.7 | - | Luxury |
| 40 | IKEA | | | 12.5 | 9 | 37.9 | - | Retail |
| 41 | Nestle | | | 12.1 | 3 | 11.2 | - | Consumer Packaged Goods |
| 42 | Frito-Lay | | | 12.1 | 5 | 11.3 | 2,400 | Consumer Packaged Goods |
| 43 | Home Depot | | | 11.8 | 17 | 78.8 | 865 | Retail |
| 44 | UPS | | | 11.1 | 9 | 55.5 | - | Transportation |



| Rank | Brand | | Brand Value ($bil) | 1-Yr Value Change (%) | Brand Revenue ($bil) | Company Advertising ($mil) | Industry |
|---|---|---|---|---|---|---|---|
| 45 | | Ford | 11.1 | 4 | 142.6 | 4,400 | Automotive |
| 46 | | Danone | 11.0 | -1 | 13.9 | - | Consumer Packaged Goods |
| 47 | | Hermès | 10.8 | 16 | 5.0 | 281 | Luxury |
| 48 | | Fox | 10.7 | 5 | 13.0 | 2,900 | Media |
| 49 | | Accenture | 10.5 | 9 | 31.9 | 90 | Business Services |
| 50 | | Pampers | 10.3 | 8 | 10.6 | 9,236 | Consumer Packaged Goods |
| 51 | | Zara | 10.1 | 7 | 14.4 | - | Retail |
| 52 | | Wells Fargo | 10.1 | 12 | 88.1 | 610 | Financial Services |
| 53 | | J.P. Morgan | 9.3 | 2 | 45.5 | 2,500 | Financial Services |
| 54 | | Ebay | 9.1 | 7 | 7.0 | 1,000 | Technology |
| 55 | | Kraft | 8.9 | -3 | 7.1 | 747 | Consumer Packaged Goods |
| 56 | | Volkswagen | 8.9 | 9 | 144.7 | - | Automotive |
| 57 | | Caterpillar | 8.8 | 4 | 55.7 | - | Heavy Equipment |
| 58 | | Coach | 8.8 | -16 | 4.8 | 130 | Luxury |
| 59 | | Thomson Reuters | 8.7 | -9 | 7.1 | - | Media |
| 60 | | MasterCard | 8.7 | 19 | 8.3 | 841 | Financial Services |
| 61 | | Starbucks | 8.7 | 25 | 14.5 | - | Restaurants |



| Rank | | Brand Most Popular | Lists | Brand Value ($bil) | 1-Yr Value Change (%) | Brand Revenue ($bil) | Company Advertising ($mil) | Industry |
|---|---|---|---|---|---|---|---|---|
| 62 | | Chevrolet | | 8.6 | - | 82.5 | 5,500 | Automotive |
| 63 | | Cartier | | 8.5 | - | 6.5 | - | Luxury |
| 64 | | Colgate | | 8.4 | 6 | 4.0 | 1,891 | Consumer Packaged Goods |
| 65 | | Kellogg's | | 8.3 | -4 | 7.1 | 1,131 | Consumer Packaged Goods |
| 66 | | Shell | | 8.3 | 9 | 451.2 | - | Oil & Gas |
| 67 | | Canon | | 8.1 | -7 | 37.3 | 865 | Technology |
| 68 | | Nissan | | 8.0 | 16 | 98.5 | 2,895 | Automotive |
| 69 | | Prada | | 8.0 | 12 | 3.9 | 229 | Luxury |
| 70 | | Adidas | | 7.9 | -6 | 14.7 | - | Apparel |
| 71 | | Hyundai | | 7.8 | 20 | 52.0 | 1,913 | Automotive |
| 72 | | Rolex | | 7.7 | 5 | 4.7 | - | Luxury |
| 73 | | Lexus | | 7.7 | 10 | 18.7 | 4,200 | Automotive |
| 74 | | Red Bull | | 7.5 | 5 | 6.7 | - | Beverages |
| 75 | | Bank of America | | 7.4 | -5 | 79.5 | 1,834 | Financial Services |
| 76 | | Philips | | 7.2 | 2 | 31.1 | 1,174 | Diversified |
| 77 | | John Deere | | 7.2 | 11 | 37.8 | 183 | Heavy Equipment |
| 78 | | Allianz | | 7.0 | 2 | 135.0 | - | Financial Services |



| Rank | | Brand Most Popular | Lists | Brand Value ($bil) | 1-Yr Value Change (%) | Brand Revenue ($bil) | Company Advertising ($mil) | Industry |
|---|---|---|---|---|---|---|---|---|
| 79 | | Chanel | | 7.0 | 1 | 4.7 | - | Luxury |
| 80 | | KIA Motors | | 6.9 | - | 43.6 | 1,126 | Automotive |
| 81 | | Exxon Mobil | | 6.9 | 7 | 390.2 | - | Oil & Gas |
| 82 | | Santander | | 6.8 | 12 | 50.8 | 838 | Financial Services |
| 83 | | Heineken | | 6.7 | -3 | 6.0 | - | Alcohol |
| 84 | | Ralph Lauren | | 6.6 | 4 | 6.9 | 256 | Apparel |
| 85 | | Subway | | 6.6 | 16 | 18.8 | - | Restaurants |
| 86 | | FedEx | | 6.6 | 13 | 45.6 | 407 | Transportation |
| 87 | | RBC | | 6.6 | - | 37.6 | - | Financial Services |
| 88 | | Chase | | 6.5 | 3 | 53.0 | 2,500 | Financial Services |
| 89 | | Porsche | | 6.4 | 14 | 19.1 | - | Automotive |
| 90 | | Lancome | | 6.3 | 2 | 4.4 | - | Consumer Packaged Goods |
| 91 | | LEGO | | 6.2 | - | 4.5 | - | Leisure |
| 92 | | Ericsson | | 6.2 | 4 | 34.8 | - | Technology |
| 93 | | Goldman Sachs | | 6.2 | -9 | 40.9 | - | Financial Services |
| 94 | | Burberry | | 6.1 | 11 | 3.7 | - | Luxury |
| 95 | | Sprite | | 6.1 | - | 3.6 | 3,266 | Beverages |



| Rank | | Brand | Most Popular | Lists | Brand Value ($bil) | 1-Yr Value Change (%) | Brand Revenue ($bil) | Company Advertising ($mil) | Industry |
|---|---|---|---|---|---|---|---|---|---|
| | | New Posts | America's Youngest Billion | The 2015 30 Under 30 | Video 30 Under 30 | | | | |
| | | +1 posts this hour | | | | | | | |
| 96 | | Heinz | | | 6.0 | 7 | 4.5 | - | Consumer Packaged Goods |
| 97 | | Boeing | | | 6.0 | -7 | 86.6 | - | Aerospace |
| 98 | | Citi | | | 6.0 | 16 | 92.5 | 1,888 | Financial Services |
| 99 | | MTV | | | 5.8 | 5 | 3.3 | 1,117 | Media |
| 100 | | Dell | | | 5.8 | -9 | 57.2 | - | Technology |

Sources: FactSet; Forbes.



# Inside Forbes



### Introducing The Members Of FORBES 30 Under 30 2015

Presenting today's greatest gathering of young game changers, movers and makers.



Reinventing The Pizza



How A Comic Nerd Became Bond Buyers' Best Friend



30 Under 30 In Music: The Class Of 2015



Real-Time Billionaires



| New Posts | Most Popular | Lists | Video |
|---|---|---|---|
| +1 posts this hour | America's Youngest Billior | The 2015 30 Under 30 | 30 Under 30 |

BUSINESS   INVESTING   TECHNOLOGY   ENTREPRENEURS   OP/ED   LEADERSHIP   LIFESTYLE   LISTS

## Conferences

Forbes Reinventing America Summit

Forbes Reinventing America: The Talent Summit

Forbes Women's Summit

Forbes 400 Summit on Philanthropy

Forbes Reinventing America: AgTech Summit

Forbes CIO Summit

Forbes Under 30 Summit

Forbes CMO Summit

Forbes Healthcare Summit

Forbes Asia "Best Under a Billion"

Forbes Advisor Playbook iConference

## Education

Forbes School of Business at Ashford University

## Newsletters

Forbes Investor

Special Situation Survey

Forbes Dividend Investor

Forbes Premium Income Report

Investing Newsletters

## Products

Forbes eBooks

Forbes Newsfeeds

Reprints & Permissions

## Company Info

Advertise

Forbes Press Room

Forbes Careers

Contact Us

Sitemap

Help

  

2 Free Issues | Subscriber Services | Gift Subscription

| Forbes China | Forbes Poland | RealClear |
|---|---|---|
| Forbes India | Forbes Romania | RealClear Politics |
| Forbes Israel | Forbes Russia | RealClear Markets |
| Forbes Mexico | Forbes Spain | RealClear World |
| Forbes Middle East | | RealClear Sports |

2015 Forbes.com LLC™   All Rights Reserved

Terms and Conditions | Privacy Statement | Market Data by Morningstar | AdChoices