**Forbes**

| New Posts | Most Popular | Lists | Video |
|---|---|---|---|
| +1 posts this hour | America's Youngest Billior | The 2015 30 Under 30 | 30 Under 30 |

15 Stocks to Buy for 2015

Log in | Sign up | Connect   | Help



BRIAN HEYWORTH

HSBC

## The World's Most Powerful Brands

12 of 25



### No. 12 Samsung

Brand value: $19.3 billion
Consumer perception rank: 9

Samsung has promoted its brand through the Olympics since it was a local sponsor at the Seoul 1988 Olympic Games in its home country. It became a worldwide partner in 1997. The brand ranks fourth overall among consumers on "innovative ideas and research."



Electric Fireplace Direct

electricfireplacesdirect.c...

Huge Inventory & Big Discounts. Winter Clearance - Fast Free Ship





Lady Lux 2013 Black
Bikini

BUSINESS   INVESTING   TECHNOLOGY   ENTREPRENEURS   OP/ED   LEADERSHIP   LIFESTYLE   LISTS

| Conferences | Education | Products |    |
|---|---|---|---|
| Forbes Reinventing America Summit | Forbes School of Business at Ashford University | Forbes eBooks | |
| Forbes Reinventing America: The Talent Summit | | Forbes Newsfeeds | |
| Forbes Women's Summit | Newsletters | Reprints & Permissions | |
| Forbes 400 Summit on Philanthropy | Forbes Investor | Company Info | 2 Free Issues  |  Subscriber Services  |  Gift Subscription |
| Forbes Reinventing America: AgTech Summit | Special Situation Survey | Advertise | |
| Forbes CIO Summit | Forbes Dividend Investor | Forbes Press Room | |
| Forbes Under 30 Summit | Forbes Premium Income Report | Forbes Careers | |
| Forbes CMO Summit | Investing Newsletters | Contact Us | |
| Forbes Healthcare Summit | | Sitemap | |
| Forbes Asia "Best Under a Billion" | | Help | |
| Forbes Advisor Playbook iConference | | | |

| Forbes China | Forbes Poland | RealClear |
|---|---|---|
| Forbes India | Forbes Romania | RealClear Politics |
| Forbes Israel | Forbes Russia | RealClear Markets |
| Forbes Mexico | Forbes Spain | RealClear World |
| Forbes Middle East | | RealClear Sports |

2015 Forbes.com LLC™   All Rights Reserved          Terms and Conditions  |  Privacy Statement  |  Market Data by Morningstar  |  AdChoices

http://www.forbes.com/pictures/mli45jglj/no-12-samsung-2/                                    1/7/2015