# EXHIBIT R



Samsung has milked music before, and now it is ready to milk video as well. The company has announced another creamy media-consuming app intended to pump more value into the hands of millions of Galaxy device owners, and it goes by the name of Milk Video.

This time around, Samsung customers are treated to a way of absorbing various videos from across the web without having to actively search for them. Milk Video monitors what each of its users view, like, follow, and dismiss to push up recommendations that it's sure will catch their interest. Samsung says exclusive content from the likes of Condé Nast, Funny Or Die, Red Bull, Vevo, and VICE is either already available or coming down the pipeline.



To keep things from tasting stale, Milk Video comes with a built-in social element. In addition to sources of content, you can follow friends and other users inside the app, with each of you reposting videos to your own personal feeds. Alternatively, you can share with Facebook and Twitter, so that folks who don't own a Samsung device can still enjoy the goods.

For now, Milk Video is explicitly compatible with the Galaxy Note II, Note 3, Note 4, Note Edge, Mega, S III, S 4, S 4 mini, S III mini, and Galaxy S 5.



Source: Samsung

**Tags:**   exclusive   google play   milk video   new app   play store   Samsung






Bertel King, Jr.



Born and raised in the rural South, Bertel knows what it's like to live without 4G LTE - or 3G, for that matter. The only things he likes sweeter than his tea are his gadgets, and while few objects burn more than a metal phone on a summer day, he prefers them that way anyway.

**Add to circles**

Follow @bertelking

Get A Free Year Of Netflix And Milk Music Premium When You Buy A New Galaxy S5, Note 4, Tab S, Or Any Samsung 4K TV, Starting Today
Jan 4, 2015

### Done With This Post? You Might Also Like These:

 **Samsung Milk VR Isn't A Drinking Simulator, It's A Repository Of 360-Degree Videos For The Gear VR**

[Deal Alert] Udemy Currently Has Over 9,000 Courses On Sale (Including Plenty Of Android-Related Ones) For $10 Each
Jan 2, 2015



Amazon Is Back With Another Bunch Of Appstore Freebies For New Year's Eve: 33 Apps And Games, $110 Value
Dec 31, 2014

 **Milk Music Hits v1.1, Brings Improved Sound Quality And Support For The S3 Mini**



 **[Creamy] Samsung Announces Milk Music, A Free Streaming Music Service Exclusively For Samsung Phones (US Only)**

**LATEST POLL**

**Will your next car purchase be influenced by Android Auto?**

○ Yes, my next car almost definitely needs Android Auto.
○ Android Auto would be nice, but I won't hinge my decision on it.
○ It doesn't really matter to me that much.
○ No, it doesn't matter at all.
○ N/A - I don't drive / won't be buying a car any time soon.

[ Vote ]

View Results

Discuss This Poll

 **Samsung Posts Galaxy S III Mini Open Source Code, Modders Try Not To Make Austin Powers Jokes**

**RECENT DEVICE REVIEWS**

 [Wear Compare] The Strengths And Weaknesses Of All The First-Generation Android Wear Devices
Dec 30, 2014

 Galaxy Note Edge [Very] Quick Review: I'm Sure It Looks Good In The Print Ads
Dec 19, 2014

| 25 Comments | Android Police | | Login ▼ |
|---|---|---|---|
| Sort by Best ▼ | | Share | Favorite ★ |

Join the discussion...

 Asus ZenWatch Review: The Best Value Of Any Android Wear Device So Far
Dec 19, 2014

**Yan Gabriel Minário** • 2 months ago
Nice iPhone app!
26 ▲ | ▼ | Reply | Share ›

**Lhadalo** → Yan Gabriel Minário • 2 months ago
Exactly what I thought.
▲ | ▼ | Reply | Share ›

**marcusmarcus2** • 2 months ago
Now come out with an alternative to Google Wallet. "Milk Money" anyone?
22 ▲ | ▼ | Reply | Share ›

 Kindle Fire HDX 8.9 (2014 Edition) Quick Review: Still The Best Tablet For Casual Content Junkies
Dec 18, 2014

 Hands-On With The Blu Studio 7.0: Yep, This Is A 7-Inch Phone
Dec 17, 2014

### LATEST ROUNDUPS

 [Bonus Round] Biz Builder Delux, Bloodbones, And Specular
Jan 3, 2015

 [App Roundup] Our Top Seven Picks For The Best New Apps Of December 2014
Jan 2, 2015

 [Game Roundup] Our Top Seven Picks For The Best New Games Of December 2014
Jan 2, 2015

 21 Best New Android Apps And Live Wallpapers From The Last 2 Weeks (12/16/14 - 12/30/14)
Dec 30, 2014

 38 Best Android Wear Apps And Watch Faces From 12/9/14—12/29/14
Dec 29, 2014

### TOPICS & FEEDS

Interested only in **specific topics**? No problem - find what you're looking for using the categories below.

You can **subscribe to RSS feeds for individual categories** and receive updates on what interests *YOU*.

**Topics**

4G
Accessories
Android OS
Apps/Games
Carriers
Contests / Giveaways
Deals
Design
Development
Device Updates
Devices By Manufacturer
Downloads

Editorials
Features
Legal
Live
News
Off-Topic
Podcast
Polls
Reviews
Roundups
Tablets
Tips & Tutorials
Videos
Wearables

**Handy Tools**

Android build number date calculator



**RECENT APPS AND GAMES**

 Reddit Sync Facing Suspension From Play Store For 'Impersonation' Even Though Google Did This 2 Years Ago And Reversed Its Decision
Jan 7, 2015

 Gunbrick Offers A Unique Combination Of Platforming And Puzzles (Also Guns And Bricks)
Jan 7, 2015



**Fitbit Starts Shipping The Charge HR And Surge Fitness Bands, Introduces A Few New Features For Existing Users**
Jan 7, 2015



**WordPress Android App Gets The Material Design Treatment In Version 3.5**
Jan 7, 2015



**Fliktu Aims To Be A Smarter Sharing Menu For Android**
Jan 7, 2015

### BLAST FROM THE PAST

#### 1 Year Ago Today



**[CES 2014] Sony Demonstrates PlayStation Now Streaming Game Service, Coming To Phones And Tablets Eventually**
Jan 7, 2014

#### 2 Years Ago Today



**[CES 2013] Hands-On With The Sony Xperia Z And ZL (Video)**
Jan 7, 2013

#### 3 Years Ago Today



**SoulCraft THD Open Beta Hits Android Market – Experience Apocalypse, Fight Angels, Demons, And Humans From Your Tegra-Powered Device**
Jan 7, 2012



 Fuhu Just Went Insane And Announced Some TV-Sized Tablets
Jan 7, 2015

 Google Updates Android Platform Distribution Numbers, KitKat Shows Big Gains And
Jan 7, 2015

 [Update: 5.0.2 For Nexus 7 2012] [Flash All The Things] Lollipop Nexus OTA ZIP File
Dec 23, 2014



News   Apps/Games   Reviews   Tips & Tutorials   Development   Videos   Podcast   Contests   About   Contact         © Illogical Robot LLC, 2009-2015

.: 80 queries :.: 0.558s :.: hive :.: Privacy Policy :.: DMCA Disclaimer :.: Android is a trademark of Google Inc. :.