# EXHIBIT S



# The Next Big Thing in Video

Discover and share the most talked-about online
videos of the day, delivered right to you.
(http://app.appsflyer.com/com.samsung.milk.milkvideo?pid=samsung.com&c=showcase_page)

# A Better Way to Watch

Now you can get all of your favorite videos in a sleek design that's incredibly easy to use.

 (http://app.appsflyer.com/com.samsung.milk.milkvideo?pid=samsung.com&c=showcase_page)

You're getting a video service that looks as good as the content you're watching. With big, beautiful images and intuitive controls, Milk Video is designed for easy, on-the-go use.



Beautiful, Easy-to-Use Design | Simple Navigation | Easily Share

# Simply the Best

Get the videos from the sources you love, plus exclusive videos you can't find anywhere else. From comedy powerhouses like Funny Or Die to extreme sports and action videos from Red Bull, you're getting the most talked-about videos, all in one place.



(http://app.appsflyer.com/com.samsung.milk.milkvideo?pid=samsung.com&c=showcase_page)

# Watch. Share. Personalize.

Your personalized feed serves you what you like, based on what you watch and share, and who you follow. So the more you use it, the smarter it gets.



(http://app.appsflyer.com/com.samsung.milk.milkvideo?pid=samsung.com&c=showcase_page)

# Get It Now on the Google Play™ Store



(http://app.appsflyer.com/com.samsung.milk.milkvideo?pid=samsung.com&c=showcase_page)

## CONNECT WITH US

(https://www.facebook.com/SamsungMobileUSA)

(https://twitter.com/SamsungMobileUS)

(http://www.youtube.com/user/samsungmobileusa)

(https://plus.google.com/+SamsungMobileUSA/)

(http://www.samsung.com/us/sign-up.us)