# EXHIBIT T



Case 1:14-cv-09362-PAC  Document 30-26  Filed 01/08/15  Page 3 of 7

Gabe but you don't know him. Actually you might

Gabe?

Hmmmmm .... In NYC or back in Austin?

Tue, Sep 23, 11:31 PM

Does my Milk Music app have anything to do with Milk Studios you work at?



Text Message

Send



●●○○○ AT&T 7:10 PM 100% 

Edit          **Messages (19)**          ✎

**Terry Trahan. LA**          5:06 PM  ›
Good afternoon.  I want to give you
guys an update so when you have…

● **Amanda Rea**          2:25 PM  ›
Yes :) looking forward to it

**Oren**          1:21 PM  ›
erez@milkstudios.com

● **Andrew Demming**          12:46 PM  ›
Hollywood. Did milk launch a music
service????

● **11119945**          12:07 PM  ›
AT&T Free Msg: Your subscription for
Music Explorer has just renewed &…

**Nelly.**          11:15 AM  ›
Dinner tomorrow sound good

**FW: Important update about Samsung Music**
Daniel Schulman
**Sent:** Thursday, October 16, 2014 9:26 AM
**To:** Nicole Schwartz

*Actual Confusion*
*6/18/14*

**From:** Williams, Michael R. [mailto:mwilliams@fkks.com]
**Sent:** Wednesday, June 18, 2014 11:07 PM
**To:** Daniel Schulman
**Cc:** Sotis, Mary J.
**Subject:** FW: Important update about Samsung Music

Dan:

I received the e-mail below as a Samsung Music Customer.  I guess everything was worked out with Samsung.

MIchael

**Michael R. Williams** | Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue | New York, New York 10022
t: 212.826.5587 | f: 347.438.2122 | mwilliams@fkks.com
**From:** Samsung [mailto:MySamsung@email.samsungusa.com]
**Sent:** Wednesday, June 18, 2014 8:07 PM
**To:** Williams, Michael R.
**Subject:** Important update about Samsung Music

■

Important notice about Samsung Hub

**Dear Samsung Music Customer,**

**Samsung Hub Music will no longer be available as of July 1, 2014.**

After that date, the music in your Samsung Music library will no longer be available for download. Please be sure to download all purchased music from Samsung Hub and to use any remaining vouchers for Samsung Music before July 1, 2014. The music you download from Samsung Music is DRM-free, which means you will be able to play, store, and transfer these files even after that date.

As alternatives, we are offering Milk Music<sup>SM</sup> and Google Play Music, two new exciting music services we think will enhance your music experience with Samsung products.

**Great New Music Services Available Now!**



**Milk Music is a free radio service with no ads*.** With Milk, powered by Slacker, instantly hear the music you love – and what you didn't even realize you're into – with the turn of a dial. MILK Music is available on Google Play. Visit the <u>website</u> for details and device compatibility.

**Samsung customers are eligible for 3 Months Free** of Google Play Music.** Get unlimited access to over 22 million tracks across all of your devices. You can stream or download for offline listening. You can even add your own music collection to the cloud for free, and access it across all of your Samsung devices.

Activate your 3-Months Free of Google Play Music <u>Here.</u>

For more information on Google Play Music, please visit <u>g.co/playmusic.</u>

For any additional questions on the changes, please <u>visit the website</u> or contact Samsung <u>Customer Support.</u>

***The Samsung Hub Team***

*Milk Music is currently available on select Samsung devices.

**Credit card required at sign-up but will not be automatically charged until after the expiration of the extended trial ($9.99/mo). You can cancel your free trial at no charge at any time before the trial is over. Offer available to Samsung Music users who have not participated in an All Access trial in the past 12 months and who sign up and redeem this offer from 6/10/14 through 9/30/14. Offer requires a Google<sup>®</sup> account; limit one extended trial per account. Google and Google Play are trademarks of Google Inc.

Please do not reply to this email. If you need to contact us with questions or feedback, please <u>contact Customer Service.</u>

If you no longer wish to receive email from Samsung, <u>click here</u> to unsubscribe.

<u>Legal</u> | <u>Privacy Policy</u>
© 2014 Samsung Electronics America, Inc. All Rights Reserved. Samsung is a registered trademark of Samsung Electronics Co., Ltd. and its related entities. Other company and product names mentioned herein may be trademarks of their respective owners. Screen images simulated.

Samsung Electronics America, 85 Challenger Road, Ridgefield Park, NJ 07660

Frankfurt Kurnit Klein & Selz Disclaimer

IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any tax advice contained herein, including attachments, is not intended or written to be used and cannot be used by a taxpayer to (i) avoid tax penalties or (ii) promote, market or recommend a transaction or matter to another person.

This e-mail and any attached files are intended solely for the use of the individual or entity to which this e-mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any use, disclosure, copying or distribution of this e-mail or the attached files by anyone other than the intended recipient is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail or collect call to (212) 980-0120 and delete this e-mail and attached files from your system. Thank you.