# EXHIBIT A

CLOSED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:97-cv-03587-SS

| | |
|---|---|
| Kent & Spiegel Dir. v. Telebrands, Inc. | Date Filed: 05/16/1997 |
| Assigned to: Judge Sonia Sotomayor | Date Terminated: 06/30/1997 |
| Demand: $0 | Jury Demand: None |
| Cause: 15:1125la Trademark Infringement (Lanham Act) | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Kent & Spiegel Direct, Inc.**      represented by   **G. Roxanne Elings**
Greenberg, Traurig, L.L.P.
200 Park Avenue
New York, NY 10166
(212) 848-9200
*LEAD ATTORNEY*

**Harley Irwin Lewin**
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
212 801 2133
Fax: 212 224 6117
Email: hlewin@mccarter.com
*LEAD ATTORNEY*

V.

**Defendant**

**Telebrands, Inc.**      represented by   **Robert David Katz**
Eaton & Van Winkle LLP
Three Park Avenue, 16th Floor
New York, NY 10016
212-779-9910
Fax: 212-779-9928
Email: rkatz@evw.com
*LEAD ATTORNEY*

**Counter Claimant**

**Telebrands, Inc.**      represented by   **Robert David Katz**
(See above for address)
*LEAD ATTORNEY*

V.

**Counter Defendant**

| Kent & Spiegel Direct, Inc. | represented by | **G. Roxanne Elings** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | |
| | | **Harley Irwin Lewin** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/1997 | 1 | COMPLAINT filed; Summons issued and Notice pursuant to 28 U.S.C. 636(c); FILING FEE $ 150.00 RECEIPT # 287496 (sac) (Entered: 05/19/1997) |
| 05/16/1997 | 2 | Rule 9 certificate filed by Kent & Spiegel Direct, Inc. (sac) (Entered: 05/19/1997) |
| 05/16/1997 | | Magistrate Judge Katz is so Designated. (sac) (Entered: 05/19/1997) |
| 05/16/1997 | 3 | NOTICE OF MOTION by Kent & Spiegel Direct, Inc. for temporary restraining order (sac) (Entered: 05/19/1997) |
| 05/20/1997 | 4 | MEMORANDUM by Kent & Spiegel Dir. in opposition to [3-1] motion for temporary restraining order (pl) (Entered: 05/22/1997) |
| 05/22/1997 | 5 | REPLY DECLARATION of A. J. Khubani by Telebrands, Inc. in opposition to [3-1] motion for temporary restraining order (cd) (Entered: 05/27/1997) |
| 05/22/1997 | 6 | REPLY MEMORANDUM by Telebrands, Inc. re: [3-1] motion for temporary restraining order (cd) (Entered: 05/27/1997) |
| 05/22/1997 | 7 | REPLY MEMORANDUM in support, by Kent & Spiegel Dir. re: [3-1] motion for temporary restraining order (cd) (Entered: 05/27/1997) |
| 05/23/1997 | 8 | DECLARATION in opposition by A.J. Khubani for deft. Telebrands, Inc. [3-1] motion for temporary restraining order (ls) Modified on 05/28/1997 (Entered: 05/28/1997) |
| 05/23/1997 | 9 | DECLARATION in opposition by Ronald Boger for deft. Telebrands, Inc. [3-1] motion for temporary restraining order (ls) (Entered: 05/28/1997) |
| 05/23/1997 | 10 | DECLARATION of Glenn Robinson for deft. Telebrands Corp. Re: personal knowledge (ls) (Entered: 05/28/1997) |
| 05/27/1997 | 11 | RETURN OF SERVICE executed as to Telebrands, Inc. by personal service on 5/16/97 Answer due on 6/5/97 for Telebrands, Inc. (pl) (Entered: 05/30/1997) |
| 05/28/1997 | 12 | ANSWER to Complaint by Telebrands, Inc. (Attorney Robert David Katz) (pl) (Entered: 06/02/1997) |

| | | |
|---|---|---|
| 05/28/1997 | 12 | COUNTERCLAIM by Telebrands, Inc. against Kent & Spiegel Dir. (pl) (Entered: 06/02/1997) |
| 06/17/1997 | 13 | Filed Memo-Endorsement on letter dated 6/13/97 to Judge Sotomayor from Harley Lewin, granting request for hearing on 6/20/97 at 4:30 ( signed by Judge Sonia Sotomayor ) (kw) Modified on 06/18/1997 (Entered: 06/18/1997) |
| 06/30/1997 | 14 | STIPULATION and ORDER, dismissing with prejudice and without costs ( signed by Judge Sonia Sotomayor ). (cd) (Entered: 07/01/1997) |
| 06/30/1997 | | Case closed (cd) (Entered: 07/01/1997) |
| 07/03/1997 | 15 | Transcript of record of proceedings filed before Judge Sotomayor for dates of May 23, 1997. (sac) (Entered: 07/07/1997) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/27/2015 20:50:34 | | | |
| PACER Login: | me0047:2595255:0 | Client Code: | 099999-10932-4610 |
| Description: | Docket Report | Search Criteria: | 1:97-cv-03587-SS |
| Billable Pages: | 2 | Cost: | 0.20 |