# EXHIBIT B

Search

Categories          Home      Top Charts      New Releases



## Milk Music™

**Samsung Electronics Co. Ltd** - December 22, 2014
**Music & Audio**

| Install | Add to Wishlist |

You don't have any devices

(    78,229)

g+1   +20820   Recommend this on Google





200 + Stations, Curated by Music Experts, Custom

## Description

Milk Music™, powered by Slacker, puts you in control of your radio stations. While some radio apps rely on formulas and algorithms, Milk Music lets you fine-tune your stations in immersive ways that give you more power to customize. Discover new hits and re-discover old favorites by simply turning the dial. With over 200 stations programmed by top industry pros, you'll get fewer repeats and more new discoveries, all tailored to your taste Exclusive to Galaxy owners of select Samsung Galaxy phones, tablet and gear (US only).

Get Started by Spinning the Dial
The interactive radio dial is your key to finding the perfect match for your mood.

Create Stations Based on Your Taste
Create artist or song-based stations to add more to the mix and more to your dial.

Customize Even More
Make your stations even better by factoring in what you care about.

Listen Across Your Samsung Devices
No matter where you're logged in—on your phone, gear, or tablet—your listening history and preferences come with you.

Upgrade Your Experience

Read more

## Reviews

Write a Review

4.2

78,229 total

| | |
|---|---|
| 5 | 47,094 |
| 4 | 15,946 |
| 3 | 7,123 |
| 2 | 3,227 |
| 1 | 4,839 |



**Jason Li**

*It's ok.* App is ok. It buffer a lot while I'm on listing. Sometime I can't even hear anything and it buffer for li



**Essej Nella**

*Response and my 2 Cents @Amber Heath. They have a whole Christian station??? Im never gonna lister*

## What's New

Tune into live college basketball games from over 100 Division I schools, available now in the new Sports genre! Bug fixes and stability improvements

## Additional information

**Updated**
December 22, 2014

**Size**
7.7M

**Installs**
5,000,000 - 10,000,000

**Current Version**
1.4.185882

**Requires Android**
4.1 and up

**Content Rating**
Low Maturity

**Permissions**
View details

**Report**
Flag as inappropriate

**Offered By**
Samsung Electronics Co. Ltd

**Developer**
Visit Website
Email support-milkmusic@samsung.com

## Similar



| Beats Music | Music Unlimit | Spotify Music | SoundCloud - | Google Play |
|---|---|---|---|---|
| Beats Music | Sony Entertainment Ne | Spotify Ltd. | SoundCloud | Google Inc. |
| FREE | FREE | FREE | FREE | |

## More from developer



| Milk Video™ | S Educate | Pictionary for | Samsung Prir | Samsung M |
|---|---|---|---|---|
| Samsung Electronics C | Samsung Electronics C | Samsung Electronics C | Samsung Electronics C | Samsung Elect |
| FREE | FREE | FREE | FREE | |

©2015 Google    Site Terms of Service    Devices Terms of Sale    Privacy Policy    Developers    Artists    About Google





**MILK**
PREMIUM SERVICE

Upgrade to **Milk Music Premium** for just **$3.99 a** month:

- Unlimited song skips
- Play without a network connection
- Pause automatically with Sleep Timer
- Turn Station DJs on or off

**Upgrade to Premium**

Powered by ⓢ SLACKER







Fancy
Iggy Azalea ft. Charli XCX

▶   🔊   0:08 / 1:30                                          🕐   CC   ⚙   ▭   ⛶

# Milk Music -- A New Way to Discover Music

   **Samsung Mobile USA** ☑

 Subscribe    219,255                                    25,722,610

➕ Add to      ❮ Share      ••• More                               5,494   👎 371

Get to Google faster. Update your default search engine.    Sure    No thanks    ✕

Search

Sign in

Apps

My apps

Shop

Categories    Home    Top Charts    New Releases

Games

Editors' Choice



## Milk Music™

**Samsung Electronics Co. Ltd** · December 22, 2014

**Music & Audio**

Install    Add to Wishlist

(    78,229)          +20817  Recommend this on Google




## Description

Milk Music™, powered by Slacker, puts you in control of your radio stations. While some radio apps rely on formulas and algorithms, Milk Music lets you fine-tune your stations in immersive ways that give you more power to customize. Discover new hits and re-discover old favorites by simply turning the dial. With over 200 stations programmed by top industry pros, you'll get fewer repeats and more new discoveries, all tailored to your taste Exclusive to Galaxy owners of select Samsung Galaxy phones, tablet and gear (US only).

Get Started by Spinning the Dial
The interactive radio dial is your key to finding the perfect match for your mood.

Create Stations Based on Your Taste
Create artist or song-based stations to add more to the mix and more to your dial.

Customize Even More
Make your stations even better by factoring in what you care about.

Listen Across Your Samsung Devices
No matter where you're logged in—on your phone, gear, or tablet—your listening history and preferences come with you.

Upgrade Your Experience
Take your listening experience to another level with Milk Premium

Read more

## Reviews

Write a Review

### 4.2

| | |
|---|---|
| 5 | 47,094 |
| 4 | 15,946 |
| 3 | 7,123 |
| 2 | 3,227 |
| 1 | 4,839 |

78,229 total



**Jason Li**

*It's ok. App is ok. It buffer a lot while I'm on listing. Sometime I can't even hear anything and it buffer for like a*



**Essej Nella**

*Response and my 2 Cents @Amber Heath. They have a whole Christian station??? Im never gonna listen, but*

## What's New

Tune into live college basketball games from over 100 Division I schools, available now in the new Sports genre!
Bug fixes and stability improvements

## Additional information

| | | | |
|---|---|---|---|
| **Updated** | **Size** | **Installs** | **Current Version** |
| December 22, 2014 | 7.7M | 5,000,000 - 10,000,000 | 1.4.185882 |
| **Requires Android** | **Content Rating** | **Permissions** | **Report** |
| 4.1 and up | Low Maturity | View details | Flag as inappropriate |
| **Offered By** | **Developer** | | |
| Samsung Electronics Co. Ltd | Visit Website Email support-milkmusic@samsung.com | | |



## Similar







| | | | | |
|---|---|---|---|---|
| Beats Music | Music Unlimited Mo | Spotify Music | SoundCloud - Music | Google Play M |
| Beats Music | Sony Entertainment Ne | Spotify Ltd. | SoundCloud | Google Inc. |
| FREE | FREE | FREE | FREE | |

## More from developer







| | | | | |
|---|---|---|---|---|
| Milk Video™ | S Educate | Pictionary for Sams | Samsung PrinTap: F | Samsung Me |
| Samsung Electronics C | Samsung Electronics C | Samsung Electronics C | Samsung Electronics C | Samsung Electro |
| FREE | FREE | FREE | FREE | |

©2015 Google    Site Terms of Service    Devices Terms of Sale    Privacy Policy    Developers    Artists    About Google