# EXHIBIT C

Title: Samsung Introduces Milk Music
Source: *Entertainment Close-up.* (Mar. 12, 2014):
Document Type: Brief article
Copyright: COPYRIGHT 2014 Close-Up Media, Inc.
http://www.closeupmedia.com/
Full Text:

Samsung Telecommunications America has introduced Milk Music, a new, free and ad-free radio service.

"Milk introduces a fresh approach to music that reflects our innovation leadership and our focus on creating best-in-class consumer experiences," said Gregory Lee, president and CEO of Samsung Telecommunications America and Samsung Electronics North America Headquarters. "We're offering consumers amazing, rich music experiences built around what matters most to them and their lifestyle."

Milk powered by Slacker is available now exclusively for Galaxy consumers to download on Google Play on the Galaxy S 4, Galaxy S III, Galaxy Note 3, Galaxy Note II, Galaxy Mega and Galaxy S 4 mini across all carrier and retail channels as well as the Galaxy S 5 in April.

More information:

www.samsungmilk.com

((Comments on this story may be sent to newsdesk@closeupmedia.com))

**Source Citation**   (MLA 7th Edition)
"Samsung Introduces Milk Music." *Entertainment Close-up* 12 Mar. 2014. *General OneFile*. Web. 9 Jan. 2015.

Document URL
http://go.galegroup.com/ps/i.do?id=GALE%7CA361835443&v=2.1&u=nypl&it=r&p=ITOF&sw=w&asid=d37c3c527662a403f9d5435a6afd618f

**Gale Document Number:** GALE|A361835443

Samsung Is Developing Own Platform, Apps; Wonpyo Hong, president of company's Media Solution Center, discusses new music service, importance of software.

**Author:** Yun-Hee, Kim

ProQuest document link

**Abstract:** Samsung Electronics Co. overtook Apple Inc. to become the world's biggest smartphone maker by selling hardware using Google Inc.'s popular Android operating system. Mr. Hong: It's too early to talk about an acquisition in this area. Because we have a strong mobile presence, location-based services is an area that we're interested in.

**Full text:** Samsung Electronics Co. overtook Apple Inc. to become the world's biggest smartphone maker by selling hardware using Google Inc.'s popular Android operating system. As it tries to beef up in software, the South Korean tech giant has been hiring more engineers to develop its own platform and applications for mobile devices, wearables and other consumer electronics.

Samsung's latest initiative is a free music streaming service called Milk Music, which launched last month in the U.S. It allows users of its Galaxy smartphones to listen to the radio and download music.

In its push into gaming, the company also recently launched an app and a game pad that allows users to play online games on their smartphones or TVs.

It also started to roll out this month a service in 11 countries, including the U.S. and U.K., that lets consumers control home appliances through a smartphone app.

Wonpyo Hong, president of Samsung's Media Solution Center, which is responsible for developing apps and services, recently spoke to The Wall Street Journal at the company's Suwon, South Korea, headquarters about the firm's latest software initiatives. Edited excerpts:

WSJ: In terms of apps, you're developing some and have purchased some. How is Milk Music going?

Mr. Hong: We just launched it and we have about 380,000 downloads through the app store and it's just at a very early stage to even talk about success.

We are going to extend it to other [Samsung] devices. So music on the tablet will come soon and will be offered on other larger-screen devices, too. We're going to launch a premium service which will have some additional features.

WSJ: Apple and Google are working hard to become the platform provider for car dashboards. Are you also in the same race?

Mr. Hong: Partially, yes. We've been supporting very strongly MirrorLink, the open standard that consumer electronics companies and car companies have been working together to establish for several years.

We want to enhance how consumers interact with their smartphones and the car so they can continue to use the service. But we will also be interested in supporting another platform.

WSJ: Are you working with major car makers in Korea like Hyundai?

Mr. Hong: We are working with different automobile companies. Recently, we demonstrated with BMW with our wearable device and smartphone device interacting with a BMW electric car.

WSJ: Do you think the self-driving car will be something real for the future?

Mr. Hong: Technology is really evolving much faster than before. Whatever you imagined will happen in 10 years, it'll be available much quicker, like in five years. That's what happened to our business over the last 20 years.

WSJ: Do you imagine more acquisitions?

Mr. Hong: Our company is really interested in a number of different areas--technology, solutions and acquiring talented people. We'll be more active than before in terms of partnerships and acquisitions.

WSJ: What about in mapping?

Mr. Hong: It's too early to talk about an acquisition in this area. Because we have a strong mobile presence, location-based services is an area that we're interested in.

WSJ: How important is software for you?

Mr. Hong: Software is a critical component of course. If you look at our R&D structure, there are a lot more software engineers than hardware engineers. The investment amount we are making in software R&D is huge. However, probably from a consumer perspective there is room to improve to deliver a unique experience. That's the area that we're really trying to focus on more.

My organization's goal is to foster the software platform to bring innovation on top of our hardware.

WSJ: Where are you hiring mostly?

Mr. Hong: Software comes from many different areas--design, in addition to coding and software engineering. In-house, we have a big data center and we recently set up a big data platform to collect data on user patterns on our devices. We're looking for talented people who have better knowledge than we do because it's a new area.

WSJ: How important is Tizen (an operating system that Samsung is codeveloping with Intel Corp. and others)?

Mr. Hong: Tizen is another platform that we'd like to offer to the market as one of the multiple platforms. Internally, we'd like to have a common platform throughout all of our consumer products including mobile, television and even home appliances.

We believe HTML 5 will be emerging more and more as the platform so that lots of applications and services can be implemented easily based on HTML 5. But it will take some time. So it's another area we're making an investment to offer multiple choice to consumers.

WSJ: What do you think is your timetable for Tizen?

Mr. Hong: We already launched a wearable device using Tizen. The company is also thinking about other products using the Tizen platform.

When the time comes to commercialize some products we'll let you know, but we definitely plan to expand into other product portfolios.

WSJ: But not necessarily with the consumer brand Tizen?

Mr. Hong: I don't necessarily think the name Tizen is an important brand to consumers. Integrating software with hardware to make a great product--that's what we want to communicate with consumers.

WSJ: What other areas is Samsung focused on when it comes to software?

Mr. Hong: We're going to collaborate with multiple hardware and software companies to bring interesting smart-home applications. We launched our first smart-home application this month. Samsung considers the Internet of Things [a network of smart devices that communicate with each other with little human intervention] as another huge area that we should actively participate in and bring some innovation.

WSJ: These services are only for Samsung devices or will you be platform-agnostic like Google?

Mr. Hong: At the moment, we'd like to create an experience uniquely on our device because the fundamental core part of our business is selling hardware. So the main purpose of this software innovation is to create value on our device. Later on, we might try something different but right now, that's our strategy.

Career: Joined Samsung in 2007 and served as executive vice president and head of global strategy for mobile products until 2012 when he became president and head of the Media Solution Center. Before Samsung, he served in executive positions at KT Corp.

Education: Bachelor of Science in Electronic Engineering from Seoul National University; Master of Science in Electrical Engineering from the University of Michigan; Ph.D. in Electrical Engineering from the University of Michigan

Extracurricular: Hiking and reading.

Credit: Yun-Hee Kim

**Publication date:** Apr 20, 2014

**Publication title:** Wall Street Journal (Online)

**Publication year:** 2014

**Year:** 2014

---

Contact ProQuest

Copyright © 2015 ProQuest LLC. All rights reserved. - Terms and Conditions

Title: Samsung Launches Milk Music
Source: **_Food & Beverage Close-Up_**. (Mar. 12, 2014):
Document Type: Brief article
Copyright: COPYRIGHT 2014 Close-Up Media, Inc.
http://www.closeupmedia.com/
Full Text:

Samsung Telecommunications America introduced Milk Music, a new, free and ad-free radio service that offers a way to experience music and discover new, unexpected music.

According to a release, Milk is designed with an interface and more than 200 stations that makes tuning into music a more enjoyable and enriching experience.

"Milk introduces a fresh approach to music that reflects our innovation leadership and our focus on creating best-in-class consumer experiences," said Gregory Lee, president and CEO of Samsung Telecommunications America and Samsung Electronics North America Headquarters. "We're offering consumers amazing, rich music experiences built around what matters most to them and their lifestyle."

Samsung said Milk powered by Slacker is available now exclusively for Galaxy consumers to download on Google Play on the Galaxy S 4, Galaxy S III, Galaxy Note 3, Galaxy Note II, Galaxy Mega and Galaxy S 4 mini across all carrier and retail channels as well as the Galaxy S 5 in April. Coming soon, Samsung will be offering music programming from artists available exclusively through Milk.

With a music catalog of 200 genre-based and curated stations, and 13M songs, Milk connects people with the best music, whether it's a standby song or a new discovery, with significantly fewer repeats. In addition, the "Spotlight" feature offers a continuous curated selection of songs and albums handpicked by music tastemakers and influencers. "My Stations" allows users to create personal stations based on songs and albums, accessible on the dial, providing limitless listening options. Milk also allows you six song skips per hour per station.

Samsung is delivering an incredibly personalized experience by offering users many ways to fine-tune Milk to suit their individual listening preferences. The dial is customizable to showcase only the genres that are most relevant to personal tastes and preferences.

More information:

www.samsungmilk.com

www.samsung.com

((Comments on this story may be sent to newsdesk@closeupmedia.com))

**Source Citation**   (MLA 7th Edition)
"Samsung Launches Milk Music." _Food & Beverage Close-Up_ 12 Mar. 2014. _General OneFile_. Web. 9 Jan. 2015.

Document URL
http://go.galegroup.com/ps/i.do?id=GALE%
7CA361834968&v=2.1&u=nypl&it=r&p=ITOF&sw=w&asid=d54a9fe1023ffc4b628913352c07d10a

**Gale Document Number:** GALE|A361834968

Title: Samsung Milk Music: Delivering Sweet, Personalized Music Experience
Source: ***International Business Times - US ed.***. (Mar. 10, 2014):
Document Type: Brief article
Copyright: COPYRIGHT 2014 International Business Times
http://www.ibtimes.com/
Full Text:

Samsung Telecommunications America has added more meaning to life bringing in a different sound experience through Milk Music, a free, uninterrupted radio service. The app is customizable, easy-to-use and elegant making listening to music a more enriching experience.

Milk music gets its catalog from Slacker's, which has 13 million songs and over 200 stations. It runs exclusively in Samsung Galaxy lines such as Galaxy S III, Galaxy S4, Galaxy S4 Mini, Galaxy Note II, Galaxy Note 3 and Galaxy Mega. The app can be downloaded starting April.

Samsung President and CEO Gregory Lee said Milk Music offers a fresh approach to listening sound which reflects their focus to innovative services and classy consumer experience.

Milky Features

Milk Music uses sounds to relate to people and employ features to connect easily to its users. It has a feature called "Spotlight" providing continuous play of curated choices or an album choice of music influences. "My Station" allows the user to make his own personal stations that house his favorite albums and songs. The "Fine-Tune Station" feature allows the user to adjust stations based on his song preferences: favorite, popular or novelty.

Broader Coverage

In July 2012, Samsung provided a U.S. subscription-music streaming service where users can download and purchase from a catalog containing 19 million songs. But it shutdown in January. Milk Music has a broader coverage with up to 80 million streaming listeners, compared to approximately 10 million paying subscribers worldwide, as observed by Chris Martinez, Samsung director of services planning. Milk Music differs from the others since it does not require users to login or register to use the service.

A Unique Kind of Experience

One of Milk Music's distinctive characteristic is its 8-second caching feature. Its capability is to play the song instantly as the user scrolls the on-screen dial. A tactile feedback is provided while the user browses stations and genres. Milk Music is ad-free and lets the user skip six songs per station per hour.

One can get more the sound that he wants to hear as Milk Music gives him more of what he loves, curated by the pros and top DJs - all for free.

**Source Citation**   (MLA 7th Edition)
"Samsung Milk Music: Delivering Sweet, Personalized Music Experience." *International Business Times - US ed*. 10 Mar. 2014. *General OneFile*. Web. 9 Jan. 2015.

Document URL
http://go.galegroup.com/ps/i.do?id=GALE%
7CA361020529&v=2.1&u=nypl&it=r&p=ITOF&sw=w&asid=2fe545abeadd51a04331cecea193e1c0

**Gale Document Number:** GALE|A361020529

Title: Samsung Releases Commercial for Milk Music
Source: *Entertainment Close-up.* (July 8, 2014):
Document Type: Brief article
Copyright: COPYRIGHT 2014 Close-Up Media, Inc.
http://www.closeupmedia.com/
Full Text:

Samsung Telecommunications America released the first commercial for Milk Music powered by Slacker, a free and ad-free music streaming service that offers an effortless and entertaining way for Samsung users to enjoy the music they love and discover new, unexpected artists and songs.

According to a release from the company, the new film features Milk's signature navigation dial brought to life through various musical genres and showcases top artists including John Legend, Iggy Azalea with Charli XCX, Lady Antebellum, Chromeo, Childish Gambino, Cold War Kids and Little Dragon.

"Put Your Spin On It," launches in cinema on July 4th, and tells the journey of music discovery through the unique Milk dial. The film features top artists taking over a life-sized dial of different musical genres. As the dial lands on each genre, a section lights up and one of the featured artists is shown performing their latest hit song.

"With over 2 million downloads in less than five months, Galaxy owners are enjoying the exclusive free music experience Milk offers," said Todd Pendleton, Chief Marketing Officer at Samsung Telecommunications of America. "Milk's curated song library is a great way to discover music plus the ability to customize your experience gives users the control to listen to the artists they love."

Featured songs include the following:

-Childish Gambino: "3005" Rock

-Cold War Kids: "All This Could be Yours"

-Chromeo: "Come Alive"

-Iggy Azalea featuring Charli XCX: "Fancy"

-Lady Antebellum: "Long Stretch of Love"

-John Legend: "You & I"

-Little Dragon: "Klapp Klapp"

More information and complete details:

www.samsung.com

((Comments on this story may be sent to newsdesk@closeupmedia.com))

**Source Citation**   (MLA 7th Edition)
"Samsung Releases Commercial for Milk Music." *Entertainment Close-up* 8 July 2014. *General OneFile*. Web. 9 Jan. 2015.

Document URL

http://go.galegroup.com/ps/i.do?id=GALE%
7CA373935893&v=2.1&u=nypl&it=r&p=ITOF&sw=w&asid=e9b209d678f15008a9c5719725949d58

**Gale Document Number:** GALE|A373935893

Title: Samsung's Milk Music: Worthy Contender to Apple's iTunes?
Source: ***International Business Times - US ed.*** (Mar. 14, 2014):
Document Type: Brief article
Copyright: COPYRIGHT 2014 International Business Times
http://www.ibtimes.com/
Full Text:

Samsung launches Milk Music, a free music streaming platform for Samsung Galaxy users. Is this a good rival to Beats' Beats Music and Apple's iTunes Radio?

Samsung Milk hits Samsung devices giving Samsung mobile users access to music at its finest. The service may be comparable to Apple's iTunes and Beats Beat Music but focuses more on streaming especially on giving Samsung mobile users access to over 200 stations. The application is already available on Google Play for download.

Milk Music is powered by Slacker. The app uses a dial design that does not require the user to know the artist name or the song name to listen to music. Users can just turn the dial on and hit the play.

Samsung believes that music is an important part of the life of most mobile device users.

The service name, Milk, is a representation of Samsung's fresh and innovative take in music. The service features are easy to use and more edgy addressing issues that other music platform service of the same kind are lacking according to Daren Tsui, Vice President of Music Services, at Samsung's Media Solutions Center.

The release of the new music platform set the competition in heat. A Pocket-lint article compared Milk Music to apple's iTunes in terms of availability, advertisement and functionality. According to the post, Milk and iTunes Radio have limited availability due to record labels issues. Milk is available in US while iTunes is available in US and Australia. Milk is Ad free while iTunes Radio is working on iAds. While Music Milk can give you a variety of songs with over 200 stations to choose from, iTunes Radio has the capability for users to like and favorite the station and music.

Milk is available for Galaxy S III, Galaxy Note 3, Galaxy S4, Galaxy S4 mini, Galaxy Mega and Galaxy Note II users. The music app will soon be available on Galaxy S5.

The leading mobile company promises to bring customers quality mobile technology through innovation year after year. Samsung Milk is just one of the innovations of the Samsung will release this year.

**Source Citation**   (MLA 7th Edition)
"Samsung's Milk Music: Worthy Contender to Apple's iTunes?" *International Business Times - US ed.* 14 Mar. 2014. *General OneFile*. Web. 9 Jan. 2015.

Document URL
http://go.galegroup.com/ps/i.do?id=GALE%7CA361586616&v=2.1&u=nypl&it=r&p=ITOF&sw=w&asid=b25dc39296c3b9361f8fd8ce0cc4f3d8

**Gale Document Number:** GALE|A361586616