# EXHIBIT D

(index.html)

**Home (index.html)**        **About Us (about_us_v2.html)**        **Support (contact_v2.html)**        **Apps (apps.html)**

# About Us

## Social Engagement

Milkbox promotes B2B communication by connecting companies through a linked network of media properties. Develop your company's web presence by forging bonds with other corporations to promote and distribute your unique services, whether you're offering users free trials and value-added media, or advertising your services via affiliate sites.

## What our clients are saying



### Lisa Monak

**Affiliate Manager**

*Milkbox gives my clients a secure avenue to acquire content for their sites. It works really well and makes my job a whole lot less stressful, which is always a good thing.*

## VISION

At Milkbox, we'll stop at nothing to provide the best corporate media sharing service. Safe, secure and user-friendly, Milkbox has developed a distribution platform that's so flexible you won't want to use anything else.



## SYNERGY

Feedback is essential and we take your business very seriously. Milkbox is constantly developing new products and upgrading our services to provide companies worldwide with a cutting edge media distribution portal.



# Meet MilkBox

Secure web content delivery that's quick, efficient and dependable.



# Steve Jones
## Chief Executive

Steve oversees MilkBox's business development and is the company's lead strategic manager. He's also a co-founder of MilkBox.



# Amy Kennedy
## VP of Software Distribution

Amy negotiates deals and supplies software to many companies featured on MilkBox, while running one of the world's biggest community-centered games associations.

MilkBox



## Ash Thompson
### Chief Technology Officer

Ash is responsible for making sure MilkBox is always on the cutting edge when it comes to design, development and product maintenance.



## Paul Meza
### Director of Software Engineering

As team lead of MilkBox's software development core, Paul directs back-end and front-end programmers to make sure our app works well on all platforms.

# Testimonials

- [(index.html#t1)](index.html#t1) • [(index.html#t2)](index.html#t2) • [(index.html#t3)](index.html#t3)



## Lili Martinez
Developer (iOS)

*As a software developer, I'm often going through a lot of different sites quickly to get ideas or to see how my own stuff is working. MilkBox takes the hassle out of browsing.*

# Contact Us

✉  Email: info@milkbox.com

 © 2013 All Rights Reserved.

| Search |
|--------|