# EXHIBIT F

SpillMilk

HOME     CINEMA ▼     PHOTO ▼     DESIGN     ABOUT US ▼

## The Corporate Film.

We love details, refinement, and perfection. What do DVRs, TiVo, Netflix, and Hulu all have in common? Minimal commercials. We're starting to move beyond the :30 second commercials and into a new era. The growing generation is youtubers, vimeo posters, and facebook consumers.

An average person is more likely to watch an interesting video posted by a Facebook page rather than sit through a 30 second commercial broadcast on their TV. Nowadays, we follow all sorts of Facebook Companies like Nike, Nikon, Orville Popcorn, etc. Don't you? Expensive commercials that're crammed between regularly broadcast television are archaic. Most viewers mute, ignore, or fast forward through them. Research shows that social media is a much more effective platform for small/large business to launch new marketing campaigns...

Well, that's where we'd like to help. Whether your company's marketing plan is developed with tens of thousands of Facebook followers, or you're still working on your brand, we're here to help. Contact us and we'll be there to shoot, edit, consult, and explain! From Logo design and pamphlet layouts to video coverage of grand openings - we'd love to be involved.

## Here's some samples of our work!

**Kings Food Markets.** If you've spent any time in Central or Northern New Jersey, you might be familiar with Kings Food Markets. This high-end supermarket re-opened it's doors with a remodel of their Bedminster location. We we're on sight with a low-impact crew. This film was shot completely 'from the hip' with minimal staging (if any).

# SpillMilk

HOME    CINEMA ▾    PHOTO ▾    DESIGN    ABOUT US ▾

## Wedding Photography.

Weddings are a time for love, family, friends, food, drinks, and memories. We'd argue to say - in that order. A majority of our packages include full day coverage, instant digital download of all images, and wedding albums. Aside from that, we have created a multitude of extras; we create photo slide shows, photo/video fusions, posters, collages, pocket sized albums, canvas prints, etc. If you've got something special in mind or what some more details about our photo packages, send us an email. Also, be sure to checkout some of our wedding films if you're in the process of planning!






HOME    CINEMA ▼    PHOTO ▼    DESIGN    ABOUT US ▼

## High School Sweethearts

### Matawan Regional High School

Love stories come in all shapes and sizes, but I think we all have a soft spot for high school sweethearts. Aside from my parents, I don't know many. Well, I guess Cory and Topanga are? Fred and Allison decided to take a trip through memory lane for their save-the-date photos. What better place to shoot than the place they met!!




# Wedding Photography.

Weddings are a time for love, family, friends, food, drinks, and memories. We'd argue to say - in that order. A majority of our packages include full day coverage, instant digital download of all images, and wedding albums. Aside from that, we have created a multitude of extras; we create photo slide shows, photo/video fusions, posters, collages, pocket sized albums, canvas prints, etc. If you've got something special in mind or what some more details about our photo packages, send us an email. Also, be sure to checkout some of our wedding films if you're in the process of planning!


