# EXHIBIT G



MILK MONEY RECORDS

## MILK MONEY RECORDS





#### ABOUT US

Welcome to Wish Picture Shows, your global resource for production & post production services. Thank you for taking the time to consider us for your next creative venture. WPS is an award winning team priding itself on quality service and production value using cutting edge technology and old fashioned wisdom. From national campaigns to feature length films, Wish Picture Shows is equipped to handle any need anywhere around the world.



**WISH PICTURE SHOWS LOCATION**


Shooting in Barbuda/Antigua

**TEAM WISH**
::: John Darling Haynes, Joanna Haynes, Paul E. LeDoux:::



Call Wish List Movie Gear
225-906-5285


Wine country California


Waterford, Ireland


Caracas, Venezuela


Baja, Mexico


Woman's

Benefit from Louisiana's Tax Credits CLICK HERE


















for available equipment inventory.

wish list MOVIE GEAR



Mauthausen, Austria - Concentration Camp



Air Force One in Louisiana




The Louisiana Bayou Militia



Angola Prison Rodeo



DEATH VALLEY, Baton Rouge, LA



John & Joanna at the BCS National Championship



BCS New Orleans, Louisiana







Heisman Trophy 1959


Mississippi Swampland


Shooting in Zurich, Switzerland


On location in Antigua


Shooting on a glacier in Alaska


Underwater filming in The Bahamas



©2007, All Rights Reserved, Wish Picture Shows
email us