# EXHIBIT I



Home | About | In School Programs | Milk Rocks! | Milk Rocks LIVE! | Schools | Dairies | Contact








Welcome to Milk Media, connecting with kids to promote nutrition and healthy lifestyles! It began with milk cartons side panels. Now we've taken it to a whole new level with Milk Rocks! Milk Rocks helps to make milk 'cool for kids' through three unique distribution channels:

IN SCHOOLS! ON THE WEB! AT LIVE CONCERTS!












Milk Rocks!
Support Network
Special Promotions
Talent Partners
Publisher and Content Providers
Program Overview (PPT)
Program Overview (Web)

# Milk Rocks!

The Milk Rocks! Program has three major distribution channels:

- **In-schools**– via milk cartons, posters, book covers and more.
- **On the web**– MilkRocks.com features cool contests and sweepstakes alongside tons of content that students want – music, videos, games, comics, and more.
- **Live in concerts**– our concert tours visit schools throughout the country, featuring both new and established artists.

Milk Rocks! is the most comprehensive, integrated way to connect with elementary, middle, and high school students – and help combat obesity and dismal nutrition standards.






In School Programs
Side Panels
Book Covers
Lunchroom Posters
Program Overview (PPT)
Program Overview (Web)

# In School Programs

Milk Rocks! connects with students using milk carton side panels to lunchroom posters and book covers. Our Dairy partners make it all possible – their delivery personnel are in and out of every school every day -- delivering cartons, checking posters, distributing book covers. We don't just ship materials and hope for the best, we're there every day. And most importantly, schools embrace our program because we encourage better beverage and food choices.



