# EXHIBIT J

**FOLLOW US:**
 (https://www.facebook.com/visitindiana)  (https://www.twitter.com/visitindiana)  (https://instagram.com/visitindiana)  (https://x.pinterest.com/visitindiana/)  (https://www.youtube.com/visitindiana)  (https://www.foursquare.com/visitindiana)  (https://www.flickr.com/groups/visitindiana)  (http://feeds.feedburner.com/visitindiana)

Indiana Insider Blog
BY INDIANA'S OFFICIAL TRAVEL PLANNING SOURCE (HTTPS://VISITINDIANA.COM/)

SEARCH

HOME (/BLOG/)    SPECIALS (HTTPS://VISITINDIANA.COM/BLOG/INDEX.PHP/CATEGORY/ANNOUNCEMENTS/)

DEALS & DISCOUNTS (HTTPS://VISITINDIANA.COM/BLOG/INDEX.PHP/CATEGORY/THINGS-TO-DO/DEALS-AND-DISCOUNTS/)

FOOD & DRINK (HTTPS://VISITINDIANA.COM/BLOG/INDEX.PHP/CATEGORY/FOOD-AND-DRINK/)

PLACES TO GO (HTTPS://VISITINDIANA.COM/BLOG/INDEX.PHP/CATEGORY/PLACES-TO-GO/)

THINGS TO DO (HTTPS://VISITINDIANA.COM/BLOG/INDEX.PHP/CATEGORY/THINGS-TO-DO/)

SUPER 46 (HTTPS://VISITINDIANA.COM/BLOG/INDEX.PHP/CATEGORY/SUPERSANDWICHES/)

THE INDIANA INSIDER BLOG

# Milk Cow Music Festival at Fair Oaks Farms

by NICOLE WILTROUT (HTTPS://VISITINDIANA.COM/BLOG/INDEX.PHP/AUTHOR/NWILTROUT/) on May 23, 2012

Posted in Arts & Culture (https://visitindiana.com/blog/index.php/category/things-to-do/arts-culture/), Casual Dining (https://visitindiana.com/blog/index.php/category/food-and-drink/casual-dining/), Family Activities (https://visitindiana.com/blog/index.php/category/things-to-do/family-activities/), Festivals & Events (https://visitindiana.com/blog/index.php/category/things-to-do/festivals-and-events/), Food & Drink (https://visitindiana.com/blog/index.php/category/food-and-drink/), Indiana (https://visitindiana.com/blog/index.php/category/indiana/), North (https://visitindiana.com/blog/index.php/category/places-to-go/regions/north/), NWI Travel (https://visitindiana.com/blog/index.php/category/places-to-go/regions/north/nwi-travel/), Performing Arts (https://visitindiana.com/blog/index.php/category/things-to-do/arts-culture/performing-arts/), Places To Go (https://visitindiana.com/blog/index.php/category/places-to-go/), Regions (https://visitindiana.com/blog/index.php/category/places-to-go/regions/), Rural & Small Towns (https://visitindiana.com/blog/index.php/category/things-to-do/rural-small-towns/), Things To Do (https://visitindiana.com/blog/index.php/category/things-to-do/)

Like 0     Tweet 0    0    • Stur     0



(https://visitindiana.com/blog/index.php/2012/05/23/milk-cow-music-festival-at-fair-oaks-farms/fair-oaks-farms-3/)Fair Oaks Farms (http://www.fofarms.com/en/home#Scene_1) is one of my favorite Indiana pitstops, a great place to stop and take a break when on a road trip along I-65 in the northwest part of the state. While it's an unlikely spot for family fun (its main purpose is supplying

Like  17,269 people like this. Sign Up to see what your friends like.

Follow @VisitIndiana

FTC Disclosure (https://visitindiana.com/blog/index disclosure/)

Super 46 Sandwiches (https://visitindiana.com/blog/index 46/)

**SUBSCRIBE VIA EMAIL:**

[email address]   SUBSCRIBE

milk and other dairy products to customers all over the United States!), the farm has a little something for every traveler: great food, beautiful outdoor space, educational tours, interactive exhibits and play areas.

On June 2, Fair Oaks Farms will add concert venue to its growing list of purposes when it hosts the Milk Cow Music Festival. (Great name, huh?) There will be live music from country acts Little Texas (http://www.littletexasonline.com/) and Amber Martin, a barbeque competition, car show, and more. Tickets are $25 and can be purchased online here (http://www.ticketweb.com/t3/sale/SaleEventDetail?dispatch=loadSelectionData&eventId=4388965). A ticket will provide you full access to the farm, so if you've never been, this would be a great time to plan a visit.

If you can't make it to the festival on June 2, mark your calendar for June 23 when Travis Tritt will perform. Tickets to this show are $35.

More information is available by watching this fun video:
June Events at Fair Oaks Farms (video) (http://youtu.be/dx57uXvukdM)



*Photo courtesy of Fair Oaks Farms.*

**Visit Indiana**   Like

17,269 people like Visit Indiana.

Facebook social plugin

(https://plus.google.com/103152672600295 rel=author)

(http://pinterest.com/pin/create/button/?url=https%3A%2F%2Fvisitindiana.com%2Fblog%2Findex.php%2F2012%2F05%2F23%2Fmilk-cow-music-festival-at-fair-oaks-farms%2F&description=Milk%20Cow%20Music%20Festival%20at%20Fair%20Oaks%20Farms&media=)

Like  0      Tweet  0      0      Shar    +1  0

**RELATED POSTS**                    **TAGGED AS:**

A pitstop at Fair Oaks Farms (https://visitindiana.com/blog/index.php/2010/11/12/a-pitstop-at-fair-oaks-farms/)

Fair Oaks Farms: A Moooving Experience (https://visitindiana.com/blog/index.php/2010/07/20/fair-oaks-farms-a-moooving-experience/)

Fair Oaks Farms: Where Your Milkshake Came From (https://visitindiana.com/blog/index.php/2010/07/19/fair-oaks-farms-where-your-milkshake-came-from/)

Music Lineup at Indiana Smokin' on the Water BBQ Festival (https://visitindiana.com/blog/index.php/2010/04/23/music-lineup-at-indiana-smokin%e2%80%99-on-the-water-bbq-festival/)

Indiana State Fair Discounts 2011 (#INStateFair) (https://visitindiana.com/blog/index.php/2011/08/01/indiana-state-fair-discounts-2011-instatefair/)

barbecue (https://visitindiana.com/blog/, car show (https://visitindiana.com/blog/show/), concert (https://visitindiana.com/blog/country (https://visitindiana.com/blog/dairy (https://visitindiana.com/blog/Fair Oaks Farms (https://visitindiana.com/blog/oaks-farms/), Indiana (https://visitindiana.com/blog/Little Texas (https://visitindiana.com/blog/texas/), music (https://visitindiana.com/blog/

---

Add a comment...

Comment

Facebook social plugin


(https://visitindiana.com/blog/index.php/author/nwiltrout/)

Written by Nicole Wiltrout (https://visitindiana.com/blog/index.php/author/nwiltrout/): Nicole is a stay-at-home mom and blogger living in Columbus, Indiana. She blogs about adventures at home and away with her husband and 2-year-old son at arrowssentforth.blogspot.com (http://arrowssentforth.com). She grew up in Plainfield, Indiana and graduated from Butler University in 2002. She grew up in Plainfield, Indiana and graduated from Butler University in 2002. She spent seven years living and working in downtown Indianapolis following college. Nicole is always looking for fun, kid-friendly outing ideas. You can contact her via email (mailto:arrowssentforth@gmail.com) or find her on Twitter at @arrowssentforth (http://twitter.com/arrowssentforth). Nicole receives compensation from the Indiana Office of Tourism Development for blogging. For more information, see our FTC Disclosure (http://www.in.gov/visitindiana/blog/index.php/ftc-disclosure/) page.

---

**PAGES**

FTC Disclosure (https://visitindiana.com/blog/index.php/ftc-disclosure/)

Super 46 Sandwiches (https://visitindiana.com/blog/index.php/super-46/)

**RECENT POSTS**

A romantic getaway for Valentine's, or year round (https://visitindiana.com/blog/index.php/2015/01/27/romantic-getaway-valentines-year-round/)

Valentine's Day in Brown County (https://visitindiana.com/blog/index.php/2015/01/20/valentines-day-brown-county/)

A-maize-in' Amish Country Popcorn (https://visitindiana.com/blog/index.php/2015/01/19/maize-amish-country-popcorn/)

**DISCLOSURE**

This blog reflects the opinions of those writing and commenting and not necessarily the views, opinions or endorsement of the Lieutenant Governor or the State of Indiana.

**META**

Log in (https://visitindiana.com/login.php)

Entries RSS (Really Simple Syndication) (https://visitindiana.com/

Comments RSS (Really Simple Syndication) (https://visitindiana.com/

WordPress.org (https://wordpress.org/

> Ski Packages are Here!
> (https://visitindiana.com/blog/index.php/2015/01/19/ski-packages/)
>
> White River State Park
> (https://visitindiana.com/blog/index.php/2015/01/14/white-river-state-park/)



# Milk Cow Music Festival at Fair Oaks Farms

by NICOLE WILTROUT on May 23, 2012

Posted in Arts & Culture, Casual Dining, Family Activities, Festivals & Events, Food & Drink, Indiana, North, NWI Travel, Performing Arts, Places To Go, Regions, Rural & Small Towns, Things To Do

     



Fair Oaks Farms is one of my favorite Indiana pitstops, a great place to stop and take a break when on a road trip along I-65 in the northwest part of the state. While it's an unlikely spot for family fun (its main purpose is supplying milk and other dairy products to customers all over the United States!), the farm has a little something for every traveler: great food, beautiful outdoor space, educational tours, interactive exhibits and play areas.

On June 2, Fair Oaks Farms will add concert venue to its growing list of purposes when it hosts the Milk Cow Music Festival. (Great name, huh?) There will be live music from country acts Little Texas and Amber Martin, a barbeque competition, car show, and more. Tickets are $25 and can be purchased online here. A ticket will provide you full access to the farm, so if you've never been, this would be a great time to plan a visit.



