# EXHIBIT K

press about shows photos music store contact newsletter kids



**Read the Lyrics for:**
GOT A MINUTE?
BALTIMORE
LOOKIN' OUT THE WINDOW OF MY CAR
STARRY, STARRY NIGHT
LET 'EM KNOW

**Songs on Got a Minute?**
**(Click for MP3)**
ON HOLD (INTRO)
GOT A MINUTE?
BALTIMORE
LOOKIN' OUT THE WINDOW OF MY CAR
WE JUST WANNA HAVE FUN
FISH
GIRLS WANNA DANCE
STARRY, STARRY NIGHT
LET 'EM KNOW
TIP TOE THRU THE TULIPS
SNOWY
WORKIN' KID BLUES
MORE THAN ME
ONE DAY
SEABREEZE
HOME
ONE OF A KIND
HICCUP
ANYDAY WALTZ
RAINBOW
INTERMISSION
SALLY HAD A GREEN THUMB
WASHING MACHINE
WHAT'S THAT SOUND?
TRY IT
HELP YOU
RAINY DAY DANCE PARTY
THIS IS OUR EARTH
PRACTICE MAKES PERFECT
IT'S MY BIRTHDAY
WHAT DO YOU WANNA BE?
LOST TOY
RHYME TIME

****************
**Home**
****************

****************
**Website Exclusive MP3**
**Garden of Peace**
****************

****************
**View Milkshake Videos**
****************

*Great Day was nominated for a 2010 Grammy Award for Best Musical Album for Children.*

*Cathy Fink & Marcy Marxer are 2-time GRAMMY winners. They write, produce and perform music for families, as well as for all ages. Known for their spirit of fun and virtuosity, Cathy & Marcy play more than a dozen instruments, including banjo, mandolin ukulele, guitar and percussion.*
www.cathymarcy.com

*While touring with The Glenmont Popes, Rodney Henry took pie on the road. Realizing that rock 'n' roll wasn't paying the bills, Henry thought of using his considerable talent as a pie-man to bankroll his rock 'n' roll adventures. Now you can find some of the best pie in the country at Henry's Dangerously Delicious Pies.*
www.dangerouspies.com

*Tor Hyams has 20 years of experience in the music and film industries, from writing and performing his own material to producing world-class recording artists (Joan Osborne, Edwin*



Milkshake's fifth studio album, *Got a Minute?*, released in 2013, is unique in the length of its songs, and just how many are there. In 2006 Milkshake wrote thirteen brief musical gems – each just a minute or so in length – for a series of videos on PBS KIDS. Challenged and excited by how much artistic punch could be packed into such a short amount of time, Milkshake has expanded on that concept in *Got a Minute?* – an album that includes those original **PBS KIDS** songs, plus 20 more quick hitting "Milkshake miniatures," most of which clock in at two minutes or less.

*Got a Minute?* was co-produced with Milkshake's favorite producer and long-time friend Dave Nachodsky. It features guest appearances by two-time GRAMMY® winners **Cathy Fink & Marcy Marxer** and singer/bagpiper extraordinaire, **Kyf Brewer**, of the raucous Irish band, **Barleyjuice**. *Got a Minute?* kicks off with the album's title track, a loaded-with-energy rocker that segues into "Baltimore," which, along with "More Than Me" and "Let 'em Know" deals with social topics of awareness, tolerance and anti-bullying. Cathy Fink and Marcy Marxer contribute their special magic to the country sound of "Snowy." Kyf Brewer and Lisa Mathews duet on "Starry, Starry Night" and Kyf contributes a bit of rowdy joy to "We Just Wanna Have Fun." Echoes of Tiny Tim are heard on Lisa Mathews' enchanting rendition of "Tip Toe Through the Tulips." Other highlights include **Dave Hadley's** pedal steel guitar on the Nashville, two-beat "Looking Out

the Window of My Car," and guitarist **Howard Markman's** playing on "Workin' Kid Blues," Seabreeze" and "Anyday Waltz". Guest musicians also include rapper **Alex Handy**, violinist **Willem Elsevier, Vance Thomas, Lauren Reilly, Jesse Anderson, Eric Gehl** and **Adrian Cox**.

In many ways, this last Milkshake CD for kids completes Milkshake's initial goal of reflecting the growth of their children, finally coming full-circle as the kids get older. Indeed, *Got a Minute?*, because of the child-like naivete and simplicity of the PBS KIDS songs, combined with the all-over-the-map subject matter of the new songs, provides a retrospective of the childhood years from toddler to tween. Lisa and Mikel's kids make guest appearances in very grown-up musician ways: Jesse singing and playing her original song "One Day," and Eric playing drums on his dad's "One of a Kind". Enjoy this disc, which truly has something for all ages and provides a perfect coda to the Milkshake catalog.

*McCain), live music festivals for children, and composing dozens of scores for both film and television. www.tor.net*

*On "Imagination Nation," the sound of the piccolo trumpet fanfares might make you think you were walking down Penny Lane.*

*PLAY! was produced by sound wizard Victor Giordano and mastered at Sony Music Studios by legendary engineer Vlado Meller (Raconteurs, Red Hot Chili Peppers, Barbara Streisand and Prince, among many others)*

*************************************************



**Read the Lyrics for:**
SHAKE IT UP
HAPPY PLACE
STATUE OF ME
YOU DID IT!
ENEMIES

**Songs on Great Day**
**(Click for MP3)**
SHAKE IT UP
HAPPY PLACE
STATUE OF ME
YOU DID IT!
ENEMIES
WHEN I'M OLD
I WANT IT
TRAVEL FAR
RECIPE
DANCE IN THE SUN
I LOVE YOU
GREAT DAY

When Mikel and I first started Milkshake in 2002, it was out of artistic necessity and evolution.  We had a new focus in our lives: our children, and there was a new palette of things to write about and reflect on.  But Milkshake was also a bit of an experiment, since we thought it would be cool to keep the music progressing with our children, growing with them in subject matter and attitude. In keeping with the Milkshake belief that one never stops evolving/growing, we present Great Day. In keeping with the Milkshake belief that one never stops evolving/growing, we present Great Day - our latest release, nominated for a 2010 Grammy Award for Best Musical Album for Children.

This is the first Milkshake album that is actually Milkshake the Band.  It's not just Lisa and Mikel and a bunch of studio musicians. Play! featured the guys singing, but we still used outside musicians, and we all played our parts at different times. On Great Day, it's the band playing in one big room at the same time, except for vocal and guitar overdubs. And we have a few special guests -- our friends Grammy-Award winners Cathy Fink, Marcy Marxer and Rodney Henry of the Glenmont Popes.

We tracked Great Day in six twelve-hour days, and it was a lot of fun. Lots of different musical styles here, as on past albums, but the subjects are a little deeper, the guys are singing a little sweeter and everyone was trying new things, thanks in part to Tor Hyams' intense, encouraging production style, and in part to everyone really being…well…a band, which is a lot like a family. Enjoy…and have a great day!

*We recorded "ABC Of Me" live in the studio with a jazz combo. It's a new take on the Alphabet Song, and each letter stands for some quality or thing that reminds us of how great we are, and how wonderful childhood is.*

*British children's author/illustrator Alexis Deacon created the cover art for 'Bottle of Sunshine,' along with illustrations for the 16-page booklet accompanying the CD.*

*************************************************

**Songs on PLAY!**
**(Click for MP3)**
WE GOT A BAND
IMAGINATION NATION



**Read the Lyrics for:**
WE GOT A BAND
IMAGINATION NATION
PIRATES
SUPERHERO

PIRATES
SUPERHERO
BOWLING WITH YOU
HOME ON THE RANGE
GO WILD
PLANT A GARDEN
PARADE
BASEBALL
MAGIC RIDE
PLAY

**Bonus Tracks from ToddWorld**
MAGIC POTION
OKAY TO BE DIFFERENT
MY BEST FRIEND

"As a paean to pure fun, PLAY!, the third CD from the wildly popular band Milkshake, is reason to celebrate."
**- Child Magazine**

Milkshake is a band with a mission: to create great rock music for kids. On PLAY!, the band's third CD, you'll hear the kind of songcraft, arrangements, harmonies and musicianship that have made Milkshake's previous CDs Happy Songs and Bottle of Sunshine such a hit with music-loving parents and kids alike, and brought the band's unique sound and look to television, with videos on Noggin, PBS KIDS and, beginning next year, Discovery Kids' ToddWorld.

This time around, the theme is kids at play, from making believe – "We Got a Band," "Imagination Nation," "Pirates," "Home on the Range," "Superhero" – to sports – "Baseball" (featuring a voiceover from baseball legend Cal Ripken, Jr.) "Bowling with You" – to more impressionistic tunes like "Parade," "Plant a Garden" and "Magic Ride."  There's even a rave-up about just plain going wild, something all kids need to do from time to time.  In addition, the CD includes a trio of bonus tracks from ToddWorld.

Produced by sound wizard Victor Giordano and mastered at Sony Music Studios by legendary engineer Vlado Meller (Raconteurs, Red Hot Chili Peppers, Barbra Streisand and Prince, among many others), PLAY! comes out swinging for the wall from the first pitch.  If you thought the first two CDs were home runs, be warned: this one's out of the park.

*2003 Children's Music Web Awards: "Best Recording for Preschoolers" and "Best New Artist for Preschoolers."*

*iParenting Media's 2003 Great Holiday Product Awards: "Best Children's Music Recording."*

*************************************************



**Read the Lyrics for:**
BOTTLE OF SUNSHINE
BLUEBIRD
SCHOOL
WOO-WOO

**Songs on Bottle of Sunshine (Click for MP3)**
BOTTLE OF SUNSHINE
BLUEBIRD
SCHOOL
WOO-WOO
MILKSHAKE!
BOOM BOOM
ABC OF ME
SPACE SONG
BOOK OF DREAMS
JUMP
SMILE
MS R&R
RAINY DAY
ONE WISH
SLEEPYTOWN

**2005 NAPPA Gold Award Winner**
**2005 Parents' Choice Recommended**

"A sunny hug of an album" **- LA Times**

"Bottle of Sunshine" video featured on Noggin's Jack's Big Music Show

As with our first CD Happy Songs, we hope you find more than one song you really, really like on Bottle Of

*Sunshine*, more than one catchy tune you just can't get out of your head. Like the days of old, when your mommy and daddy were growing up and people played ALBUMS, they listened from start to finish, and the disc was a whole experience. That's what we had in mind when we created *Bottle of Sunshine*.

You'll find lots of variety here. Although most of the songs still live in the rock genre, we recorded "ABC Of Me" live in the studio with a jazz combo. It's a new take on the Alphabet Song, and each letter stands for some quality or thing that reminds us of how great we are, and how wonderful childhood is. "Boom Boom" turned into a country rock song when we added fiddle, banjo and a big "yee-hah." There's a doo-wop-tinged song about having fun in the water called "Woo-Woo," that features wonderful harmonies from the CD's producer John Suchy. Some songs are totally acoustic ("Bluebird," "Milkshake!") and some are very electrified, all-out rock songs ("School," "Space Song"). But we tried to make each song memorable, and each one was great fun to record.

British children's author/illustrator Alexis Deacon created the cover art for *Bottle of Sunshine*, along with illustrations for the 16-page booklet that accompanies the CD. Please look for his wonderful children's books *Slow Loris* and *Beegu*, both published by Kane Publishers, NY.

**************************************************



**Read the Lyrics for:**
HAPPY SONG
TALL
BREAKFAST TIME
NEVER END

**Songs on Happy Songs (Click for MP3)**
HAPPY SONG
TALL
BREAKFAST TIME
NEVER END
THAT'S ME
FINGERS & TOES
DANCE ON MY SHOES
WHEN YOU WERE BORN
CLAP MY HANDS
TRY
SCARED
GOODNIGHT MOON
WHEN YOU ARE SLEEPING
CLOSE YOUR EYES

**CHILD MAGAZINE'S "Stand-Out CDs for 2002"**

2003 Children's Music Web Awards: "Best Recording for Preschoolers" and "Best New Artist for Preschoolers."

iParenting Media's 2003 Great Holiday Product Awards: "Best Children's Music Recording."

"Kids-and their parents-won't have any trouble getting giddy over the 14 irrepressible originals in this rock-for-tots album. Sunny and bighearted, this one is a keeper."
**Parenting Magazine, April 2003**

Features "Scared" as seen on Noggin's *Jack's Big Music Show*, and "Happy Songs" from *ToddWorld*.

Milkshake's 2002 debut recording *Happy Songs* is a potpourri of activity songs, upbeat rock songs and lullabies released on Milkshake Music. This CD reflects Mikel and Lisa's first experiences as new parents. The songs are simple, tender and beautiful, perfect for babes in arms.



   

Created and Powered by Mission Media

press  about  shows  photos  music  store  contact  newsletter  kids

Milkshake is a band on a mission: *to create great rock music for kids*.  Led by singer Lisa Mathews and guitarist Mikel Gehl, whose songs for grown-ups have been featured in movies and prime-time television, and whose indie rock group Love Riot garnered critical praise during its 10-year run, Milkshake has won over preschoolers without compromising songcraft, stagecraft or their authentic rock&roll spirit.

From the release of their first CD *Happy Songs* (inspired by the birth of Lisa's daughter and Mikel's son), it was clear that Milkshake was an exciting departure from traditional kids' music. *The band's songs were added to radio playlists across the country*; a second CD, *Bottle of Sunshine*, earned raves from kids, parents and critics; *Noggin enlisted Lisa and Mikel to film two videos for the premiere season of Jack's Big Music Show*; and Milkshake was asked to bring its high-energy stage act to the opening leg of the *Jamarama Live!* tour.

Milkshake has created original songs and videos for PBS KIDS' "Share the Earth Day" programming, *new songs and videos for Discovery Kids' preschool hit ToddWorld, the west coast leg of Jamarama Live! and a just-completed 10-song-and-video project for PBS KIDS preschool programming block.*



2007 saw the official release of *Milkshake's 3rd CD PLAY!*, a celebration of every kid's desire to just have fun. Hook- and harmony-filled, *PLAY!* covers all the bases, with songs about baseball (featuring a cameo from hometown hero Cal Ripken, Jr.), bowling, pretending, playing music, parades, planting a garden and just plain going wild.  As a bonus, the disc includes the three new songs Milkshake created for *ToddWorld*.

In fall 2008 the band released *SCREEN PLAY, a DVD* chock full of live-action and computer-animated videos, candid backstage clips and performance footage that showcase their animated, good-humored nature. Bonus tracks include two original videos created for PBS KIDS.

Milkshake took another step forward with the August 2009 release of their fourth studio CD, *Great Day*. The release was nominated for a 2010 Grammy Award for Best Musical Album for Children. Produced by music veteran Tor Hyams (Joan Osborne, Edwin McCain), the disc features a dozen Milkshake originals, plus guest appearances by Cathy Fink & Marcy Marxer and Rodney Henry (former front man of the legendary kings of the Baltimore hard rock-garage-rockabilly scene, The Glenmont Popes). The songs on 'Great Day' touch on issues of friendship, inclusion, family, self-esteem, goals, and material desires – issues that really matter to a 6 - 10 year old. But like all Milkshake CDs, the music really transcends age, and both younger and older fans will enjoy this release.

For their fifth CD recording, Milkshake presents *Got a Minute?*, a disc of 33 short songs, released March 2013. Inspired by their 13 songs for PBS KIDS which are each a minute long (and included on this disc), the band set about writing songs no longer than 2 minutes. A few exceed that by a teeny amount, but overall this collection is perfect for short attention spans and fleeting moments. Co-produced

****************
**Home**
****************

*Highlights*
*- Original songs and videos for PBS KIDS Share the Earth Day and Pre-School Destination programming*
*- Original songs and videos for Discovery Kids' preschool hit ToddWorld*
*- videos on NOGGIN*
*- Five Award-winning CDs of original music*
*- Great Day received a 2009 Grammy Nomination for "Best Musical Recording for Children"*
*- SCREEN PLAY! DVD release*

with Milkshake's favorite producer and long-time friend Dave Nachodsky, it features guest appearances by two-time GRAMMY® winners Cathy Fink & Marcy Marxer, singer/bagpiper extraordinaire, Kyf Brewer, guitarist Howard Markman, pedal-steel guitarist Dave Hadley, rapper Alex Handy, violinist Willem Elsevier, bassist and tuba player Adrian Cox, and kid singers Vance Thomas, Lauren Rielly, Eric Gehl and Jesse Anderson. In many ways, this last Milkshake CD for kids fulfills Milkshake's initial goal of reflecting the growth of their children, finally coming full-circle as the kids get older. Because of the child-like naiveté and simplicity of the PBS KIDS songs, combined with the all-over-the-map subject matter of the new songs, *Got a Minute?* provides a retrospective of the childhood years from toddler to tween. Enjoy this disc, which truly has something for all ages and provides a perfect coda to the Milkshake catalog.

With tuneful, memorable songs that evoke influences from Rodgers and Hammerstein to Lennon-McCartney to The White Stripes, Milkshake continues to create music that appeals to both kids and their parents, even after listening to the same CD five times in a row.



   

Created and Powered by Mission Media