# EXHIBIT L



BlackMilk® is a web site design and web site hosting company, located in Watertown, MA, just six miles west of Boston.

Since 1997, BlackMilk® provides web design, web hosting, email hosting, domain name registration, and search engine optimization (SEO).

We are Passionate and Innovative in our mission to deliver excellent Designs and building Web Marketing Strategies. We design each web site like a work of art, taking care to incorporate the current needs of your business, as well as provide room for future growth. We listen to your needs and work with you to create a web site that stands out from your competitors, and communicates your business ideals clearly and effectively. We do not only provide you with a web presence, we create a web site experience!

BlackMilk is specialized in:


### Web DESIGN
Custom design, Responsive design or Mobile Ready Compatibility, Content provided by client, Logo design, CMS (Word Press, Joomla, Drupal, Magento)
Read more ...


### Web Development
CMS programming and Custom coded website, Shopping carts, PHP, HTML5, XHML, XML, CSS, Ajax, MySQL, JavaScript, Embedded video, Link management, Flash action script
Read more ...

### Web HOSTING


### Search Engine Optimization (SEO)

ttp://www.blackmilk.com/index.php


### Web HOSTING
Reliable hosting service with loads of sharing options, Email address accounts, Spam prevention, Bandwidth, Disk space, cPanel control, FTP, 99.9% Uptime guarantee, 24/7/365 Support, Automatic weekly off-site data backups

Read more ...


### Search Engine Optimization (SEO)
Keywords research, Competition analysis, Optimized content, Keywords optimization, Submission to search engines

Read more ...


**- Waverley Knobs Entertainment**
Art is meant to be fun, the staff at Waverley Knobs Entertainment treats it as such and makes sure our clients have as much fun as we do with the videos. - Learn more at waverleyknobs.com!


Black Milk®
Web Design & Hosting



HOME    WEB DESIGN    **WEB HOSTING**    PORTFOLIO    CONTACT US

## WEB SITE HOSTING - FAST and RELIABLE
*Performance and Affordability*

 **HOSTING**

- Powerful Servers - 24x7 PREMIUM Customer Support
- Instant Activation - FREE Setup and Software
- State-of-the-art Security - Firewalls - Weekly Backup

 **WEBMAIL**

- Manage Email Accounts & Auto-Responders - POP Email
- WebMail - Check Your Email Account Anytime, Anywhere
- FREE Email Addresses - Custom Mail Filtering - Spam Filtering

 **FEATURES**

- Web Based Control Panel - Friendly Account Manager - FTP Access
- Website Statistics - View Latest Visitors
- PHP Scripting & MySQL Database - SSL Certificates for Payments online

 **SEO**

- Create search-friendly web sites for Google, Bing, Yahoo
- Search Engine Marketing - Pay per Click Management
- Keywords Research - Competition Analysis
- Optimized Content - Keywords Optimization
- Back Link Creation/Link Building
- Submission to Search Engines

**Web Design Discounts with Purchase of Annual Website Hosting or Domain Name Transfer.**
Please ask for details.

 



HOME    WEB DESIGN    WEB HOSTING    **PORTFOLIO**    CONTACT US

## PORTFOLIO
*Examples of Web Designs*

| | | |
|---|---|---|
| Watertown - Mall | Marmonti Art | Crescent Laundromat |
| Watertown TAXI | Newton - MA | A1 Boston Auto |
| Fun and Friends Connection | BostonianBuzz.com | Betsy Moyer |
| Creative Builders Company | BBC Printing | Cyberphoria |
| Allegria Bridal | StoryVille Preschool | Academy of Gymnastics |
| Trees for Watertown | Ez Autobody MA | Cienta USA |
| Patti DeRosa - Songwriter | LaReine Bride | Forever Remembered Rose |
| Vatche Sarkissian - The Singer | NaturalWorldUSA | International Elders |
| Competitive Principles | American Global Alliance | Anthony Bonanno Masonry |
| Change Works Consulting | Beaverbrookstep | Belmont Monuments |
| Palmer Group Inc. | Sichuan's Garden Restaurant | J. Spencer Associates |
| Twin Trucking | MASS-Advocates | MX Ortho |
| UnitrendsUSA | Watertown Education | SAMs Organizing Solutions |
| REM - answering service | iSaveFile.com | Web Landscape |
| CampWestWoods | Bedrosian Jewelry | Heidel Vietze - The Artist |
| LookOut Security | i Design for Less | Dr. Kirk B. Jones |
| Pathways117 | LightHouse ATM | Boston West Photo |
| Saint Parascheva Church | World in Watertown | Marshall Home Fund |
| Belmont Fence Crafters | Hugh Wolff - The Conductor | BenchCraft Jewelers |
| SAS Security Systems | Running Brook Day Camp | Full Circle Aura Reiki |
| | Just Peace Theory | Damonica |
| | Academy Pre-School | |