# EXHIBIT M



Milkshake is a brand strategy firm that specializes in building brands that build community.

We work with values-driven organizations to build brands that foster community, inspire people to take action, and change culture. Our community model allows us to uncover the essence of what gives their customers a sense of belonging, ways to find each other and actions to take that make people into their own best resource.

We help our clients achieve their goals through our understanding of human nature and experience design. By unearthing the soulful idea within a brand and expressing it through stimulating creative and brand systems, we're able to engage people in powerful ways, not only connecting them to the brand — but to one another.

© 2012 Milkshake                                                                                               Contact Us · Site Map