# EXHIBIT N

- [MILK BOOKS](#)
- [MILK PRINT](#)
- [MOLESKINE](#)
- [PRO ALBUMS](#)
- [PRINT API](#)
- [PQ BLACKWELL](#)

HOME
MILK



CREAM
ABOUT US



## OUR BACKGROUND

PQ Blackwell is an acclaimed creator and publisher of internationally bestselling illustrated books. Distinguished by their editorial excellence, design and production quality, PQ Blackwell's award-winning books are highly sought after by many of the world's foremost illustrated book publishers and are marketed in approximately thirty countries. PQ Blackwell's co-publishing and licensing partners include Hachette Livre, Chronicle Books, Farrar Straus & Giroux, Macmillan, Harry N. Abrams and the La Martinière group of companies, among others.

Founded by New Zealander Geoff Blackwell, PQ Blackwell collaborates with some of the world's leading photographers and individuals. The company's authors include the late Nelson Mandela, Archbishop Desmond Tutu, Albert Watson, Andrew Zuckerman, Tim Flach, Mark Laita, Rachael Hale McKenna and award-winning New Yorker photographer Platon. Its projects include New York Times bestseller Conversations with Myself by Nelson Mandela with a foreword by Barack Obama published in 33 languages.

PQ Blackwell recently launched MILK Books, a quality print on demand photo book business to complement its traditional publishing activities. Its photo book business is founded on two brands: MILK (including CREAM Albums) and Moleskine which it operates under an exclusive worldwide licence.

PQ Blackwell's offices are located in a converted art deco church in Auckland, New Zealand.

## READ MORE ABOUT PQ BLACKWELL

## MILK & CREAM PROFESSIONAL MEMBERSHIP

Exclusive discounts and access to unbranded albums for professional photographers.

FIND OUT MORE

**REGISTER**



JOIN

**STAY CONNECTED**

- Facebook
- Twitter
- YouTube
- Pinterest

**TRY OUR NEW FREE APP**



**QUICK LINKS**

- Photo Books
- Bespoke Photo Books
- Photo Albums
- Gift Vouchers
- Photo Books App

- Pricing and Features
- Shipping Information
- Replacement Policy
- Customer Support
- Contact Us

POWERED BY MILKBOOKS.COM. Copyright 2014 MILK Tailor Made Books Ltd. Moleskine® is a registered trademark of Moleskine SpA. MILK and the MILK logo are trademarks of PQ Blackwell Licensing Ltd. All Rights Reserved
Privacy Policy
Terms & Conditions